**CLEARY GIACOBBE ALFIERI JACOBS LLC**
169 Ramapo Valley Road
Upper Level 105
Oakland, New Jersey 07436
Tel: 973-845-6700
Fax: 201-644-7601
Jaclyn S. D'Arminio, Esq. (ID# 90252012)
jdarminio@cgajlaw.com
Attorneys for Defendant Livingston Board of Education

<div align="center">

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| J.W. o/b/o E.W. <br><br>                     Plaintiff, <br><br> vs. <br><br> LIVINGSTON BOARD OF EDUCATION <br><br>                     Defendant. | CIVIL ACTION NO. 2:26-cv-03678 <br><br> Civil Action <br><br> **NOTICE OF MOTION TO DISMISS AMENDED COMPLAINT IN LIEU OF ANSWER** |

**TO**:    John Rue, Esq.
         Rue Law Group
         1040 Overlook Center, 2nd Floor, #9211
         Princeton, New Jersey 08540
         john@johnruelaw.com
         Attorney for Plaintiff J.W. o/b/o E.W.

**PLEASE TAKE NOTICE** that on August 17, 2026, or as soon thereafter as counsel may be heard, the undersigned, attorneys for Defendant Livingston Board of Education, shall move before the above-named Court for dismissal of the Amended Complaint pursuant to Fed.R.Civ.P. 12(b)(1) and (6).

**PLEASE TAKE FURTHER NOTICE** the undersigned shall rely upon the attached Brief and Certification of Counsel in support of this application. A proposed form of Order is included.

**ORAL ARGUMENT IS REQUESTED.**

<div style="margin-left: 45%;">

**CLEARY GIACOBBE ALFIERI JACOBS, LLC**
Attorneys for Defendant
Livingston Board of Education

By: :  /s/ Jaclyn S. D'Arminio
        JACLYN S. D'ARMINIO, ESQ.
        ID# 90252012

</div>

Dated:  July 14, 2026