**CLEARY GIACOBBE ALFIERI JACOBS LLC**
169 Ramapo Valley Road
Upper Level 105
Oakland, New Jersey 07436
Tel: 973-845-6700
Fax: 201-644-7601
Jaclyn S. D'Arminio, Esq. (ID# 90252012)
jdarminio@cgajlaw.com
Attorneys for Defendant Livingston Board of Education

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| J.W. o/b/o E.W.<br><br>            Plaintiff,<br><br>vs.<br><br>LIVINGSTON BOARD OF EDUCATION<br><br>            Defendant. | CIVIL ACTION NO. 2:26-cv-03678<br><br>Civil Action<br><br>**CERTIFICATION OF COUNSEL** |

JACLYN S. D'ARMINIO, ESQ. of full age, hereby certifies and says:

1. I am an Attorney-at-Law of the State of New Jersey duly licensed to practice in the United States District Court for the District of New Jersey, and Counsel of the law firm Cleary Giacobbe Alfieri Jacobs, LLC, attorneys for Defendant Livingston Board of Education in the above-captioned matter. As such, I am personally familiar with the facts stated herein. I make this Certification in support of said Defendants' Motion to Dismiss Complaint in Lieu of Answer.

2. Attached hereto as "Exhibit A" is a true and accurate copy of Plaintiff's Amended Complaint, without Exhibits.

3. Attached hereto as "Exhibit B" is a true and accurate copy of the communication between myself and John D. Rue, Attorney for Plaintiff, dated February 25, 2026. Originally

attached to this communication was three documents which are hereafter provided and designated as "Exhibit C", "Exhibit D", and "Exhibit E" below).

4.    Attached hereto as "Exhibit C" a true and accurate copy of the A.P. Pre Calculus Unit 4 Assessment completed by E.W. on January 5, 2026 and graded by Daniel Brill.

5.    Attached hereto as "Exhibit D" a true and accurate copy of the Livingston Public Schools 2025-2026 Student Code of Conduct.

6.    Attached hereto as "Exhibit E" a true and accurate copy of the Livingston Board of Education District Policy 5600-"Student Discipline/Code of Conduct. "

7.    Attached hereto as "Exhibit F" a true and accurate copy of the Livingston High School 2025-2026 Student Handbook.

8.    Attached hereto as "Exhibit G" a true and accurate copy of the communication dated April 13, 2026 between John D. Rue, Attorney for Plaintiff, and myself with original attachments.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

By:    /s/ Jaclyn S. D'Arminio
JACLYN S. D'ARMINIO, ESQ.
ID# 90252012

Dated: July 14, 2026