**AP Precalculus w/ Intro to Calculus BC**

*Nts: Bring more lead* 6∅

Name: Eric Wang

**Unit 4 Assessment**

Period: 5

**PART 1:** Multiple Choice

**(4 points each)**

1. Determine the equations that have equivalent graphs to the graph of $y = -\cos\left(2\left(x - \frac{\pi}{6}\right)\right)$.

$-\cos\left(\frac{-\pi}{12}\right)$

$x = 0$

   I. $y = \cos\left(2x + \frac{14\pi}{3}\right)$ $\cos\left(\frac{14\pi}{3}\right)$
   II. $y = \sin\left(2x - \frac{5\pi}{12}\right)$ $\sin\left(-\frac{5\pi}{12}\right)$
   III. $y = -\sin\left(2x + \frac{\pi}{6}\right)$ $-\sin\left(\frac{\pi}{6}\right)$

   A. III only

   B. I and II

   C. I and III

   D. I, II, and III

2. What is the value of $72°$ in radians?

   A. $\frac{2\pi}{5}$

   B. $\frac{2}{5}$

   C. $\frac{\pi}{5}$

   D. $\frac{1}{5}$

3. Which of the following is equivalent to the expression $\sec(\tan^{-1}(4x))$?

   

   A. $\sqrt{16x^2 + 1}$

   B. $\frac{\sqrt{16x^2+1}}{16x^2+1}$

   C. $\frac{\sqrt{16x^2+1}}{4x}$

   D. $\sqrt{16x^2 - 1}$

4. Determine the exact value of $\cot^{-1}\left(\tan\left(\frac{2\pi}{7}\right)\right)$.

   A. $\frac{3\pi}{14}$

   B. $\frac{2\pi}{7}$

   C. $\frac{\pi}{7}$

   D. Not Given

$-8$

5. The function $f$ is given by $f(x) = \cos(2x)$. The sinusoidal function $m$ is a phase shift of the function $f$ by $-\frac{\pi}{3}$ units. Which of the following is true? $\cos\left(2x + \frac{\pi}{3}\right)$



A. Consecutive minima of $m$ occur at $\left(-\frac{5\pi}{6}, m\left(-\frac{5\pi}{6}\right)\right)$ and $\left(\frac{\pi}{6}, m\left(\frac{\pi}{6}\right)\right)$ because consecutive minima of $f$ occur at $\left(-\frac{\pi}{2}, f\left(-\frac{\pi}{2}\right)\right)$ and $\left(\frac{\pi}{2}, f\left(\frac{\pi}{2}\right)\right)$, and $m$ is the image of $f$ with a horizontal shift of $\frac{\pi}{3}$ units left.

B. Consecutive minima of $m$ occur at $\left(-\frac{\pi}{6}, m\left(-\frac{\pi}{6}\right)\right)$ and $\left(\frac{5\pi}{6}, m\left(\frac{5\pi}{6}\right)\right)$ because consecutive minima of $f$ occur at $\left(-\frac{\pi}{2}, f\left(-\frac{\pi}{2}\right)\right)$ and $\left(\frac{\pi}{2}, f\left(\frac{\pi}{2}\right)\right)$, and $m$ is the image of $f$ with a horizontal shift of $\frac{\pi}{3}$ units right.

C. Consecutive minima of $m$ occur at $\left(-\frac{4\pi}{3}, m\left(-\frac{4\pi}{3}\right)\right)$ and $\left(\frac{2\pi}{3}, m\left(\frac{2\pi}{3}\right)\right)$ because consecutive minima of $f$ occur at $(-\pi, f(-\pi))$ and $(\pi, f(\pi))$, and $m$ is the image of $f$ with a horizontal shift of $\frac{\pi}{3}$ units left.

D. Consecutive minima of $m$ occur at $\left(-\frac{2\pi}{3}, m\left(-\frac{2\pi}{3}\right)\right)$ and $\left(\frac{4\pi}{3}, m\left(\frac{4\pi}{3}\right)\right)$ because consecutive minima of $f$ occur at $(-\pi, f(-\pi))$ and $(\pi, f(\pi))$, and $m$ is the image of $f$ with a horizontal shift of $\frac{\pi}{3}$ units right.

---

6. If $\csc\theta > 0$ and $\cot\theta < 0$, which quadrant does the terminal side of $\theta$ lie, assuming $\theta$ is in standard position? $\sin > 0 \quad \tan < 0$

A. I

B. II

C. III

D. IV

---

7. In the $xy$-plane, the terminal ray of angle $\theta$ in standard position intersects a circle of radius $r$ at the point $(-6\sqrt{3}, 6)$. What are the values of $\theta$ and $r$?

A. $\theta = \frac{2\pi}{3}$ and $r = 6$

B. $\theta = \frac{2\pi}{3}$ and $r = 12^{-6}\sqrt{3}$

C. $\theta = \frac{5\pi}{6}$ and $r = 6$

D. $\theta = \frac{5\pi}{6}$ and $r = 12$

8. Express $\csc\left(-\frac{33\pi}{7}\right)$ in terms of its reference angle?

$$\csc\left(-\frac{5}{7}\pi\right)=\csc\left(\frac{2}{7}\pi\right)$$

A. $-\csc\left(\frac{\pi}{7}\right)$

B. $-\csc\left(\frac{2\pi}{7}\right)$

C. $\csc\left(\frac{16\pi}{7}\right)$

D. $\csc\left(\frac{2\pi}{7}\right)$

---

9. Which of the following could not be equivalent to the expression $\sin^{-1}(\cot 3\theta)$?

A. $\frac{3\pi}{8}$

B. $-1.25$

C. $\frac{11\pi}{6}$

D. $-\frac{\pi}{2}$

---

10. A pendulum on a grandfather clock swings from side to side with sinusoidal motion. The pendulum takes one second to swing from one side to the other and moves a horizontal distance of 14 inches. If the function $d$ models the horizontal displacement of the pendulum, in inches, at $t$ seconds, which of the following expressions could define $d(t)$?

A. $14\cos(\pi t)$

B. $7\cos(2\pi t)$

C. $-14\cos\left(\frac{t}{\pi}\right)$

D. $-7\cos(\pi t)$

---

11. Which of the following defines the range of $y = \csc^{-1} x$?

A. $\left(-\frac{\pi}{2}, 0\right) \cup \left(0, \frac{\pi}{2}\right)$

B. $(-\pi, 0) \cup (0, \pi)$

C. $\left[-\frac{\pi}{2}, 0\right) \cup \left(0, \frac{\pi}{2}\right]$

D. $\left[-\frac{\pi}{2}, \frac{\pi}{2}\right]$



12. Given the function $f(x) = 3 \tan\left(-\frac{x}{2} + 2\pi\right)$, which of the following must be true?



$3 \tan\left(-\frac{1}{2}(x)\right) \qquad p = 2\pi$

   I.   $f(x)$ has zeros at $x = \frac{k\pi}{2}$, $k \in Z$. ✓
   II.   $f(x)$ demonstrates asymptotic behavior at $x = 2k\pi + \pi$, $k \in Z$.
   III.   $f(x) = 3$ at $x = 2k\pi - \frac{\pi}{2}$, $k \in Z$. ✓

A. II only               B. I and III

C. II and III               D. I, II, and III

---

13. An angle in standard position is defined as $\theta$. Given that $-\frac{5\pi}{4} < \theta < -\frac{5\pi}{8}$ which of the following statements must be true?

A. $\theta$ is quadrantal.              B. The reference angle of $\theta$ can be any angle on the interval $\left[0, \frac{\pi}{2}\right]$.

C. $\sec(-\theta) < 0$               D. $\tan^{-1}(x)$, where $x \in R$, can be equivalent to $\theta$.

---

Use the following graph of the periodic function $g$ to answer questions $14 - 15$.



14. Determine the period.

A. 4.5

B. 5

C. 7

D. 10

15. Determine the value of $g(-27)$.

A. $-1$

B. 0

C. 1

D. 2



**PART 2:** Free Response

Find the exact value for each of the following or state if its undefined.

| 16. $\arctan(-1)$ | (2 points) |
|---|---|

$$\frac{3\pi}{4}$$

$$-1$$

| 17. $\cot\left(\sin^{-1}\left(-\frac{12}{13}\right)\right)$  (3 points) | 18. $\arccos\left(\cos\left(\frac{11\pi}{8}\right)\right)$  (3 points) |
|---|---|

$$-\frac{5}{12}$$

$$\frac{5\pi}{8}$$

19. A sector of a circle has an area of 40 square meters, and the radius is 4 meters. What is the length of the arc and the measure of the central angle? **(6 points)**

$$r = 4$$

$$\frac{\theta}{2}16 = 40 \quad \theta = 5$$

$$\theta = \frac{arc}{r} \qquad 5 = \frac{arc}{4} \qquad arc = 20$$

The measure of the central angle is 5 radians and the arc length is 20m.

$$-1$$

Graph the function (plot the critical values) and identify the characteristics.    **(15 points)**

20. $g(x) = \frac{2}{3}\sec\left(2x - \frac{3\pi}{2}\right) - 1$ $\quad \frac{2}{3}\sec\left(2\left(x - \frac{3\pi}{4}\right)\right) - 1$



| Domain: | Range: |
|---|---|
| $\left\{X : X \neq \frac{3}{4}\pi + \frac{k}{2}\pi, k \in \mathbb{Z}\right\}$ $-2$ | $\left(-\infty, -\frac{5}{3}\right] \cup \left[-\frac{1}{3}, \infty\right)$ |
| Asymptotes: | Cosecant Equivalent: |
| $X = \frac{3}{4}\pi + \frac{k}{2}\pi, k \in \mathbb{Z}$ | $\frac{2}{3}\csc\left(2\left(x - \frac{\pi}{2}\right)\right) - 1 = g(x)$  |
| Period: | Frequency: |
| $\pi$ | $\frac{1}{\pi}$ |
| Vertical Shift: | Phase Shift: |
| down 1 | right $\frac{3\pi}{4}$ |

-2

21. A city averages a minimum of 10 hours of daylight in December, and maximum of 14 hours of daylight in June.  The number of hours of daylight varies sinusoidally, and can be represented by the function $d$, where $d(t)$ is the number of hours of daylight at $t$ months.

**(11 points)**

a. Sketch a graph of this scenario if $t = 0$ corresponds to the month of January.



$- 3$

b. Write an equation for $d(t)$.

$$d(t) = 2\cos(\pi \cdot t) + 12$$

note to self: write an actual $t$ without hybrid $x$ (bring lead!!!) (and more eraser (don't spend time digging for more))

c. How many hours of daylight does the city average in March?

14 hours

.4