

*Empowering All to Learn, Create, Contribute, and Grow.*

# CODE OF CONDUCT

# 2025-2026 School Year

# LIVINGSTON PUBLIC SCHOOLS

**11 Foxcroft Drive**
**Livingston, NJ 07039**
**(973) 535-8000**
**www.livingston.org**

## CENTRAL OFFICE ADMINISTRATION

**Dr. Daniel Fishbein**
*Interim Superintendent*

**Mark Stern**
*Assistant Superintendent*

**Lisa Capone Steiger**
*Assistant Superintendent*

**Jessica Rapp**
*Business Administrator/Board Secretary*

## BOARD OF EDUCATION

**Seth Cohen**
*President*

**Parul Khemka**
*Vice President*

**Pam Chirls**
**Fong Gong**
**Inna Yelisevich**
*Members*

**Abe Klein**
*Student Representative*

# TABLE OF CONTENTS

Superintendent's Message  -  Page 4

Philosophy  -  Page 4

Expectations  -  Page 5

Student Integrity  - Page  6

School Procedures  -  Pages 7-8

School Bus Procedures  -  Pages 8-9

Jurisdiction of School Officials  -  Page 9

Definitions of Prohibited Activities/Items in School  -  Pages 10-12

Consequences and Interventions for Behavior  -  Page 12

    Suspension  -  Pages 12-13

    Expulsion  -  Page 14

Harassment, Intimidation, and Bullying  -  Pages 15-17

Substance Abuse Policy  -  Page 18

Livingston Board of Education Policy References  -  Page 18

# SUPERINTENDENT MESSAGE

*Dear Parents and Students of the Livingston Public Schools:*

*At Livingston Public Schools (LPS), our top priority is creating a safe and secure learning and working environment for everyone. This begins with all of us—students and staff—modeling and upholding positive character and appropriate behaviors.*

*To clearly define what is expected on school property, the LPS has developed a Code of Conduct. This important document is updated and refined every year.*

*We ask that every student and parent review this document in its entirety at the beginning of each school year. Principals will also go over the document with their faculty and students. Be aware that school personnel will take appropriate disciplinary action for any violations, as detailed in your individual school's student handbook.*

*It is our collective responsibility to ensure that everyone in our schools is treated with fairness, respect, and dignity. Your partnership is essential in reinforcing these expectations for good behavior. If you have any questions about this document, please reach out to your student's principal.*

*Dr. Daniel Fishbein,*
*Interim Superintendent of Schools*

# PHILOSOPHY

At Livingston Public Schools (LPS), we believe every student should strive for learning and the development of their unique potential. It is important for students to understand that their attitudes and actions impact their classmates and their own learning journey.

A positive school community thrives when students understand their role in maintaining an atmosphere that supports the health, safety, and well-being of everyone. We expect our students to be respectful, courteous, and responsible, taking pride in themselves and their school. They should accept responsibility for creating and maintaining a positive learning environment. With the support of staff and parents, all students can significantly contribute to the effectiveness of our schools and the value of their education.

The LPS Code of Conduct applies everywhere—from classrooms, halls, and the cafeteria to assemblies, school functions, and school bus travel. Under laws governing Harassment, Intimidation, and Bullying, it also covers gestures, written, verbal, or physical acts, or any electronic communication, whether on school property, at school-sponsored events, on a school bus, or off school grounds. All students are expected to follow the LPS Code of Conduct.

This Code of Conduct will be consistently implemented and enforced in all LPS schools and at related events, upholding its spirit throughout.

# EXPECTATIONS

**Students are expected to:**

- Be on time for school and classes.
- Be prepared for classes (e.g., books or electronic devices on hand, homework turned in on time, studying, completing assignments, actively participating).
- Take responsibility for their behavior, realizing there are always choices and consequences for their choices.
- Respect one another's differences and resolve interpersonal conflicts using discussion, peer mediation, or assistance from school personnel.
- Commit themselves to constant personal growth and improvement.
- Contribute to the life of the school through active participation.
- Use appropriate language and show common courtesy in school, on the way to and from school, and at school functions.
- Follow all directions the first time they are given.
- Dress in an appropriate and safe fashion.
- Be substance-free.

**Parents are expected to:**

- Be supportive of the staff's authority and responsibility to establish and maintain a positive, productive, safe, orderly, and non-threatening learning environment.
- Provide space, time, and necessary supervision so their child can study and complete assignments.
- Be responsible for property lost or damaged by their child.
- Ensure that their child attends school punctually and regularly.
- Respect and follow all school traffic, parking, and safety rules.
- Respect and follow the visitor policy at all schools.
- Be substance-free when visiting school or attending school events.

**Faculty and staff are expected to:**

- Establish and maintain a positive, productive, safe, orderly, and non-threatening learning environment.
- Be good role models by dressing professionally, being courteous and respectful to all, using appropriate language, and being sensitive to individual needs.
- Follow and support school rules.
- Treat individual students fairly and consistently.
- Communicate student progress and behavior to students, parents, and staff in a timely, consistent, and effective manner.
- Be substance-free when in school or when attending school events.

# STUDENT INTEGRITY

**Academic Dishonesty**
- Cheating, plagiarism, forgery, and unauthorized computer use (see Technology Misuse section below) are strictly prohibited.
- Cheating includes, but is not limited to, the unauthorized use of books, electronic devices, notes, crib sheets, copying from other students, and/or obtaining unauthorized copies of examinations.
- Plagiarism is defined as stealing or using, without acknowledgment, the ideas, words, formulas, textual materials, online services, computer programs, etc. of another person as one's own.
- Other breaches of academic integrity include forging signatures, altering answers after they have been graded, inserting answers after the fact, erasure of a grader's markings, other acts that allow for falsely taking credit, and the unauthorized use of the internet or artificial intelligence to complete tests and/or assignments.

**Dishonesty**
- Students shall not make false accusations against staff or other students and shall not give false information in any form about others.
- Students shall not purposely withhold information.

**Technology Misuse**
- Computers, computer networks, and other electronic technology shall only be used for valid educational purposes and only with the approval of a school staff member in accordance with LPS Acceptable Use Policy #2361.
- Unacceptable uses of technology include, but are not limited to, violating others' privacy; using, producing, transmitting, sharing, or storing profanity or obscene material; copying commercial software in violation of copyright law; using technology for financial gain or illegal activity; and re-posting personal communication without the author's prior consent.
- Students should not record any student(s) or school staff member(s) for any purpose without consent.  Inappropriate recordings of educational material, student assessment instruments, and/or student assessment reviews are strictly prohibited (see policy #5516).
- LPS is committed to providing students with the best resources to prepare them for success in an ever-changing world. In this spirit, we recognize that Generative Artificial Intelligence (AI), Large Language Models (LLM), and prompt-engineering tools, while still relatively new and evolving daily, can be valuable tools in our educational environment. Any use of AI is expected to be done in accordance with the LPS Artificial Intelligence Policy # 2365.

**Participation In Co-curricular Activities**
Participation in co-curricular activities is a privilege that comes with additional expectations for student conduct. Students will be expected to:
- Present themselves positively and respectfully.
- Act responsibly when being transported to and from co-curricular activities.
- Be alcohol and drug-free.
- Adhere to all school rules.
- Comply with all rules and regulations in the school's student handbook.

***Violations of these expectations could result in disciplinary action as outlined in the individual school's student handbook and/or Board of Education policies and regulations.***

# SCHOOL PROCEDURES

**Attendance**

Livingston Public Schools emphasizes student attendance to ensure that all children meet NJ DOE mandates and expects every student to attend every day to ensure maximum progress. Specific attendance reporting procedures may be found in the individual school handbooks and within the district attendance policy and regulations (*Policy 5200* and *Regulation 5200*).

**Absences, tardiness, and/or truancy**
- Students must report to school/class on time.
- Absences, tardiness, and early dismissals must have documented approval from a parent. Medical dismissals should be processed through the school nurse.
- Truant students, whether absent, tardy, or dismissed early, are subject to attendance proceedings as outlined in the individual school's student handbook.
- High school students will lose credit for any course if absences exceed ten percent of scheduled class time, as specified in N.J.A.C. 6A:32-8.6 A (b).

**Co-Curricular Activities** - Participation in co-curricular activities must be compliant with individual school rules and is at the discretion of the principal.

**Leaving School Grounds** - No student shall leave school grounds during the academic day without parental permission with administrator agreement.

**Promotion and Retention** - A student will be promoted to the next succeeding grade level when they have completed the assigned course requirements; have met the attendance requirements; have achieved the instructional objectives set for that student for the present grade; and have demonstrated the degree of social, emotional, and physical maturation necessary for a successful learning experience in the next grade, and meet all attendance requirements (*Policy 5410*).

**School-sponsored Publications** - For purposes of this provision, "school-sponsored publications" shall include all printed materials or other media, sponsored by the school or the District, used to communicate with students, including, but not limited to, newspapers, magazines, articles, brochures, pamphlets, posters, buttons, or audio or video publications.

- Students must submit all school-sponsored publications to the principal or the principal's designee before distribution.
- The principal or principal's designee may restrict distribution of any school-sponsored publication which, if not restricted, would undermine or disrupt the basic educational activities of the school, interfere with the educational continuity of instruction, subject the LPS to legal action for libel or copyright infringement, or is profane, lewd, obscene or inappropriate for a specific age group.
- Publications not considered school-sponsored publications are not subject to pre-approval by the principal or the principal's designee.
- If the principal or principal's designee elects to restrict the distribution of school-sponsored publications, the affected student(s) will have the right to appeal that determination to the Superintendent or their designee. If the student is not satisfied with the Superintendent's determination, they may appeal the decision to the LPS (*Policy 2432*).

**School Safety** - Livingston Public School grounds are under electronic surveillance 24 hours a day. Violation of school security measures will result in disciplinary actions as outlined in the school's student handbook (*Policy 7441*).

**Student Dress Code** - The Livingston Public Schools understand that student dress and grooming are expressions of personal style. To ensure a focused and respectful learning environment for everyone, we ask that students choose clothing and grooming that don't disrupt the educational program or create a distraction.

If a student's attire is found to violate these guidelines, school staff will address the situation appropriately. For specific details regarding your school's dress code, please consult your student handbook.

**Unauthorized Sales or Distributions** - All distribution of goods and collection of money must be authorized by the principal or a school district administrator in advance (*Policy 6850*).

## SCHOOL BUS PROCEDURES

The Livingston Public Schools make every effort to operate a safe and dependable bus system for all students, following State guidelines. To meet this expectation, the rules listed below will be enforced. ***Please note that only approved students may ride the bus; riders with a bus pass may not bring guests on the bus.***

**Students Meeting the Bus Should:**
- Arrive at their bus stop at least 10 minutes before the regular pick-up time.
- Stand away from the road/not stand on the traveled portion of the road while waiting for a bus.
- Wait until the bus has stopped, then walk to the front door.  Do not run alongside a moving bus.
- Board the bus in an orderly fashion.
- Use only their assigned bus, bus stop, and route.
- Not engage in any manner with strangers at the bus stop.

**Students Riding the Bus Should:**
- Obey the instructions of the bus driver and/or bus attendant.
- Not distract the bus driver.
- Refrain from horseplay.
- Listen to phones using personal listening devices.
- Wear seat belts at all times.
- Not throw objects in or out of the bus.
- Be seated immediately. Remain seated, facing forward.
- Share seats equally.
- Not have any glass objects.
- Not tamper with bus equipment.
- Be courteous.
- Not shout on the bus or out of the bus windows.
- Keep all body parts inside the bus.
- Not eat or drink without the bus driver/teacher's permission.
- Not bring large objects on the bus.
- Keep aisles clear.

**Students Leaving the Bus Should:**

- Remain seated until the bus comes to a complete stop.
- Leave the bus in an orderly manner; students in the front seats exit first.
- Leave the bus stop area when safety is safe after being discharged from the bus.
- Cross at least 10ft in front of the bus after the driver has signaled that it is safe.
- Use their assigned bus stop and route only.
- Not engage in any manner with strangers at the bus stop.
- Be met by a responsible individual or older sibling if they are in Kindergarten, 1st, or 2nd grade. If a child in grades K through 2nd is not met at the bus stop, the bus driver will return the child to the school office to ensure the child's safety (*Regulation 8630*).

**Drivers have the right to assign seats to all students on a route.** If a disciplinary problem occurs in the afternoon and, in the driver's judgment, it creates an unsafe condition, the driver may return to school immediately to seek disciplinary action or assistance. Bus drivers must report all infractions to the school principal or their designee.

**Trespassing** - Only authorized persons are permitted aboard a school bus.

**Riding the School Bus is a Privilege** that comes with responsibilities. Any student infraction will be reported to the principal, who will determine disciplinary action, including the possible suspension of bus transportation. To regain bus privileges, parents must meet with the bus driver, principal, and a Transportation Department representative to establish a clear understanding and solution. Parents are solely responsible for their child's transportation if bus privileges are revoked.

# JURISDICTION OF SCHOOL OFFICIALS

School officials may discipline students for misconduct, as defined in the individual school's student handbook or in this Code of Conduct, which occurs in and around school property or activities. While misconduct that occurs outside the school environment is an issue to be addressed by local law enforcement, school officials may sometimes discipline students for such conduct. Discipline for off-campus behavior is justified when there is a substantial nexus between the student's conduct and the safe and orderly operation of the school, and the conduct "materially and substantially" interferes with the discipline necessary to operate the school.

Accordingly, school officials may discipline students for conduct occurring:

- While on or about school premises.
- While en route to and from school in school vehicles, including at bus stops.
- While on school-sponsored field trips.
- While attending or participating in co-curricular activities.
- While engaged in school-related activities on or off premises.
- While on school property, but during non-school hours.

While off school grounds, if engaging in acts of Harassment, Intimidation, and Bullying, or if the conduct has a substantial nexus with the school's safe and orderly operation, it materially and substantially interferes with the discipline necessary to operate the school.

Appropriate disciplinary action for a student who commits an infraction of the LPS Code of Conduct (*Policy #5600*) will be administered as outlined in the individual school's student handbook and as permitted by the provisions of N.J.A.C. 6A:16-7.

## DEFINITION OF PROHIBITED ACTIVITIES/ITEMS IN SCHOOL

The LPS recognizes the need to provide students and staff with a safe and secure environment. Therefore, the possession and/or use of weapons, or other instruments which can be used as weapons, are prohibited from school property, at any school-sponsored activity under the supervision of professional school staff, or while en route to or from school or any school-sponsored function.

For this document, weapons or dangerous instruments are broadly defined to include, but are not limited to, those specified in N.J.S.A. 2C:39-1 (*Policy 5613* and *Policy 8467*). Rifles, shotguns, machine guns, automatic or semiautomatic rifles, B.B. guns, dart guns, pellet guns, and other firearms; stilettos, and other knives which could inflict harm; blackjacks, bludgeons, metal knuckles, cesti or similar leather bands studded with metal fillings or razor blades embedded in wood; ice picks, razors, chains, bats, clubs, explosives; any weapon or other device which projects, releases, or emits tear gas or any other substance intended to provide temporary physical discomfort or permanent injury through being vaporized or otherwise dispensed in the air; and any other object that can reasonably be considered a weapon. The principal or designee shall determine that a particular object is a dangerous instrument in any case where there is a question of its possession or use posing a threat to students, staff, or property.

A student found or observed on school property or at a school-sponsored event to have a weapon or dangerous instrument shall be reported to the principal/designee immediately. The principal/designee shall immediately inform law enforcement officials and the Superintendent.

Disciplinary action shall be taken against students who possess, handle, transmit, or use weapons or dangerous instruments. Due process will be provided to the student. Disciplinary action imposed by the school may include sanctions levied by legal authorities.

Any student who commits the following offenses shall be immediately removed by the principal from the District's regular education program for not less than one calendar year and placed in an alternative education school or program pending a hearing before the LPS to remove the student:

1. Possessing a firearm on any school property, on a school bus, or at a school-sponsored function; or
2. Committing a crime while possessing a firearm.

Listed below are rules that, when violated, disrupt the learning environment and/or compromise the safety of students. Students who violate these rules will be referred to the principal or their designee. The consequences that may be assigned to the student will be listed and defined after the definitions.

**Arson/Fire/False Reporting Includes:**
- Violations of fire regulations.
- Making false fire reports.
- Falsely activating a fire alarm.
- Lighting matches or any flame that is not an approved part of classroom instruction.
- Use of incendiary or explosive materials.
- Threats to bomb, burn, or destroy school property or the property of school personnel or students.

**Assault and Battery** - No student shall threaten or attempt to use force upon another student or staff member (*Policy 5612* & *Policy 5613*).

**Conduct Dangerous to the Physical Well-being of Others** - No student, through their direct or indirect actions, shall place other students or staff in danger of physical harm (*Policy 5560*).

**Fighting** - No student should engage in fighting.

**Gambling** - No student should engage in gambling (*Policy 3283* & *Policy 4283*)

**Gang Activity** - No student should engage in gang activity, recruitment, or expressions of gang membership.

**Harassment, Intimidation, or Bullying (HIB)** - Please see page 15 (*Policy 5512*).

**Hazing** - Students shall not engage in behavior that recklessly or intentionally endangers the health or safety of others or inflicts bodily injury on a student in connection with an initiation, affiliation, or admission into an athletic team, club, group organization, or student body (*Policy 5541*).

**Littering** - Students shall dispose of all trash in the appropriate can or receptacle.

**Possession of Banned Items**
- Students may not have any of the following items:
  - Laser pointers.
  - Lighters, matches, e-cigarettes, or other incendiary devices, unless authorized by a faculty member for educational purposes.
  - Profane material or pornography.
  - Any other item that disrupts the learning environment.
  - Any other item that compromises the safety of any student.

**Sexual Harassment** (*Policy 5751*)
- Sexual harassment is prohibited at school, on school grounds, on school buses, at school-sponsored activities, or toward other students off school grounds.
- Unwelcomed words (spoken or written), actions, or bodily contact associated with gender may be considered sexual harassment.
- All instances of sexual harassment should be immediately reported to a staff member or principal.

**Theft** - Taking, acting as a lookout, or attempting to take others' school property or personal property without permission is expressly forbidden.

**Trespassing**
- Students are considered to be trespassing if they are present at a school other than the school in which they are enrolled unless they are attending an approved school activity, have the approval of a staff member, or are accompanied by a parent.
- Suspended students are prohibited at any school or school-sponsored activity or on any school property.
- Students who trespass on any school property are subject to arrest and disciplinary actions as outlined in the school's student handbook.

**Threat To Property/Vandalism** (Policy 7610)
- No student shall threaten or attempt to do damage to the school building, school property, staff, or student property. A threat will be considered any expression of intent to cause harm, injury, or damage to school property or other persons on school property, at school-sponsored activities, or on school buses. This expression includes verbal, written, and electronic forms.
- Graffiti is prohibited, as is computer and other electronic vandalism.

**Tobacco Possession and/or Use** - Students are not permitted to smoke or have tobacco products, vaping devices, matches, or lighters on school buses, in school buildings, on school property, or at school-sponsored activities. Please refer to the school's student handbook for disciplinary consequences (*Policy 5533*).

**Threatening and/or Abusive Language** - Any oral, written, or electronic expression of intent to cause harm, injury, or damage to school property or other persons on school property, at a school-sponsored activity, or on school buses, will not be tolerated, including threats made off school grounds. Please refer to the school's student handbook for disciplinary consequences.

## CONSEQUENCES AND INTERVENTIONS FOR RULE VIOLATIONS

**Suspension** - For this policy, "suspension" means the temporary removal of a student from the regular instructional program. "Short-term suspension" means a suspension of not more than ten days, and "long-term suspension" means a suspension of more than ten days.

Procedure - A school administrator may suspend a student from school for misconduct, which includes, but is not limited to, violations stated within the LPS Code of Conduct and the individual school's student handbook. The administrator will give the student notice of the charge(s) against him/her, and an account of information known to school personnel about the event(s) in question. The student will be allowed to present their version of the events.

When a suspension is imposed, the school administrator or appointed designee will notify the student's parent to inform them of the reason for the suspension, the length of suspension (as determined by the administrator), and any arrangements for transportation home, if necessary.

Students who are suspended are not allowed on school property (including buses) or at any school-sponsored activities for the duration of the suspension. Suspended students who trespass on school property or at school-sponsored activities are subject to further discipline.

Students serving a suspension will be expected to make up all work. A student shall be entitled to home-based instruction after the fifth day of suspension or be assigned to an alternative educational program on the recommendation of the Superintendent. Where a home instructor cannot be located by the 5th day, home instruction will be made up at the option of the parent (*Policy 5610*).

**Suspension Appeals** - Upon notification of a suspension, a parent or adult student may provide written notice of an appeal of the action.

- Short-Term Suspension – The appeal will be heard by the school's principal within three school days of the suspension, who will review the findings regarding the event in question and decide to uphold, remove, or modify the suspension.

- Long-Term Suspension – The appeal will be heard by the school's principal within three school days of the suspension, who will review the findings regarding the event in question and decide to uphold, remove, or modify the suspension. Should a parent/adult student appeal beyond the building level, the appeal process shall progress to the Superintendent of Schools and the Livingston Board of Education in compliance with 18A:37.

An appeal does not stay the suspension. The student shall not be allowed to attend school during a suspension appeal unless permitted by the principal. Students in the appeal process may be denied participation in co-curricular activities during the appeal process.

**Specialized Occurrences Warranting Immediate and Long-Term Suspension**
Any student possessing a firearm on school property, on a school bus, or at a school-sponsored function or committing a crime while possessing a firearm shall be immediately removed from the school's regular educational program for not less than one calendar year and placed in an alternative education school or program pending a hearing before the Board of Education to remove the student (*Policy 5611*).

Any student who commits an assault, as defined under N.J.S.A. 2C:12-1, upon a student, teacher, administrator, LPS member, or other school district employee, with a weapon other than a firearm on school property, on a school bus or at a school-sponsored function must be immediately removed from the school's regular education program and placed in an alternative education school or program, pending a hearing before the Livingston Board of Education.

Any student who commits an assault, as defined under N.J.S.A. 2C:12-1, upon a teacher, administrator, LPS member, or other school district employee, acting in the performance of their duties in a situation where their authority to act so is apparent or as a result of the victim's relationship to an institution of public education in New Jersey, not involving the use of a weapon or firearm, shall be immediately suspended from school consistent with procedural due process pending suspension or expulsion hearings before the Livingston Board of Education.

**Reinstatement** - A suspended student, if warranted, may be reinstated.

1. By the principal within ten days of the suspension.
2. By the Superintendent at any time before the next meeting of the Livingston Board of Education following the suspension.
3. For a long-term suspension, a student may be reinstated by the Livingston Board of Education at the first meeting following the suspension. (However, no student suspended for reasons of assault upon a person in authority may be reinstated before the Livingston Board of Education has held a due process hearing.

**Students with Disabilities** - Students with disabilities are subject to suspension in compliance with the Individuals with Disabilities Education Act ("IDEA").

**Expulsion** - (*Policy 5620*) The LPS will consider expulsion if:

1. The student has continued to display willful disobedience and open defiance as indicated in N.J.S.A. 18A:37-2 or;
2. The Superintendent, with their staff, has exhausted all means to correct the misconduct and reviewed the alternatives to expulsion or;
3. The nature of the single act presents such a clear possibility of danger to others that immediate definitive action is indicated and;
4. The parents of the student have been interviewed and advised of why expulsion is being considered, the rights of the pupil to a full hearing, which will afford their procedural due process, and the right of parents to appeal to the Superintendent.

The student shall remain out of the school until either:
A. An appeal made to the Superintendent is decided in the student's favor, or;
B. The appeal to the Superintendent (if made) has been denied, and the Livingston Board of Education has decided to reinstate the student.

If the LPS determines that the charges may warrant expulsion, they will set a date for the hearing. The Board attorney will arrange for giving legal notice to all parties concerned to prepare and present evidence in support of the charges at the hearing.

The student must receive:

1. Notification of the charges.
2. The names of the adverse witnesses.
3. Summaries of the statements and affidavits of those adverse witnesses.
4. The opportunity to be heard in their defense.
5. The opportunity to present witnesses and evidence in their defense.
6. The opportunity to cross-examine adverse witnesses.
7. The opportunity to be represented by counsel.

*Juvenile authorities and law enforcement agencies*
*shall be notified or consulted when appropriate.*

# HARASSMENT, INTIMIDATION, AND BULLYING

***Please note:  Any changes and revisions to State statute or LPS policy supersede information contained herein.***

Legal definition: "Harassment, intimidation, or bullying" means any gesture, any written, verbal, or physical act, or any electronic communication, as defined in N.J.S.A. 18A:37-14 (*Policy 5512*), whether it be a single incident or a series of incidents that:

1. Is reasonably perceived as being motivated by either any actual or perceived characteristic, such as race, color, religion, ancestry, national origin, gender, sexual orientation, gender identity, and expression, or a mental, physical, or sensory disability, or by any other distinguishing characteristic;

2. Takes place on school property, at any school-sponsored function, on a school bus, or off school grounds, as provided for in N.J.S.A. 18A:37-15.3;

3. Substantially disrupts or interferes with the orderly operation of the school or the rights of other students, and that
   a. A reasonable person should know, under the circumstances, that the act(s) will have the effect of physically or emotionally harming a student or damaging the student's property, or placing a student in reasonable fear of physical or emotional harm to their  person or damage to their property; or
   b. Has the effect of insulting or demeaning any student or group of students; or
   c. Creates a hostile educational environment for the student by interfering with a student's education or by severely or pervasively causing physical or emotional harm to the student.

Interventions and procedures in place to meet the requirements of the NJ DOE policies and regulations can be found at www.livingston.org.

- A District Anti-Bullying Coordinator has been designated.
- Each school will have an Anti-Bullying Specialist and a School Safety/School Climate Team.
- Bullying incidents that occur off school grounds will be investigated if they disrupt or interfere with the orderly operation of the school.
- Any adult or student who witnesses an incident of harassment, intimidation, or bullying must report the incident to the principal the same day.
- The principal will inform the parents of students involved in an incident of harassment, intimidation, or bullying. Information should include the nature of the incident, what evidence was found, if consequences were imposed, and if services were provided to address the incident.
- Parents have the right to appeal any decision made regarding an incident of harassment, intimidation, and bullying to the Livingston Board of Education.
- The State will assess how effectively LPS has implemented a system to prevent harassment, intimidation, and bullying, and the results will be posted on the District website.

**All Schools Have A Culture Where Bullying Is Not Tolerated** - Harassment, Intimidation, and Bullying will not be tolerated in any school, on school buses, during any school activities, on the way to or from school, off school grounds, or at any other time that impacts the operation of the school.  To make this possible, the District has developed a system for reporting and responding to instances of harassment, intimidation, and bullying. Below are questions and answers that will help explain the system put in place to stop harassment, intimidation, and bullying in our schools.

*Q:  What are the student behavioral expectations in a bullying-free environment?*

A: Students are expected to:

- Immediately report any act that is harassing, intimidating, or bullying to a school staff member.
- Respect the right of all students to be educated in an environment free of harassment, intimidation, and bullying.
- Respect the property of others.
- Not participate in any act that a reasonable person would perceive to be intimidating to others.
- Not exclude others for the purpose of humiliation.
- Not engage in physical activity that would intimidate another student (hitting, tripping, pushing, etc.).
- Not make any false accusations against other students regarding incidents of harassment, intimidation, or bullying.

*Q:  How should a student report bullying?*

A: If a student is being bullied, he or she must report the incident to a school District staff member immediately. Staff members are trained to know where to bring information regarding the incident. The student reporting the incident will be asked to fill out an incident statement, as will the staff member who either witnessed the incident or received the report from a witness or the victim.  Any parent or staff member who becomes aware of a possible HIB should complete NJ FORM 338 and submit it to their principal within the school day of the event.

Once the statement is given to the anti-bullying specialist in the school, the parents of the students will be notified of the incident. Should an investigation be warranted, it will be initiated no later than the following day, and the investigation will be completed within 10 school days. Parents will be notified if the District finds any evidence of harassment, intimidation, or bullying, no later than five school days after the Livingston Board of Education has acknowledged the report in the next regular meeting following the completion of the investigation.

*Q:  Are there immediate actions that I can take if I am bullied?*

A: Yes. These actions include:
- Report the incident immediately to a school staff member.
- Keep written notes of dates, times, places, witness names, and other information.

*Q: What should I do if the bullying continues?*

A: Immediately report the incident to a school administrator or other school staff member. It is important to tell your parent(s) or guardian(s) that the bullying is continuing.

*Q: What is cyberbullying?*

A: Cyber-bullying is the use of electronic information and communication devices, including but not limited to email messages, instant messaging, text messaging, cellular telephone communications, internet blogs, internet chat rooms, social networking websites, internet postings, and defamatory websites that:

- Deliberately threatens, harasses, or intimidates an individual or group of individuals.
- Places an individual in reasonable fear of personal harm or damage to the individual's property.
- Has the effect of substantially disrupting the orderly operation of the school.

*Q: What are the consequences for acts of intimidation, harassment, or bullying?*

A: Factors such as the age of a student, the degree of harm, the severity of the behaviors, history and patterns of behavior, and the relationship between parties involved will be taken into account when consequences and/or discipline are administered. If the findings of an investigation result in a student requiring consequences for their behavior, the principal or designee, in conjunction with any information found in the student handbook (in grades 6-12), will assign a consequence or discipline as deemed appropriate.

*Q: What are ways to remediate after an act of harassment, intimidation, or bullying has occurred?*

A: Remedial measures can help the victim of incidents to cope and be able to know what to do in future encounters of harassment, intimidation, or bullying. Steps will also be taken to help students believed to have harassed, intimidated, or bullied other students, so they understand appropriate social interaction and how other students feel when they are harassed, intimidated, or bullied. Remedial measures may include one or more of the following:

- Counseling and/or;
- Education or Advisement and/or;
- Restitution

*Q: What are the parents' rights to appeal consequences?*

A: Parents have the right to appeal the decision of the LPS. A hearing before the Livingston Board of Education shall be granted within 10 business days of the request or at the next scheduled meeting of the Board of Education. A decision in writing by the Board will be made within five business days of the hearing. A final appeal can be made to the New Jersey Commissioner of Education no later than 60 days after the Livingston Board of Education's decision. All appeals must be in writing.

# SUBSTANCE ABUSE POLICY

*Please refer to [LPS policy #5530](#).*

# LPS POLICY REFERENCES

| | |
|---|---|
| Acceptable Use of Computer Networks/Computers & Resources | #2361 |
| School Sponsored Publications | #2432 |
| Electronic Communication between Teaching Staff Members & Students | #3283 |
| Attendance | #5200 |
| Administration of Medication | #5330 |
| Promotion and Retention | #5410 |
| Harassment, Intimidation & Bullying | #5512 |
| Use of Electronic Communication Devices | #5516 |
| Substance Abuse | #5530 |
| Student Smoking | #5533 |
| Passive Breath Alcohol Sensor Device | #5535 |
| Student Discipline/Code of Conduct | #5600 |
| Suspension | #5610 |
| Expulsion | #5620 |
| Smoking in School Buildings and on School Grounds | #7434 |
| Alcoholic Beverages on School Premises | #7435 |
| Electronic Surveillance in School Buildings and on School Grounds | #7441 |
| Vandalism | #7610 |
| Reporting Violence, Vandalism, HIB, Alcohol, & Other Drug Abuse | #8461 |
| Firearms and Weapons | #8467 |
| Civility | #9131 |