

# Student Handbook 2025-2026

*Livingston High School*



# Alma Mater

As loyal sons and daughters,
We raise our voices high.
Singing praise and pledging our honor
To raise her colors up to the sky.

To be loyal to her traditions,
Keep her standards shining bright.
So let everyone from LIVINGSTON
Hail "Green and White."





*30 Robert Harp Drive*
*Livingston, New Jersey 07039*
*(973) 535-8000 ext. 8100*
*Fax - (844) 372-5374*
*www.livingston.org/lhs*

Dear Lancer Community:

Our student handbook is a compilation of expectations and procedures, rooted in New Jersey administrative law, state and local policies, and the district **Code of Conduct**, that enable us to work effectively within our school environment. Additionally, the book highlights important curricular and co-curricular information to facilitate equity and access to these programs. A complete listing of district policies is maintained on the Livingston district website (**www.livingston.org**) for your reference. I also encourage you to regularly access the Livingston High School website (**www.livingston.org/lhs)** for detailed school, departmental, co-curricular and athletic information posted throughout the school year. Please review the contents of the handbook and use it as a planning and reference tool.

Each member of our school community performs an important role in creating and maintaining a school where all students can learn, create, contribute and grow. Our ultimate success, given the resources available to us, will be determined by the quality of our relationships. Demonstrating respect for self and others, understanding individual differences, communicating appropriately, and making a commitment to contribute in positive ways are key behaviors in ensuring that our school is a welcoming place where all students feel supported in their endeavors.

Our administrators, school and student assistance counselors, and faculty are readily available to assist students and their parents. Please do not hesitate to access the human resources available to you.

Sincerely,

Amro Mohammed
Principal

3



# Livingston Public Schools
# School-Parent Compact
# (A)

Livingston High School and the parents of the students participating in activities, services, and programs funded by Title I, Part A of the Elementary and Secondary Education Act (ESEA) agree that this compact outlines how the parents, the entire school staff, and the students will share the responsibility for improved student academic achievement and the means by which the school and parents will build and develop a partnership that will help children achieve the
challenging State academic standards.

This school-parent compact is in effect during school year 2025-2026.

## Required School-Parent Compact Provisions School Responsibilities

## Livingston High School will:

1. Provide high-quality curriculum and instruction in a supportive and effective learning environment that enables the participating children to meet the challenging State academic standards as follows: providing classroom "lab" environments which will support students in their attainment of college preparatory math classes.

2. Provide parents with frequent reports on their children's progress. Specifically, the school will provide reports as follows: student progress reports, Genesis student grade book which is accessible to parents, teacher communication with parents via phone call and email, report cards inclusive of comments.

3. Provide parents reasonable access to staff. Specifically, staff will be available for consultation with parents as follows: Back to School Night in September, Teacher Schoology Pages, emails, phone calls, meetings as required.

4. Provide parents opportunities to volunteer and participate in their child's school through participation in Parent Teacher organizations such as the PTA and PT Council and to observe classroom activities if appropriate.

(Continue on next page …)

4

Back    Table of Contents    Forward

# Livingston Public Schools
# School-Parent Compact
## (B)

## Parent Responsibilities

We, as parents, will support our children's learning in the following ways:
- Monitoring attendance.

- Making sure homework is completed when assigned.

- Monitoring amount of media (computer/cell phone/television/gaming devices) consumed by my children daily.

- Participating in decisions relating to my children's education.

- Promoting positive use of my child's extracurricular time.

- Staying informed about my child's education and communicating with the school by promptly reading all notices from the school or the school district, either received by my child or by mail, and responding, as appropriate.

- Serving, to the extent possible, on policy advisory groups, such as being the Title I, Part A parent representative on the school/district/state committees such as School Improvement Team, the Title I Policy Advisory Committee, the District wide Policy Advisory Council, the State's Committee of Practitioners, the School Support Team or other school advisory or policy groups.

Please review the following, **ESEA Parent Right to Know** letter for more information.



5

# Table of Contents

**a.    NAMES & TELEPHONE NUMBERS**

- Board of Education/Central Office Administration
- District Mission & Vision of Education
- Mission Statement
- LHS Administration and Supervisors
- Frequently Called Numbers
- Important Helpline Telephone Numbers
- Student Government Association & Class Officers

**B.    SCHOOL HOURS**

- School Hours

**C.    ACADEMICS & CURRICULUM**

- Overview
- Monmouth Court Campus
- Course Guide
- Homework
- Assessments
- Livingston Public Schools Statement on Artificial Intelligence (A)
- Livingston Public Schools Statement on Artificial Intelligence (B)
- Livingston Public Schools Statement on Artificial Intelligence (C)
- Academic Integrity
  - Cheating & Plagiarism
  - Cheating
  - Plagiarism
- Violation of Academic Integrity Code
- Minimum Course Load
- Promotion to the Next Grade
- Early Graduation
- Remediation
- Summer School


# Table of Contents

**D.    GRADES & GRADING**

- Grading Guidelines and Reporting System
- The Grading System
- Calculating Final Grades (A)
- Calculating Final Grades (B)
- Grade Calculation for a Full Year Course
- Weighted Grade Equivalent Value
- Calculating Weighted Grade Point Averages
- Progress Reports
- Report Cards and Honor Roll
- "No Credit" Final Grade
- Incompletes
- Unsatisfactory Citizenship Comments
- Procedures for Questions Regarding Grades
- Health, Driver's Education and Physical Education
- Academic Societies
- Academic Recognition at Graduation (A)
- Academic Recognition at Graduation (B)
- Graduation Speeches

**E.    ATTENDANCE POLICIES**

- Attendance Procedures
- Attendance Reference Chart
- Attendance Interventions
- Seat Time Recovery
- Tardy Attendance Calculations
- Health Office Visits
- Student Illness
- Chronic Medical Conditions/Provisions of the IHP
- State Approved Religious Holidays
- Makeup Opportunities After An Absence
- Procedure for Requesting Classwork/Homework
- Home Instruction Policy
- Class Attendance and Loss of Credit
- Tardiness to School and Classes
- Class Truancy
- Attendance Appeal Procedure
- Club/Co-Curricular Involvement & Absences
- Early Dismissal Requests
- The Age of Majority Law

7

Back    Forward

Back    Forward

# Table of Contents

**F.  STUDENT DISCIPLINE**

- Philosophy
- Code of Conduct
- Student Rights and Responsibilities

**G.  RULES AND CONSEQUENCES**

- Rules & Consequences
- Attendance Related Sanctions
- Behavioral Misconduct
- Violence and Vandalism (a.)
- Violence and Vandalism (b.)
- Sexual Offenses
- Possession/Use of Materials that Violate School Policy (a.)
- Possession/Use of Materials that Violate School Policy (b.)
- Possession/Use of Materials that Violate School Policy (c.)

**H.  REMEDIATION AND CONSEQUENCES**

- Behavioral Contracts
- Probation
- Administrative Detention
- Saturday Detention
- In-School Suspension
- Out-Of-School Suspension
- Restitution
- Police in Schools
- Student Appeals Process

# Table of Contents

I. **ATHLETICS**

- Athletic Policy & Procedures
- LHS Athletics Code of Conduct" (A.)
- LHS Athletics Code of Conduct" (B.)
- LHS Athletics Code of Conduct" (C.)
- Electronic Registration for Athletic Participation (A.)
- Electronic Registration for Athletic Participation (B.)
- Activity Fees
- Late Registration
- Athletic Eligibility
- The Eight Semester Rule
- Summer Recess Practice
- Transfers
- Sports Offered at LHS

J. **CLUBS AND ACTIVITIES**

- Co-Curricular Activities & Clubs Philosophy
- Clubs & Activities Offered at Livingston High School
- Activity Fees

K. **SCHOOL COUNSELING**

- Philosophy and Services
- School Counselor Assignments
- School Counseling Program
- Post-Secondary Counseling Program
- Schedule Planning
- Schedule Changes
- Open Access
- Honors & AP Courses
- Individualized Student Learning Opportunities (ISLO)
- Schedule Changes During the Summer
- Schedule Changes During the School Year
  - Dropping A Course
  - Level Changes
- Career Programs
- Post-Secondary Planning
- Testing Services

9

# Table of Contents

*L.*  **HEALTH SERVICES**

   ○  Health Services

   ○  Procedures of the Health Office


*M.*  **MEDIA CENTER**

   ○  Media Center

   ○  Circulation Policy & Lost Materials


*N.*  **SAFETY & SECURITY**

   ○  Dating Violence

   ○  Fire Drill

   ○  Identification Badges

   ○  Security Procedures

   ○  Vandalism

   ○  Visitors

   ○  Weapons & Prohibited Items



# Table of Contents

**O.    GENERAL POLICIES & PROCEDURES**

- Acceptable Use of Technology
  - Social Media Media Safety and Reminders (A.)
  - Social Media Media Safety and Reminders (B)
  - 2025-2026 Grade 6 to 12 Acceptable Use and Device Agreement Policy - Parents
  - Anti-Big Brother Act Notification

- Affirmative Action/Discrimination
- Student Use of Communication and Wireless Communication Devices
- Classroom Resources
- Dismissal
- Dress Code
- Drug and Alcohol Policy
- Fines
- Fundraising
- Hall Conduct
- Locks and Lockers
- Lost and Found & Missing Items
- Lunch /Open Lunch
- Search/Seizure and Student Rights
- Student Assistance Counselor
- Student Parking
- Student Records
- Study Halls
- Working Papers
- Writing & Math Lab

**P.    HARASSMENT,INTIMIDATION, BULLYING**

- Harassment, Intimidation, Bullying (HIB)
- Reprisal, Retaliation, or False Reporting
- Hazing
- Frequently Asked Questions (1)
- Frequently Asked Questions (2)
- Frequently Asked Questions (3)
- Frequently Asked Questions (4)
- Selected Education Statutes & Disclaimer

11

Back

Forward

# Names & Phone Numbers

# (A)

Table of Contents

Back
Table of Contents
Forward

# Board of Education
# &
# Central Office Administration

## Board of Education

Mr. Seth Cohen, *President*
Mrs. Parul Khemka, *Vice President*
Mrs. Pamela Chirls
Mrs. Fang Gong
Mrs. Inna Yelisevich

Abe Klein, *Student Representative*

## Central Office Administration

Dr. Daniel Fishbein, *Interim Superintendent of Schools*
Mrs. Lisa Capone-Steiger, *Assistant Superintendent of Equity, Intervention, Inclusion, and Inspiration*
Dr. Maura Tuite, *Executive Director of Secondary Special Education*
Mr. Mark Stern, *Assistant Superintendent for Curriculum, Instruction & Innovation*
Mrs. Jessica Rapp, *Business Administrator/Board Secretary*
Ms. Kylie McGlew, *Assistant Business Administrator/Asst. Board Secretary*
Mrs. Sinéad Crews, *Director of School Counseling (K-12)*
Ms. Teresa Rehman, *Director of Technology and Innovation*
Mrs. Natalie Topylko, *Director of Curriculum & Instruction-STEM/Testing*
Ms. Danielle Rosenzweig, *Supervisor of Special Education (Prek-6 grade)*
TBD, *Supervisor of Special Education  (7-12 grade)*
Ms. Angelina Rodriguez, *Director of Curriculum & Instruction/PD*

13

# Livingston Public Schools -
# District Mission & Vision of Education
## Empowering All to Learn, Create, Contribute, and Grow

**Safety & Wellness:**
- Decision making that reflects empathy, respect, cultural awareness, kindness, and inclusiveness.
- All stakeholders take responsibility to encourage each other to take advantage of available resources and supports, and to ensure that these connections are visible and easily accessible.
- Members of the community are provided with the knowledge and skills to create a healthy school environment.

**Teaching & Learning:**
- Students engage in open, reflective dialogue with teachers, advisors, and coaches in safe, welcoming spaces to promote collaboration and problem solving.
- Educators working with students, and students working with each other to create connections and foster interests in order to understand rigorous content and demonstrate individual growth.
- Students learn social-emotional skills and apply them across learning experiences to contribute to a diverse global community.
- Teachers collaborate with each other through meaningful professional development opportunities and are empowered to use their knowledge, skills, and experiences to personalize student learning for all.

**Leadership & Governance:**
- Leaders collaborate, listen, and actively seek out and learn from the input of others.
- Leadership is accomplished as a shared task and with an understanding of the impact of decisions on all.
- Leaders lead from a position of strength by modeling the behaviors and attitudes they want to instill in others.
- Leaders communicate in a timely, open, and transparent manner.
- Current leaders cultivate future leaders, and focus on the professional growth of others.

**Community & Culture:**
- Promotes global citizenship, community involvement, and multiculturalism, with students participating in a variety of learning opportunities including extracurricular activities, field trips, internships, and community service.
- Encourages students to play an active role in fostering global citizenship through real-world skills.
- Ensures opportunities for communicating, collaborating, and celebrating cultural diversity.

**Finance & Facilities:**
- Supports safe, flexible learning environments that promote collaboration, innovation, technology infusion, hands-on, and independent learning.
- Models exemplary environmental practice while planning future-ready facilities that strengthen instruction and the greater community.
- Includes a financial process focused on instructional needs where we utilize data to determine the impact of current programming, and where future resources should be allocated.

14

Back    Table of Contents    Forward

# Livingston High School - Mission Statement

Livingston High School will provide a safe and positive learning environment for all students.  Building upon the strengths, talents and resources of students, educators and the community, our program will empower students to develop intellectually, emotionally, socially and physically.  Our dynamic course of study will seek to foster respect and appreciation for diversity and cultural richness.  The continuous evolution of our curriculum will recognize change and promote technological literacy.  Livingston High School is committed to the integration of ethical values and decision-making abilities enabling our students to be active participants in local and world communities.








# Livingston High School



## High School Administration

| | | |
|---|---|---|
| Principal | Mr. Amro Mohammed | Ext. 8069 |
| Asst. Principal | Mrs. Marie Battist-Rock | Ext. 8104 |
| Asst. Principal | Mrs. Laura DeNicola | Ext. 8105 |
| Asst. Principal | Dr. Mary Kate Pretto | Ext. 8040 |
| Dean of Students | Ms. Brittany Gajewski | Ext. 8074 |
| Athletic Director | Mr. David Cohen | Ext. 8065 |

### Supervisors

| | | |
|---|---|---|
| Business/Tech Education | Mr. Robert Rolling | Ext. 8053 |
| English | Mr. Kevin Wittmaack | Ext. 8038 |
| Health/Phys. Ed | Mr. Robert Grosso | Ext. 8174 |
| Mathematics | Mr. Antonio Matheus | Ext. 8052 |
| Science | Mr. Brian Carey | Ext. 7365 |
| Social Studies | Mrs. Dawn Feeley | Ext. 8049 |
| Visual & Performing Arts | Mrs. Mara Rubin | Ext. 8116 |
| World Language/ELL | Ms. Alexandra Marzulla | Ext. 8056 |
| Monmouth Court/ 504 Coordinator, & I&RS | Mrs. Krystie Loeuis | Ext. 8179 |

## Frequently Called Numbers

| | | |
|---|---|---|
| Affirmative Action Coordinator/ Anti-Bullying Specialist | Ms. Brittany Gajewski | Ext. 8074 |
| Athletic Office Secretary | Mrs. Kimberly Casale | Ext. 8342 |
| Athletic Office Fax | | 844-376-2408 |
| Attendance Office | Mrs. Angela Tone | Ext. 8067 |
| | Mrs. Janine Mangino | Ext. 8007 |
| Child Study Secretary | Mrs. Cathy Anderson | Ext. 7220 |
| Child Study Team | Mrs. Sari Coppleson | Ext. 7367 |
| | Ms. Sabah Jadbabaei | Ext. 7014 |
| | Ms. Kathryn Otterbein | Ext. 8062 |
| | Ms. Sabina Sessa | Ext. 2967 |
| | Mrs. Pearl Silva | Ext. 8892 |
| | Mr. Gadi Ulysse | Ext. 8058 |
| School Counseling | Mrs. Terrie Lieberman | Ext. 8060 |
| | Mrs. Adrienne Tamboia | Ext. 6931 |
| Health Office | Ms. Pietrina Daly | Ext. 6928 |
| | Ms. Kate Baach | Ext. 8063 |
| | Ms. Carolyn Ross | Ext. 7215 |
| Main Office | Ms. Karen Alessio | Ext. 8100/8102 |
| Main Office Fax | | 844-372-5374 |

16

# Important Helpline Telephone Numbers

## Student Assistance Counselors:

Ms. Sara Benjamin                          973-535- 8000 Ext. 282360
Mrs. Erin Field                            973-535-8000 Ext. 2950
Ms. Christie Giacobbe                      973-535-8000 Ext. 6929

## Hotlines/Helplines:

Alcoholics Anonymous   Intergroup of Northern NJ   908-687-8566

American Foundation for Suicide Prevention         988

Al Anon/Alateen, Montclair, NJ                     973-744-8686

Care Solace:                                       1-888-515-0595
*A free confidential service provided to students, staff and their families by Livingston Public Schools available 7 days a week, 24 hours a day.*

Livingston Youth and Community Services            973-535-7925

LPD Juvenile Aid - Police                          973-992-3000 Ext. 3510

Nar-Anon of NJ Hotline                             1-877-424-449

Gamblers Anonymous of NJ                           855-222-5542

Families Anonymous (Assistance with families/friends)   1-800-736-9805

National Domestic Violence Helpline                1-800-799-7233

National Sexual Assault Hotline                    1-800-656-4673

National Suicide Prevention Lifeline               988

NJ AIDS/STD Hotline                                1-800-624-2377

NJ Child Abuse Hotline and Helpline(DCP&P)         1-877-652-2873

NJ Suicide Prevention Hopeline                     855-654-6735 or 988



← Back

Table of Contents

Forward →



# Student Government

## STUDENT GOVERNMENT ASSOCIATION (SGA)

| | |
|---|---|
| President: | Jacob Glazer |
| Vice President: | Ritika Chandiwala |
| Secretary: | Terry Yu |
| Marketing Coordinator: | Emma Xing |
| Board of Education Liaison: | Abe Klein |
| Chief of Spirit/Executive: Member at Large | Michelle Adeyin |

## CLASS OFFICERS

| Class of 2026 | Class of 2027 | Class of 2028 |
|---|---|---|
| Camilla Dong | Carlie Cohen | Gavin Chin |
| Deandra Kurti | Allison Pan | Jacob Heyderman |
| Jenya Narang | Stevie Perl | Remi Zales |
| Emilia Nurilov | Daniel Zhang | Cecilia Zhang |



18


Back

Forward

# SCHOOL HOURS

# (B)

Table of Contents

A
B
C
D
E
F
G
H
I
J
K
L
M
N
O
P

Back

Table of Contents

Forward

# SCHOOL HOURS

| | |
|---|---|
| Doors Open | 7:00 a.m. |
| Warning Bell | 7:45 a.m. |
| School Begins | 7:50 a.m. |
| School Ends | 2:41 p.m. |
| | |
| Attendance Office | 7:00 a.m. – 3:00 p.m. |
| School Counseling Office | 7:30 a.m. – 4:00 p.m. |
| Main Office | 7:20 a.m. – 4:00 p.m. |
| Media Center | 7:30 a.m. – 4:00 p.m. |

*May be closed on Mondays for Staff Meetings.*

| | |
|---|---|
| Nurse's Office | 7:30 a.m. – 3:30 p.m. |

## DELAYED OPENING, EARLY DISMISSALS, AND EMERGENCY SCHOOL CLOSINGS

The Livingston School District has an automated phone alert system; ensure that all of your contact information in the Genesis Portal is accurate and current. You may also check the district website at **www.livingston.org**.

Please do not call the school or police department for school closing information.

In the event of a delayed opening, the high school will start at **9:50** a.m.

If severe weather conditions develop in the morning once school has begun, the superintendent will make a decision by **11:00 a.m**. whether or not to close schools.

If that decision is made, the high school will close at **12:00 noon**.

20





# Academics & Curriculum

# (C)

Table of Contents

Back

Table of Contents

Forward

# OVERVIEW OF CURRICULUM AND INSTRUCTION

Livingston High School is a comprehensive high school, which prepares students to attain many different goals. The educational or career goals a student has will determine many of the subjects that are selected.

A four-year continuum is offered in business, English, fine arts, world language, mathematics, music, technology education, science, and social studies. Honors and/or Advanced Placement courses are offered in all academic departments and in business, technology, art, and music. Such courses are more demanding, and it is strongly recommended the student confer with the counselor and teacher when considering an advanced program. Programs of cooperative work-study in trade and industry, office education, and distributive education are also available.

School Counselors will assist students in selecting the best programs of study to meet their needs, interests, abilities, and future plans.

# Monmouth Court Campus

Livingston High School offers an alternative education program, which combines a main campus experience at an off-campus site. Located just two blocks from LHS, the Monmouth Court Campus (MCC) focuses on ensuring all students have access to an appropriate and meaningful education. The Monmouth Court Campus program offers opportunities that go beyond what is traditionally available at typical high schools. MCC offers a flexible, personalized, smaller, differentiated experience to ensure maximal access to the rigorous college preparatory curriculum offered by the Livingston Public Schools. The class size and low teacher-to-student ratio provides students with powerful support from adults while they work toward completing their program of study. The MCC program mirrors the main campus course guide in each of the college preparatory level core content areas, as well as physical education, health, personal financial literacy, and select elective courses.

Social-emotional well-being and high levels of support are at the heart of the work done in MCC. Students have opportunities to work closely with their teachers, counseling professionals (where appropriate), and administrators while meeting the requirements for graduation and post-secondary planning. The program stresses a variety of post-secondary options for students including college, work, and the military. Through the provision of a smaller, more personalized environment in which various learning styles are respected, students meet with success.

Students are recommended to the MCC program by their school counselors, building administrators, and/or the Child Study Team. The hope is that enrollment in MCC is mutually agreed upon in order to support a positive and productive learning experience.

Those students who are interested in attending MCC should consult with their school counselor.

23

Back    Table of Contents    Forward

# COURSE GUIDE

Students and parents should be advised that an updated **LHS course guide** is available online on the **LHS website** and the **LHS School Counseling Department's** homepage.

The Course Guide provides specific information about the complete high school curriculum, sequencing of courses, and a description of how GPA is determined.  Please reference the guide for more information about these topics:

- Assistance with course selection.
- Information about adding, dropping, and switching courses
- Help in the determination of grade point average (GPA).
- Assistance with the criteria for honor roll
- Determination of graduation requirements and post-secondary requirements.



# HOMEWORK

Assigning homework should serve one of the following purposes:

- to prepare students for instruction and/or to introduce new content.
- As a form of reinforcement to deepen student understanding of concepts presented.
- to extend or expand on the learning process.
- at times, as a form of assessment.

Homework should be purposeful and reasonable. While the benefits of homework can be debated, it is expected that when homework is assigned it is meaningful, relevant and differentiated, when necessary.

Students who have an absence due to illness or religious observance will be given the opportunity to make up homework upon their return. Teachers shall respect the observance of religious holidays that students and families celebrate and make appropriate adjustments to assignments and assessments when necessary. A list of all the **NJ State recognized religious holidays** of the school year is provided by the NJDOE each year.

Homework plays a vital role in developing good work habits and reinforcing learning. Homework is the students' responsibility; parents should support their children, but not do the homework for them. Students should seek support and help from teachers if they are having difficulty in any subject. School Counselors can also assist students who are having difficulty with their work and may host study groups to assist students with organization and the management of homework.

Periodic checks on lengthy assignments are appropriate and helpful. Remember that  practice is what some students need while others need creative opportunities; choose what  is appropriate for the individual student.

Homework can account for up to, but no more than 10% of a student's semester grade in any course.   Students have individual Schoology accounts, which will enable them to view all assignments and due dates.

Back
Table of Contents
Forward

# ASSESSMENTS

The two common forms of assessments, formative or summative, are used to measure  student academic achievement and progress as well as to help teachers reflect on and inform their instructional practice. Formative assessment measures learning and the level of understanding of knowledge, concepts and skills on an ongoing basis. It is frequently not  used for grading, but can be. Summative assessments are formal measurements  conducted to evaluate the learning process. They are typically larger and graded. Common  forms of summative assessments include but are not limited to:

- Quizzes, tests and exams
- Presentations and performance tasks
- Essays and writing pieces
- Research projects and papers
- Simulations and graphic displays

All graded assessments will be returned and reviewed with students during class. It is  expected that quizzes covering materials used for unit tests or exams will be given back to students for review. However, supervisor and teacher discretion may be used in allowing students to take graded summative assessments home. Final exams cannot be taken home. If an assessment is to be taken home by the student, it is the responsibility of the student to retain the material for future reference. Timely feedback will be provided to students prior to assessment of similar skills on upcoming assessments. Tests and quizzes will be returned within seven school days. Projects and essays will be returned within twelve school days.

Students should discuss questions or concerns about the feedback on their assessments  with their teachers. If a student has a concern about the grading on an assessment, they  are required to alert the teacher and arrange a time to meet to discuss the  concerns in more detail. However, once an assessment leaves the classroom, the opportunity to challenge the grading on any portion of the assessment is no longer available.

# Livingston Public Schools Statement on Artificial Intelligence (AI)
## (A)

As we continue to navigate the evolving landscape of education in the 21st century, we are committed to providing our students with the best resources to prepare them for success in an ever-changing world. In this spirit, we recognize Generative Artificial Intelligence (AI), Large Language Models (LLM), and prompt-engineering tools, while still relatively new and evolving daily, can be valuable tools in our educational environment.

**Classroom Use of Generative AI:**

AI, when integrated thoughtfully, ethically, and responsibly, offers numerous benefits that can enhance the educational experience for our students and support our dedicated educators. However, it is essential to clarify that the use of AI systems in our classrooms will be:

1. Contingent upon classroom teachers' explicit inclusion of the technology on a per-assignment basis.
2. Transparent, with clear explanations of their purpose and function to students and educators. These teacher decisions should be clearly communicated to students on their Schoology page, syllabi, and on specific assignments.
3. Guided by our established district policies (**District Policy 2360: Technology Use**) and aligned with our educational guidelines.

**Students' personal data and information must be protected in accordance with applicable laws and regulations, and systems used in education must adhere to ethical principles and promote responsible AI practices. Student information should never be used as a prompt in an advanced prompt tool.** ( Continued on next page …)    27

# Livingston Public Schools Statement on Artificial Intelligence (AI)
## (B)

**Academic Integrity:**

In all learning environments, students are expected to cite sources used in generating classroom assignments and adhere to school guidelines for cheating and plagiarism.  Submitting AI-generated material as original content is a form of plagiarism.

**Expectations for Teacher Discretion:**

**In all scenarios, it is essential to clearly communicate the objectives, expectations, and criteria for learning.**

**If AI and prompt-engineering tools are not explicitly permitted, then…**

a.  Students are not allowed to use advanced artificial intelligence, LLM, or prompt-engineering tools (e.g., ChatGPT, Bard, Dall-E 2, PhotoMath etc.), on this assignment.

b.  Each student is expected to complete each assignment without outside assistance, including automated tools.

**If AI and prompt-engineering tools are permitted, then…**

a.  Students are allowed/assigned to use advanced automated tools (e.g., ChatGPT, Bard, Dall-E 2, etc.) on the assignment if they properly document and credit their use.

  i.  Expectations and acceptable means for use should be clearly stated (brainstorming, collaboration, content, editing, etc.)

b.  When using an AI tool for an assignment, students must include a citation in their assignment to acknowledge the use of the specific tool and its source.

  i.  For example, if ChatGPT-3 is utilized, the student should include a citation similar to: "Chat-GPT-3. (YYYY, Month DD of query). 'Text of your query.' Generated using OpenAI. **https://chat.openai.com/**"

  ii.  Similar citation conventions or prompt logs should be followed for material generated using other AI tools.

28

( Continued on next page …)

**Back**

**Table of Contents**

**Forward**

# Livingston Public Schools Statement on Artificial Intelligence (AI)
## ( C )

c. Failure to provide appropriate citations, unless explicitly communicated by the teacher, will be subject to District and school cheating/plagiarism policy outlined in student handbooks.

**If a student would like to request the use of AI or prompt-engineering tools, then…**
   a.   Students must submit a written request to the teacher, clearly stating the purpose and intended use of the AI tool in relation to the assignment.
   b.   The teacher will evaluate each request and grant permission based on the nature of the assignment and the student's justification for using the AI tool.
   c.   If permission is granted, the student can proceed to use the AI tool as specified in the approved request.
   d.   If permission is denied, the student must complete the assignment without substantive assistance from others, including automated tools.

**Note:**
   a.   This guidance will be revised as the technology and our use of the prompt-engineering programs continue to evolve.
   b.   The teacher can modify the permissions and requirements related to AI tool usage on specific assignments or throughout the course.
   c.   Teachers using AI in classrooms are expected to model appropriate, effective, and ethical use of AI tools for students embedded into their lesson goals and specific tasks.
   d.   It is the student's responsibility to read and comply with the instructions provided by the instructor for each assignment. Students found in violation will be subject to penalties noted in the student handbook and district policy.
   e.   When in doubt, ask!

Please note: ChatGPT was consulted in the development of this statement.

# ACADEMIC INTEGRITY

As a student, it is understood that genuine academic and personal achievements presuppose academic and personal integrity. One must never betray oneself or others by giving into pressure or compromising one's integrity by cheating, plagiarizing, stealing, nor must a student ever misrepresent the truth in order to obtain special privilege.

Cheating on any assignment/assessment will result in a "zero." No make-ups will be allowed.

Plagiarism, a form of cheating, is considered stealing and can result in a "zero" on the assignment. An administrative review may be conducted to determine the appropriate outcome of any investigation of plagiarism.

Regarding Breaches of Academic Integrity, Cheating and Plagiarism, A Livingston High School student will:

- Neither give help to, nor accept help from, another student during a test or graded assignment – unless express permission is given by the teacher.
- Neither accept information in advance of a test or graded assignment from someone who has already taken it nor disseminate information to someone who has not yet taken it.
- Not use notes or other sources of information during a test or graded assignment unless allowed to do so by the teacher.
- Not use computers, cell phones, or any other devices for any reason during an assessment unless authorized by the teacher.
- When permitted by the teacher to use an electronic device during an assessment, will not use the device in an unsanctioned manner.
- Not plagiarize. Outside sources must be cited properly.
- Not misrepresent the truth in order to obtain special consideration.
- Use technology in an appropriate and legal manner.
- Not use any form of artificial intelligence to complete an assignment, unless given permission to do so by the teacher.
- Be aware that if they discover another student has violated the Academic Integrity Code and does nothing about it, he or she has condoned the violation.

Back

Table of Contents

Forward

# Breach of Academic Integrity includes:

- ## CHEATING AND PLAGIARISM

Falsifications, including the forging of signatures, altering answers after they have been graded, inserting answers after the fact, erasure of a grader's markings, using a computer or other means to translate an assignment from one language into another language and submitting it as an original translation, and other acts that allow one to falsely obtain credit, will be considered a breach of academic integrity and result in a "zero" for the assignment, if applicable. An administrative review may be conducted to determine the authenticity of a student's work.

- ## CHEATING

Cheating includes, but is not limited to, the unauthorized use of books; artificial intelligence, notes; crib sheets; electronic devices; copying from other students; providing work/answers to other students; and/or obtaining copies of examinations or student work.  Cheating on any assignment/assessment will result in an earned grade of "zero."  No make-ups will be permitted. An administrative review may be conducted as necessary.

- ## PLAGIARISM

Plagiarism is defined as stealing or using, without acknowledgement, the ideas, words, formulas, textual materials, on-line services, computer programs, etc. of another person or artificial intelligence as one's own and will result in an earned grade of "zero" on the assignment.  An administrative review may be conducted to determine the authenticity of a student's work and next steps if applicable.

31

# Violation of the Academic Integrity Code will result in:

- A discussion of the violation facilitated by a faculty member with the student privately.

- Documentation of the incident.

- A report of the violation to the student's parent.

- A report of the violation to the student's assistant principal.

- No credit for the assignment.  The faculty or staff member may require the student to make-up the assignment for educational purposes, and an administrative review may be conducted to determine the authenticity of the student's work.

- One day Saturday detention.

- Potential suspension or removal from athletic or extracurricular activities.

- Deferment/exclusion of application for, or removal/suspension from, academic honor societies. An administrative review will be used as necessary.

- Unsatisfactory Citizenship (UC) marker on current semester report card as per the discretion of the assistant principal.

- This information is kept for the duration of the student's career.

Back

Table of Contents

Forward

# MINIMUM COURSE LOAD

In accordance with the district's graduation policy (**District Policy 5410: Promotion & Retention**), all students are required to begin each school year with a minimum of seven courses in their schedules (35 credits per year).

Exceptions include students who participate in work-study or Essex County Schools of Technology (formerly known as vo-tech) programs.



Back

Table of Contents

Forward

# PROMOTION TO THE NEXT GRADE

At the high school level, a student is considered "on track" for graduation if they register for a minimum of **35 credits annually,** as outlined in <u>District Policy 5410: Promotion & Retention</u>. Furthermore, once a Livingston High School student earns 125 credits, including the coursework required by the New Jersey Department of Education, they will be awarded a diploma upon graduation.

A student who does not earn a passing grade in courses necessary for graduation requirements will be retained in that subject area. Additionally, a student who does not meet attendance requirements as outlined in <u>NJSA 6A:32-8.4</u> and loses credit for a course will also be retained in that subject. A student not on target to graduate on time will be retained as a junior. They will not attain senior status until it appears that the student will meet the necessary graduation requirements by June of that school year.

A student may not be classified as a senior unless they have earned a minimum of **90 credits**. Exceptions can be made by the recommendation of the LHS Administration for extraordinary circumstances when a student is otherwise on track for graduating for that particular school year. Any exception requires the recommendation of the principal and approval of the superintendent.

34

# EARLY GRADUATION

Graduation from Livingston High School is based on successful completion of the 125 credits detailed in the annual LHS Course Guide. Students who enter their third year at LHS with at least 90 credits and 15 English credits may be considered on track for early graduation. Students eligible for graduation after three years of high school will be entitled to graduation academic honors as applicable, based on criteria in context of their original, matriculating class (with the exception of Valedictorian and Salutatorian), and participation in senior events (Senior Games, Senior Prom, etc.).

Any student interested in early graduation must request a meeting with their school counselor and a school administrator to discuss qualifications and individual requirements.



Back

Table of Contents

Forward

# REMEDIATION

Remediation will be provided to all students who do not demonstrate a minimal level of proficiency on the NJGPA (New Jersey Graduation Proficiency Assessment).

Parents will be notified when these courses are required.  Parents may not waive their child out of a remedial class.

If a student fails a course or loses credit due to absences in one or more courses during the school year, parents and students will be informed of available and approved course remediation options (e.g., summer school or credit recovery).

Students may take up to two credit recovery courses concurrently during the summer at their own expense. Alternatively, students may retake the course the following school year; however, the original failure or N/C (no credit) will remain on the LHS transcript and will not be replaced by either a summer school/credit recovery course or a repeated course taken during the next school year.

# SUMMER SCHOOL

Students desiring to attend a summer school program that may result in advanced placement and/or advanced credit must obtain approval before enrolling in a program. This type of summer school is considered and reviewed through the Individualized Student Learning Opportunity (ISLO) application and process. Students considering this type of summer program should see their school counselor for specific details. Information can be found on the **LHS School Counseling website.**

ISLO applications are to be submitted by the deadlines outlined in our ISLO Information Packet, found on the LHS School Counseling website.

Students needing summer school for remediation are encouraged to attend the sessions housed at Livingston High School. However, students who plan to attend a remedial summer school program outside of the district must gain approval prior to registration. Under no circumstances will students receive either remediation credit or be allowed to advance to the next course without prior course approval.

Back

Forward

# Grades & Grading

# (D)

Table of Contents

Back

Table of Contents

Forward

# GRADING GUIDELINES and REPORTING SYSTEM

**Electronic Gradebook:**

Parents and students in grades six through twelve have open access to gradebooks in the Genesis portals outside of school hours. Parents are encouraged to access their child's grades on a regular basis. If a parent has a question regarding information posted in their child's gradebook, they should first discuss the issue with their child. If further clarification is needed, the  parent should contact their child's teacher directly.

**Classroom Grading Practices:**

General guidelines regarding course specific expectations and grading practices will be disseminated by each teacher at the beginning of the course. Teachers will post all assignments and due dates/deadlines for grading on their Schoology pages.



# GRADING SYSTEM

| | | | |
|---|---|---|---|
| A | 93-100 | I | Incomplete |
| A- | 90-92.99 | N/C | No Credit |
| B+ | 87-89.99 | P | Passing |
| B | 83-86.99 | S | Satisfactory |
| B- | 80-82.99 | U | Unsatisfactory |
| C+ | 77-79.99 | W | Withdraw |
| C | 73-76.99 | Z | Exempt |
| C- | 70-72.99 | | |
| D+ | 67-69.99 | | |
| D | 63-66.99 | | |
| D- | 60-62.99 | | |
| F | 59 and below | | |

The grading system includes pluses and minuses to more accurately report a student's achievement; note, the highest grade attainable is an "A".

Livingston Public School does not round grades. Students will receive the grade earned as it falls within the ranges noted above.

# CALCULATING FINAL GRADES
## (A)

Semester grades are converted from letter grades to a Grade Point Value (GPV) in Genesis. The GPV is then given a percentage weight based upon the semester and type of course (full year or semester) in which it was earned.

The products of those calculations are then added together and the Grade Range is then used to determine the final grade for the course. The information below shows how grades are calculated for both full year and semester courses.



Back
Table of Contents
Forward

# CALCULATING FINAL GRADES
## (B)

**Grade Point Value and Grade Range Table**

| Grade | GPV | Grade Range |
|-------|-----|-------------|
| A | 4.00 | 3.83 – 4.00 |
| A- | 3.66 | 3.50 – 3.82 |
| B+ | 3.33 | 3.16 – 3.49 |
| B | 3.00 | 2.83 – 3.15 |
| B- | 2.66 | 2.50 – 2.82 |
| C+ | 2.33 | 2.16 – 2.49 |
| C | 2.00 | 1.83 – 2.15 |
| C- | 1.66 | 1.50 – 1.82 |
| D+ | 1.33 | 1.16 – 1.49 |
| D | 1.00 | 0.83 – 1.15 |
| D- | 0.66 | 0.50 – 0.82 |
| F | 0 | 0.00 – 0.49 |

Back    Table of Contents    Forward

# Grade Calculation for a Full Year (FY) Course:

The final grade calculation will be based on the following percentages:

| | |
|---|---|
| **Semester 1** | **50%** |
| **Semester 2** | **50%** |

To calculate a full year final grade, the numerical value of each semester grade is multiplied by .5 since it is worth 50% of the final grade. This product is then rounded to the 4th decimal place.

These products are added together, rounded to the 2nd decimal place, and then matched with the Grade Point Value (GPV) and Grade Range Table to calculate the final grade earned. The following is an example of a final grade calculation for a Full Year (FY) course:

| Grade | Numerical Value X Percentage | Product |
|---|---|---|
| **Sem 1:  A** | 4.00 x .5 = | 2.0000 |
| **Sem 2:  B** | 3.00 x .5 = | 1.5000 |
| | **Total:** | 3.50 |

*3.50 in the Grade Point Value (GPV) and Grade Range Table falls within the Grade Range of 3.50 – 3.82, which is an A-.  Therefore, the final grade for the data above is an A-.

## WEIGHTED GRADE EQUIVALENT VALUE:

The following is the weighted grade equivalent value for each level and grade attained. The grade is calculated prior to being assigned weight.

| GRADE | CP or GENERAL COURSES | HONORS | AP |
|-------|-----------------------|--------|-----|
| A | 4.00 | 4.50 | 5.00 |
| A- | 3.66 | 4.16 | 4.66 |
| B+ | 3.33 | 3.83 | 4.33 |
| B | 3.00 | 3.50 | 4.00 |
| B- | 2.66 | 3.16 | 3.66 |
| C+ | 2.33 | 2.83 | 3.33 |
| C | 2.00 | 2.50 | 3.00 |
| C- | 1.66 | 2.16 | 2.66 |
| D+ | 1.33 | 1.83 | 2.33 |
| D | 1.00 | 1.50 | 2.00 |
| D- | .66 | 1.16 | 1.66 |
| F | 0 | 0 | 0 |

# CALCULATING WEIGHTED GRADE POINT AVERAGES:

To calculate the Weighted Grade Point Average (GPA), the weighted grade equivalent is multiplied by the number of credits for the course to obtain the total calculated quality points for each course. The total calculated quality points are then added together and divided by the total credits attempted to obtain the Weighted Core GPA. The calculations are done to the 2nd decimal place as indicated on the transcripts. The following is an example of a sample schedule and the calculation of the Weighted Core GPA:

| COURSE | FINAL GRADE | WEIGHTED GRADE EQUIVALENT | COURSE CREDITS | TOTAL CALCULATED QUALITY POINTS |
|---|---|---|---|---|
| Chinese 1 CP | B+ | 3.33 | 5 | 16.65 |
| U.S. History I HONORS | B | 3.50 | 5 | 17.50 |
| Health/PE | A | - | - | - |
| Geometry CP | B | 3.00 | 5 | 15.00 |
| LUNCH | - | - | - | - |
| Chemistry HONORS | B+ | 3.83 | 6 | 22.98 |
| English 3 CP | B | 3.00 | 5 | 15.00 |
| Spanish 3 CP | B | - | - | - |
| Ceramics | A | - | - | - |
| | | Totals | 26 | 87.13 |
| | | Weighted Core GPA (87.13/26=) | | 3.35* |

**The following is an example of a sample schedule and the calculation of the Weighted All Course GPA:**

| COURSE | FINAL GRADE | WEIGHTED GRADE EQUIVALENT | COURSE CREDITS | TOTAL CALCULATED QUALITY POINTS |
|---|---|---|---|---|
| Chinese 1  CP | B+ | 3.33 | 5 | 16.65 |
| U.S. History I HONORS | B | 3.50 | 5 | 17.50 |
| Health/PE | A | 4.00 | 5 | 20.00 |
| Geometry CP | B | 3.00 | 5 | 15.00 |
| LUNCH | - | - | - | - |
| Chemistry HONORS | B+ | 3.83 | 6 | 22.98 |
| English 3 CP | B | 3.00 | 5 | 15.00 |
| Spanish 3 CP | B | 3.00 | 5 | 15.00 |
| Ceramics | A | 4.00 | 5 | 20.00 |
| | | Totals | 41 | 142.13 |
| | | Weighted All Course GPA (142.13/41=) | | 3.47* |

The Weighted Core Grade Point Average (GPA) is computed from: One **full-year course per core subject area** (English, Math, Science, Social Studies and World Language) **per year and all Advanced Placement (AP) Courses.**
- If a student takes more than one full-year course in any core subject area in an academic year, the course with the highest weighted grade equivalent will count towards the Weighted Core GPA.
- The Weighted Core GPA and Weighted All Course GPA are calculated by final course grades in both semester and full-year courses.

Transcripts are updated annually for each grade level and include GPAs for that year. Mid-year GPAs are calculated for juniors and seniors after the completion of the 5th and 7th semesters. A mid-year transcript is updated for seniors only for any college/universities or programs that require an updated mid-year transcript.

A GPA Interval Table derived from the Weighted Core GPA calculation for each senior class is provided to colleges on the LHS School Profile. Colleges report that academic achievement, standardized test scores, and GPA are the best predictors of success in undergraduate study.

Back

Table of Contents

Forward

Each senior is provided with a sixth semester Weighted Core GPA and Weighted All Course GPA on an unofficial copy of their school transcript at the beginning of the school year.  A seventh semester Weighted Core GPA and Weighted All Course GPA is also calculated for seniors in February.  This GPA is calculated based on the first three full years and completed credit for one half year (2.5 for a 5 credit course) of credits earned at Livingston High School.  The Valedictorian and Salutatorian are determined by a calculation of the students' seventh semester Weighted Core GPA, rounded to the nearest hundredth.

In order for a student to be included in the Livingston High School GPA calculation for Valedictorian or Salutatorian, the student must have been enrolled at Livingston High School for a minimum of five semesters as well as maintain a residency requirement.  In the event that there is a tie for Valedictorian, a Salutatorian will not be named.

The LHS GPA is calculated based on courses completed at LHS. Any courses taken outside of LHS, including for students who transfer into LHS during their high school career, are not calculated into the GPA on the LHS transcript.

## PROGRESS REPORTS:

<u>Due to the implementation of parental access to student grade books</u>, secondary schools will **no longer** send interim or progress reports for all students.

As always, parents may request a conference with teachers to discuss the progress of students.  This may be done at any time during the school year. To leave a message for teachers, call the main office at 973-535-8000 ext. 8100 or use email.

All teachers' email addresses can be found on the school's website.

47

# REPORT CARDS AND HONOR ROLL:

Report cards are issued twice a year: February and June. The criteria for making the Honor Roll or High Honor Roll will be based on the calculation of an unweighted GPA of all grades earned in all courses. This unweighted GPA is calculated by adding the total points earned for each course (on a 4.0 GPA scale) and dividing this value by the total number of courses in which a student is enrolled. Students are required to maintain a 3.2 unweighted GPA, provided no grades are lower than a "C-" in order to achieve Honor Roll status.

High Honor Roll will require a minimum of a 3.6 unweighted GPA, with no grades lower than "B-."

A student cannot attain either Honor Roll or High Honor Roll if an unsatisfactory mark in citizenship has been given that semester. Please see pg.49 for more information.

# "NO CREDIT" FINAL GRADE:

A student will receive a grade of "N/C" once the allotted number of absences for the semester (7) or year (14) is exceeded. Academic failure will supersede loss of credit due to attendance.

# INCOMPLETES:

If, because of a legitimate reason, the student fails to complete all the major assignments for the semester, the student will, regardless of the grades accrued during the semester, be assigned a grade of "Incomplete" by the teacher. The student will be given five school days from the close of the semester to submit work and have a grade recorded for the semester. If the student fails to submit the required work within the five school-day period, the grade of "0" (failure) will be assigned for this work; it will be averaged in with other grades earned for the semester. For just cause, an administrator may extend the five-day period.

In order to give students the full benefit of the five school-day makeup period, teachers must notify any student to whom a grade of "Incomplete" was given and provide the student with a list of the outstanding assignments prior to the posting of the report card. During the second semester, students who have not completed assignments for legitimate reasons, and who would normally be candidates for being assigned a semester grade of "Incomplete" will be notified. Students must complete all owed work by the completion of the school year or receive a grade of "0" for the work. No teacher may assign a final grade of "Incomplete" without the approval of the Principal or Assistant Principal.

Back
Table of Contents
Forward

## UNSATISFACTORY CITIZENSHIP COMMENTS:

An Unsatisfactory Citizenship Comment will be assigned by an administrator for any violation of school rules related to a student's honor within the building. Please refer to the Infractions Chart beginning on pg. 71 for specific infractions.

An Unsatisfactory Citizenship Comment invalidates a student's honor roll designation, if applicable, for the semester in which it occurs. The comment will be removed from future report cards if there are no further incidents that merit the comment. An Unsatisfactory School Citizenship Comment may affect eligibility for Honor Societies during the school year in which it is received.

Livingston High School does not include disciplinary information on transcripts and does not share unsatisfactory citizenship comments or other disciplinary reports with colleges, universities, etc.

## PROCEDURE FOR QUESTIONS REGARDING GRADES:

- The student should meet with the teacher to discuss the grade.

- The student should meet with the teacher and the department supervisor to discuss the situation.  If desired, the school counselor and/or parent may attend. The department supervisor will mediate the problem.

- If satisfaction has still not been attained, the student may appeal to the principal or their designee who will review the situation with all parties involved and render a decision.

It continues to be the policy of this school to respond to questions regarding the assignment of grades; however, questions or challenges must be timely to be relevant.  Therefore, no question about, or challenge to, an assigned grade may be made after the end of the semester following the semester in which the grade was assigned.  The basis (reason) of any appeal of grades must be clearly stated when requesting a meeting and/or challenging a grade.  If the grade in question was from Semester two or the final grade, students have until the third Friday of the following September to challenge the grade.

# HEALTH, DRIVER'S EDUCATION AND PHYSICAL EDUCATION

Health and Physical Education classes will continue to rotate quarterly. Each student will earn two semester grades.

One semester grade will reflect the average of one quarter of health and one quarter of physical education and the other semester grade will reflect the average of two quarters of physical education.



Back

Table of Contents

Forward

# ACADEMIC SOCIETIES

## NATIONAL HONOR SOCIETY:

The National Honor Society is a national organization with chapters at a large number of secondary schools in the country.  Admittance to this society is based on the extent to which the candidates have distinguished themselves in four areas:   scholarship, service, leadership, and character.   Additionally, a student's disciplinary conduct record will be considered when reviewing applications into the NHS.  At LHS, selection to the National Honor Society is made in the spring of the junior year with a second opportunity for admittance at the beginning of the senior year.  Students with a cumulative core weighted GPA of 3.65 or higher are eligible to apply for membership to the National Honor Society.

## SUBJECT-SPECIFIC HONOR SOCIETIES:

There are several department honor societies. Each society follows its own specific guidelines for induction. Please see your teacher or the department supervisor for more specific information. Information can also be found on the LHS website Activities page. Students who have a breach of academic integrity in a specific subject area are ineligible for that subject-specific honor society.

Students are only eligible for subject specific honor societies if they satisfy the following qualifications:

- GPA of 3.65 or higher in the specific subject area
- Weighted Overall GPA of 3.00 or higher
- Weighted Overall GPA of 2.00 or higher for Elective Honor Societies

51

Back    Table of Contents    Forward

# ACADEMIC RECOGNITION AT GRADUATION
## (A)

Seniors will receive recognition for various academic achievements at the graduation ceremony.

1. "Graduate with Honors" indicates a student who achieved a seventh (7th) semester weighted core grade point average (rounded to the nearest hundredth) of 4.0 or higher. These students will receive recognition in the graduation program and will be provided a stole to wear at the graduation ceremony.

2. The students who earn the top 10% of seventh (7th) semester weighted core grade point averages (rounded to the nearest hundredth) will be recognized as such in the graduation program and will be provided a gold tassel to wear at graduation.

3. The ten (10) students who have earned the highest seventh (7th) semester weighted core grade point average (rounded to the nearest hundredth) will be recognized as such in the graduation program and will be provided a gold cord to wear at the graduation ceremony.

4. The Valedictorian, the student with the highest seventh (7th) semester weighted core grade point average (rounded to the nearest hundredth) will be recognized as such in the gradation program and will be afforded up to three (3) minutes to address the audience at the graduation ceremony.

   a. In order for a student to be included in the Livingston High School GPA calculation for Valedictorian, the student must have been enrolled at Livingston High School for a minimum of five (5) semesters as well as maintain a residency requirement.
   b. Courses where grades are restricted to "Pass" (P) or "Fail" (F) shall not be applicable in determining a student's eligibility for Valedictorian.

( Continued on next page … )

52

Back

Table of Contents

Forward

# ACADEMIC RECOGNITION
# AT
# GRADUATION
## (B)

5. The Salutatorian, the student with the second highest seventh (7th) semester weighted core grade point average (rounded to the nearest hundredth) will be recognized as such in the gradation program and will be afforded up to three (3) minutes to address the audience at the graduation ceremony.

   a. In order for a student to be included in the Livingston High School GPA calculation for Salutatorian, the student must have been enrolled at Livingston High School for a minimum of five semesters as well as maintain a residency requirement.

   b. Courses where grades are restricted to "Pass" (P) or "Fail" (F) shall not be applicable in determining a student's eligibility for Salutatorian.

   In the event that there is a tie for Valedictorian, a Salutatorian will not be named. In the event that there is a tie for Salutatorian, both candidates will have an opportunity to speak.

## GRADUATION SPEECHES:

The following three student speakers shall each be afforded up to three (3) minutes to address their fellow classmates:

   (1) Valedictorian,
   (2) Salutatorian
   (3) Student Representative, the pupil who is selected by staff and fellow senior classmates.

In the case of tied grade point averages for the Valedictorian and/or the Salutatorian position, and in addition to provisions outlined above, both students shall each be afforded up to three (3) minutes to address their fellow classmates at Livingston High School graduation.

In addition, each of the Senior Class Officers will have a role at the Livingston High School graduation ceremony. (**Board Policy 5440**)

53

Back

Forward

# Attendance Policies

# (E)

Table of Contents

# ATTENDANCE PROCEDURES

A student enrolled in a school shall be recorded in the school register as present if the student participates in instruction or instruction-related activities for at least half a day in session whether the student is physically on school grounds or at an approved off-grounds location pursuant to **N.J.A.C. 6A:32-13**.

**Livingston Public Schools has the ability for parents to report their child's absence, tardy, and early dismissal through the Genesis Parent Portal account**. Please let us know each morning before school starts if your child will be absent, tardy or early dismissal along with the reason. Please note if a student is going to be tardy, you are still going to record your child as being absent, but indicate in the comments area that your child will be late and the estimated time of arrival. Once your child arrives at school, the absence will be modified.

Upon a student's absence, the school administrator will first determine if the student is excused or unexcused for the absence.  The determination to grant an excused absence is based on the N.J. Administrative Code, which is outlined in Livingston **Board of Education Policy 5200 and Regulation 5200**.

The following table, "Attendance Chart for School Absences" on page 56 summarizes the categories under which an absence might fall.

55

| STATE EXCUSED | DISTRICT APPROVABLE PER NJSA 6A:32-8.4 WILL IMPACT LOSS OF CREDIT* | DISTRICT APPROVABLE - WILL NOT IMPACT LOSS OF CREDIT* | TRUANCY - WILL IMPACT LOSS OF CREDIT* |
|---|---|---|---|
| College visits (up to 3 per year for Juniors and Seniors only)<br><br>Religious observance<br><br>Participation in observance of Veteran's Day<br><br>Participation in District Board of Election membership activities<br><br>Take your children to work day | Illness<br><br>Parental permission via Genesis as approved by administration<br><br>College visits for 9th-Graders & Sophomores<br><br>More than 3 college visits per year for Juniors & Seniors<br><br>Vacations that fall outside of district calendar closures<br><br>Doctors appointments, with documentation<br><br>Death of non-immediate family member** | Death of an immediate family member**<br><br>Administrative exclusion, suspension, or prerogative<br><br>Court appearance (with official documentation from the court)<br><br>NJ State Driving Exam (up to 180 minutes, 1 time)<br><br>School sponsored field trips<br><br>District approved home instruction | Not administratively approved<br><br>Absence unverified by parent through Genesis |

* Loss-of-credit threshold for a full-year course is 14 absences and 7 absences for a semester course

** Immediate family is defined as parents (step), siblings (step/half) and grandparents or other immediate family residing in the primary household. Non-immediate family member is defined as an uncle, aunt, or first cousin.

56

Back

Table of Contents

Forward

# ATTENDANCE INTERVENTIONS:

Parents and students will receive notification via email to review attendance accumulations (per class) in their Genesis portal after accumulating **5** and **9 absences** that impact loss of credit.

In addition, should a student accumulate 9 absences in a full year course or 5 absences in a semester course, the assistant principal may contact the parent to discuss the frequency of absences and develop an action plan.

All physician's notes must be submitted to the attendance office within five school days of the student's absence. The notes must be on the physician's letterhead, and include the specific dates of the absence, and signed.  While medical notes do not excuse an absence, they support an appeal if a student is considered for an attendance contract due to a violation of the attendance guidelines. (**Board of Education Policy 5200** and **Regulation 5200**)

## Seat Time Recovery

The Seat Time Recovery (STR) Program at Livingston High School provides students an opportunity to recover lost credits due to excessive absences while upholding academic rigor. Designed in accordance with **N.J.A.C. 6A:32-8.6**, students exceeding 14 absences in full-year courses or 7 in semester courses may lose course credit. STR sessions are held Saturday mornings, requiring attendance and completion of missed seat time to restore credit.



## TARDY ATTENDANCE CALCULATIONS:

For class attendance purposes, it must be noted that the following shall apply:

- Tardies of fewer than 10 minutes to any class shall be counted as a ⅓ of an absence from class towards loss of credit.
- Tardies of more than 10 minutes to class shall be counted as a truancy and a full absence from class towards loss of credit.
- Early dismissal from school, unless for administrative reasons, shall be counted as an absence from class towards loss of credit for each period missed.

## HEALTH OFFICE VISITS:

If a student is in the health office for more than ten (10) minutes it will be considered an absence from the class towards loss of credit during which the visit occurred.

## STUDENT ILLNESS:

If a student is anticipated to be absent, a written note must be provided by the parent and/or the student's physician. Such documentation may be subject to verification by the school physician. Parents must provide consent for communication between their personal physician and the school physician for the purpose of verification. (**Regulation: 5200-Attendance**)

## CHRONIC MEDICAL CONDITIONS & PROVISIONS OF THE IHP:

A student with a chronic medical condition should submit documentation to the school nurse for the possible development of an Individual Health Plan. The "Student Medical Certificate" form is available online under "Health Office."

**STATE APPROVED RELIGIOUS HOLIDAYS:**

Please see the State Department of Education website at **NJDOE Approved Religious Holiday 2025-2026** for the list of State Approved Religious Holidays.

**MAKEUP OPPORTUNITIES AFTER AN ABSENCE:**
Students who have been absent for one or two days are expected to make up work/tests **within two class days** of returning to school. If the absence is three days or longer, the missed work must be made up **within five class days** after the student returns to school unless previous arrangements have been made with the teacher due to extenuating circumstances. As a Genesis gradebook default, missing assignments are posted as a zero (0) until the work has been submitted. If work is not made up within the designated time frame, a grade of zero (0) will be maintained. With just cause, teachers/administrators may extend a time frame for completion work.

Students who miss school due to a vacation, or due to parent's discretion are responsible for their work. It is not expected that a teacher will provide assignments in advance or individual instruction prior to or upon the student's return for material presented during their absence.

**PROCEDURE FOR REQUESTING CLASSWORK/HOMEWORK:**

For absences of fewer than three days, students are advised to visit the teacher's Schoology page for daily classwork and/or homework assignments or contact the teacher directly if necessary. If student absences exceed three days, students may seek out assistance from their school counselor if needed.

**HOME INSTRUCTION POLICY ( Board Policy 2412):**

A student is eligible to receive home instruction from an instructor hired by the Board of Education when a physician has assessed and memorialized in a medical notification that a student will be absent for more than 10 consecutive school days, or 20 cumulative school days. All requests of this nature must come from a physician and are required to be approved by the district's physician. **The request must be provided on the letterhead of the physician, to include a diagnosis, prognosis, and treatment plan, with the original signature of the physician.** Should you believe that your child is in need of home instruction, please contact the student's school counselor.

Back

Table of Contents

Forward

# PROCEDURES FOR CLASS ATTENDANCE

## CLASS ATTENDANCE AND LOSS OF CREDIT:

A student must be in attendance a minimum of 90% of the school year in order to receive course credit.  A student absent more than 14 class days for a full year class or 7 class days for a semester course from a particular course shall be subject to penalties up to and including loss of credit for that course.  Retention for graduation requirement courses or credit accumulation is required.  Although a student may satisfactorily complete the course objectives with a passing grade, a student may not receive credit if the attendance requirement for that course is not fulfilled.

## TARDINESS TO SCHOOL:

Students are tardy if they arrive at their first block class **after the 7:50 a.m. bell has rung.**  Students arriving up to 8:00 a.m. should report directly to their first class.  All students who arrive **after 8:00 a.m.** must sign in at the attendance office before going to their first block class.  If lateness is due to a late school bus or religious service, it will not be counted as an absence from the class period provided that the school has notification and/or necessary documentation.

## TARDINESS TO CLASS:

Students are tardy to class if they arrive after the bell indicating the start of the period. In addition to tardies accruing towards loss of credit, students will receive detention hours for unexcused tardies to the same class.  **In addition, three (3) tardies in a course equates to one (1) absence.**

- The consequences for accumulated unexcused tardies to the same class are outlined below:

  - 3 tardies = one-hour after school detention
  - 6 tardies = two-hour after school detention
  - 9 tardies and multiples of three thereafter = Saturday detention. For Juniors and Seniors, loss of open lunch privileges for a specified time determined by the student's Assistant Principal.

- Parents will receive an email notifying them that there is a letter in the students Genesis portal. This will inform them of tardies and assigned detentions.
- The cumulative count of student tardiness will reset at the beginning of each quarter.
- If a student accrues detention hours, they may not participate in after-school activities until their school obligation is satisfied on the day of the detention.

60

Back

Table of Contents

Forward

# CLASS TRUANCY:

Truancy is defined as absenting oneself without permission from scheduled periods. Students are expected to limit their time outside of their class (including bathroom visits). If a student asks a teacher permission to leave class, they are expected to go to their specified destination and return back to class immediately. Students leaving a classroom must do so with a pass. Hallway monitors will be monitoring students. Students are expected to identify themselves to hallway monitors when asked and present their school I.D if asked. .

A student who is out of the classroom, missing more than 10 minutes of class, is considered truant. This includes classes, lunch, or activities such as assemblies.  Administrative action as it relates to a cut from a scheduled period is outlined below:

**Offense Consequences:**

1st Offense:

- All work missed will result in loss of credit
- One Saturday detention
- Potential loss of co-curricular activities
- Written parental notification

2nd Offense:

- All work missed will result in loss of credit
- Two Saturday Detentions
- Attendance Agreement
- Potential loss of co-curricular activities, such as prom, field trips, and athletics
- Written parental notification

3rd Offense:

- Written parental notification and/or conference
- The student will be denied credit for the course for the year in which the accumulated 3rd offense occurred. The student must remain in class in order to be eligible for summer school
- The 3rd overall occurrence will result in the loss of co-curricular activities (including prom, field trips, and athletics) for the remainder of the year
- One Day ISS

Back
Table of Contents
Forward

## ATTENDANCE APPEAL PROCEDURE:

If a student exceeds the allowable number of absences, the student's parent may appeal the non-credit status using the following procedure.

- ○ Petition for Appeal – A written petition must be submitted to the assistant principal by the student's parent no later than five (5) school days after the receipt of the non-credit status. Failure to do so may forfeit the right to an appeal. The student must regularly attend school and class until their appeal is heard and a decision is rendered.

- ○ Assistant Principal Meeting – In addition to the parent's right to submit an appeal, the student's assistant principal may reach out to schedule a meeting with the student and parent/guardian to discuss attendance concerns and review next steps.

- ○ Student Attendance Review Committee (SARC) – In keeping with the dictates of the due process procedure, the SARC shall review cases brought by petition. The appeal committee may be comprised of an assistant principal, teachers, school nurse, and school counselor of the appealing student. Additionally, a case manager will be involved if appropriate.

- ○ If the appeal is denied by SARC, the student may appeal to the principal.



Back

Table of Contents

Forward

# CLUB AND CO-CURRICULAR INVOLVEMENT AND ABSENCES

Participation in a club or a co-curricular activity is a privilege. In order to be eligible to participate:

- All students must arrive by 8:50 a.m. with a note from a parent and remain in school for the duration of the school day.

- All students must attend school for a minimum of 4 hours and 30 minutes. If time out of the building exceeds 2 hours and 20 minutes, the student will not be eligible to participate.

- Students who miss school for the purposes of a doctor's visit or medical care, for any amount of time, may participate in school-sponsored activities and events at the discretion of building administration provided that (a) parental notice of the absence is provided and/or (b) the student submits a doctor or medical notice immediately upon returning to school on that day prior to the start of the event.

In addition, with advanced notice and documentation, administrative discretion may be provided to students that are absent due to special circumstances.

A student involved in a co-curricular activity who is assigned to an Administrative Detention/Saturday Detention may not participate in any aspect of the activity on that day until their detention has been served. A student who is assigned to in-school suspension for the day may not participate in activities on that day. A student who is assigned an out-of-school suspension may not participate in activities until they participate in a re-entry conference with administration.

Note, however, with advanced notice and documentation administrative discretion may be provided to students due to special circumstances.

## EARLY DISMISSAL REQUESTS:

Parents requesting an early dismissal to the attendance office may do so in the Genesis portal.  Please indicate the time of departure and return, if applicable, and the reason for the absence.  If a parent wishes for their child to walk home from school when dismissed early, the message should specify this request.  If the student is a licensed driver, the parent must specifically indicate in that the student has permission to leave and drive on their own.  Dental and medical appointments should be made after school hours to the extent possible.

## AGE OF MAJORITY LAW:

The Age of Majority Law considers eighteen-year-old students adults in New Jersey.  However, the law also gives the school the right to control the conduct of all students whether eighteen or younger.

- Eighteen-year-old students may sign their own dismissal notes; however, an assistant principal must approve these notes in order for the student not to be counted as truant.  The student then signs out in the attendance office at the approved time.

- Eighteen-year-old students may sign their own field trip permission slips, exemption forms, and physical forms without prior approval of school authorities.

- Eighteen-year-old students may review their official school records.

- Eighteen-year-old students are subject to all other regulations according to school policy.



Back

Forward

# Student Discipline

# (F)

Table of Contents

## PHILOSOPHY:

The Livingston High School community believes that an orderly environment is conducive to learning and that reasonable and firm rules are necessary to ensure the health, safety, and welfare of each person. The cooperation and support of educators, parents, and students is essential to maintaining a quality school. Therefore, student behavior shall be reviewed in the context of the school-home partnership.

We also believe that the best discipline is self-directed and students should accept responsibility for their behavior. To this end, the school community provides resources for students to demonstrate their developing maturity in which there is a minimum emphasis on rules and a greater emphasis on personal/group rights and responsibilities. Students are expected to exercise their responsibilities before a discipline problem occurs. However, when acceptable alternatives are not utilized and students violate the good order of the school, remediation and consequences shall be prescribed to help students learn the importance of accepting responsibility for one's actions.

## CODE OF CONDUCT:

The rules that appear in the **Code of Conduct** do not limit the administration's authority to maintain safety, order, and discipline in the school, but offer specific guidance in listing acceptable and unacceptable behavior.

- Students and staff must treat each other with mutual respect and courtesy.
- Respect Yourself   --   Respect Others  --   Respect Your Environment
- Resolution of conflicts shall be done in a manner which respects the dignity of each person.
- Preserve the degree of order necessary to the educational program in which students are engaged.
- Obey constituted authority and respond to those who hold that authority.

The complete text of **Board Policy #5600** and the Code of Conduct may be viewed on the District's website and is available at each school.

Back  Table of Contents    Forward

# STUDENT RIGHTS
# AND
# RESPONSIBILITIES

- Students have the right to a quality education and their responsibility to do their best with that opportunity.

- Students have a right to have their concerns heard and the responsibility to use proper school channels.

- Students have a right to be treated with respect and a responsibility to treat others with respect.

- Students have a right to due process and a responsibility to act honestly in communication with school officials.





Back

Forward

# Rules
# &
# Consequences

# (G)

Table
of
Contents

A

B

C

D

E

F

G

H

I

J

K

L

M

N

O

P

Back

Table of Contents

Forward

# LIVINGSTON HIGH SCHOOL
# RULES AND CONSEQUENCES

While LHS puts great emphasis on responsibility, it is necessary to specify certain behaviors and consequences. It is also understood that a variety of factors may be considered in determining consequences for some behaviors. While administrators value consistency within the building, they will use their professional judgment in making decisions regarding corrective actions. The individual and the circumstances involved are considered.

Listed below are examples of unacceptable behaviors for which school staff are expected to take preventative and/or corrective action. The information provided in this section of the handbook serves as a guide that will be used as a basis of judgment for unique situations.

In circumstances where actions do not fall within the categories listed, administrators will use their discretion in determining consequences.

Repeated violations or a pattern of inappropriate conduct will result in greater consequences.

Consequences for violation of the LPS **Code of Conduct** are outlined in the following:

69



The minimum consequences for the offense are listed below:

Administrative detention (1 hour): **1D**          In-School Suspension: **ISS**
Administrative detention (2 hours): **2D**         Out-of-School Suspension: **OSS**
Refer to counseling: **RC**                        Behavioral Contract: **BC**
Saturday Detention: **SD**                         Unsatisfactory Citizenship: **UC**
Police Contact:  **P**

## Attendance Related Sanctions

| Infraction | Consequences | |
|---|---|---|
| **Failure to report to a lunch detention** | 2D | |
| **Failure to report to an administrative detention** | **First offense:**<br>● Detention hours doubled<br>**Second offense:**<br>● One SD | |
| **Failure to report to a Saturday detention** | **First offense:**<br>● Two SD<br>**Second offense:**<br>● One day ISS | **UC** |
| **Class Truancy: A student who is absent from class without the proper permission, is out of class for more than 10 minutes for any reason, or is causing any disruption in the hallways regardless of the time out of class, is considered truant.**<br><br>**\*As referenced on page 42, students will be denied credit for course for the year if 3 offenses occur in a particular class.** | **First offense:**<br>● One SD<br>**Second offense:**<br>● Two days SD<br>**Third offense:**<br>● One day ISS, Loss of credit/activities | **UC**<br><br>**UC** |
| **Full day truancy** | Two days ISS | P<br>UC |
| **Leaving the school building without the permission of an administrator or the school nurse and/or complying with proper sign out procedures.** | **First offense:**<br>● One SD<br>**Second offense:**<br>● One day ISS | BC<br>UC |
| **Students found on another school's campus during the school day** | One day ISS | UC |
| **Students found on district property while under suspension** | Four days OSS | P<br>UC |
| **Tardy to School/Class** | **Third offense:**<br>● 1D<br>**Sixth offense:**<br>● 2D<br>**Ninth offense:**<br>● **One day SD & Loss of Open Lunch Privilege** | |
| **No current school identification card when entering the building** | **Third offense:**<br>● 1D<br>**Sixth offense:**<br>● 2D<br>**Ninth offense:**<br>● One SD & Loss of Open Lunch Privilege | |

Back

Table of Contents

Forward

The minimum consequences for the offense are listed below:

Administrative detention (1 hour): **1D**          In-School Suspension: **ISS**
Administrative detention (2 hours): **2D**         Out-of-School Suspension: **OSS**
Refer to counseling: **RC**                        Behavioral Contract: **BC**
Saturday Detention: **SD**                          Unsatisfactory Citizenship: **UC**
Police Contact:  **P**
Adhere to all protocols delineated by LPS policy: **AP**

## Behavioral Misconduct

| Infraction | Consequences | |
|---|---|---|
| Procedural Violation | 1D to One SD | |
| Disrespectful behavior |  2D<br><br>*If applicable* | **UC** |
| Defiance of authority: Failure to respond to the direction of any school personnel | One SD | **UC** |
| Continued and willful disobedience: **A** repeated pattern of failing to abide by school rules | One to Four days ISS/OSS | **RC**<br>**BC**<br>**UC** |
| Illegal parking on school property /parking in faculty parking lot | One SD | |
| Profanity or obscene conduct in the school building | One SD | **UC** |
| Profanity or obscene conduct directed toward staff | One day OSS | **UC** |
| Breach of Academic Integrity/Cheating/Plagiarism/AI | One SD<br><br>Additional penalties outlined on page 32, to include administrative discretion. | **UC** |
| Failure to produce a school identification badge to any school personnel when asked | 1D | |
| Breach of School Security | One SD | **UC** |
| Disruption of the learning environment by action, attire or vocal expressions | 2D | **UC** |
| Repeated Dress Code violations (See pg.124) for the Dress Code Policy. | One SD | **UC** |

71

Back

Table of Contents

Forward

**The minimum consequences for the offense are listed below:**

Administrative detention (1 hour): **D**          In-School Suspension: **ISS**
Administrative detention (2 hours): **2D**       Out-of-School Suspension: **OSS**
Refer to counseling: **RC**                      Behavioral Contract: **BC**
Saturday Detention: **SD**                       Unsatisfactory Citizenship: **UC**
Police Contact:  **P**
Adhere to all protocols delineated by LPS policy: **AP**

***Habitual offenses are consequenced within the current school year.**

## Violence & Vandalism (a.)

| Infraction | Consequences | |
|---|---|---|
| Conduct dangerous to the physical well-being of others: Students, through their direct or indirect actions, place another person in danger of physical harm, even if there was no intent to harm. (Includes throwing food, etc.) | One SD | UC |
| Inappropriate Use of Physical Force: Any student who engages in reckless behavior that poses a substantial danger to one's self and others. (ie. Pushing, shoving, or hitting another student) | **First offense**: One to Four days ISS and/or OSS **Second offense:** Three to Five days OSS **Third offense:** Five to Ten days OSS | RC BC UC |
| Fighting: Any student who engages in a physical confrontation with another person on school grounds or during a school activity, in which both parties have substantial culpability for the actions, shall be considered to have committed an act of fighting. | **First offense:** Three to Four days ISS and/or OSS **Second offense:** Ten days OSS **Third offense:** Referral to Superintendent | RC BC P UC |
| Assault: Any student who harms, injures, or recklessly strikes with intent to cause harm on school grounds or during a school activity (this includes reckless behavior that could cause harm). | • Ten days OSS • Referral to the Superintendent for further disciplinary action | RC BC P UC |
| Threat directed at another student or member of the Livingston BOE faculty or staff. | One to Four days ISS and/or OSS | RC BC P UC |
| Vandalism: The destruction, marring, or defacing of someone else's personal property or school property while on school grounds. | Two to Four days ISS and/or OSS Restitution | RC BC P UC |
| Any written, verbal or physical gesture (including electronic communication) that disrupts a student's ability to learn and/or a school's ability to educate its students in a safe environment, including any words or actions that harm or threaten another person's body, property, self-esteem or group acceptance. | **First Offense:** • One to Three days ISS and/or OSS **Second offense:** • Three to Five days OSS **Continued offenses:** • Ten days OSS • Administrative Discretion | RC BC P UC |

72

The minimum consequences for the offense are listed below:

Administrative detention (1 hour): **1D**
Administrative detention (2 hours): **2D**
Lunch detention:  **LD**
Saturday Detention: **SD**
Police Contact:  **P**
Adhere to all protocols delineated by LPS policy: **AP**

In-School Suspension: **ISS**
Out-of-School Suspension: **OSS**
Refer to counseling: **RC**
Behavioral Contract: **BC**
Unsatisfactory Citizenship: **UC**

## Violence & Vandalism (b.)

| Infraction | Consequences | |
|---|---|---|
| **Any behavior that has the effect of intimidating a person or group either using verbal, written, or non-verbal communication.**<br><br>**New Jersey defines bias/hate crimes as those involving race, ethnicity, religion, or sexual orientation.** | Four days ISS and/or OSS | RC<br>BC<br>P<br>UC |
| **Possession or use of weapons or dangerous instruments and/or any object that can reasonably be considered a weapon (including pen knives and BB guns); this includes objects made to look like dangerous instruments.** | ● Ten days OSS<br>● Referral to the Superintendent for further disciplinary action | RC<br>BC<br>P<br>UC |
| **Explosive devices (and look-alikes): Possession or use of explosive devices, such as firecrackers, cherry bombs, tankers, M-80's, etc.** | ● Ten days OSS<br>● Referral to the Superintendent for further disciplinary action | RC<br>BC<br>P<br>UC |
| **Theft: The unauthorized or attempted taking of personal or school property; Assuming another person's identity;  Participating in these actions as a lookout; or by possessing stolen property.** | Four days ISS and/or OSS | RC<br>BC<br>P<br>UC |
| **Violation of Fire Regulations: Making false fire reports, falsely activating a fire alarm, lighting matches or any flame not approved as part of classroom instruction, threatening to bomb, burn, or to destroy school property or the property of school personnel or students.** | ● Ten days OSS<br>● Referral to the Superintendent for further disciplinary action | RC<br>BC<br>P<br>UC |

73

**The minimum consequences for the offense are listed below:**

Administrative detention (1 hour): **D**        In-School Suspension: **ISS**
Administrative detention (2 hours): **2D**      Out-of-School Suspension: **OSS**
Lunch detention:  **LD**                         Refer to counseling: **RC**
Saturday Detention: **SD**                       Behavioral Contract: **BC**
Police Contact:  **P**                           Unsatisfactory Citizenship: **UC**
Adhere to all protocols delineated by LPS policy: **AP**

## Sexual Offenses

| Infraction | Consequences | |
|---|---|---|
| Displays of Affection | One SD to One day ISS | UC |
| Inappropriate Sexual Conduct | One to Four days ISS/OSS | RC BC UC |
| Harassment, Exposure, or Inappropriate Touching | Three to Five days OSS | RC BC UC |
| Assault | • Ten days OSS, <br> • Referral to the Superintendent for further disciplinary action | RC BC P UC |

74

The minimum consequences for the offense are listed below:

Administrative detention (1 hour): **1D**          In-School Suspension: **ISS**
Administrative detention (2 hours): **2D**         Out-of-School Suspension: **OSS**
Lunch detention: **LD**                             Refer to counseling: **RC**
Saturday Detention: **SD**                          Behavioral Contract: **BC**
Police Contact: **P**              Unsatisfactory Citizenship: **UC**
Adhere to all protocols delineated by LPS policy: **AP**

## Possession/Use of Materials that Violate School Policy (a.)

| Infraction | Consequences | |
|---|---|---|
| Inappropriate use of electronic, smart, communication, or recording devices.<br><br>● **Violation of Policy 5516**: Use of Electronic Communication Devices<br>● **Violations of Policy 2360**: Use of Technology<br>● **Violation of Policy 2361**: Acceptable Use of Computer Networks/Computers and Resources (M)<br><br>*Habitual offenses are consequenced within the current school year. | 1st Offense: Confiscated—parent pickup required.<br><br>2nd Offense: Confiscated—parent pickup + 2-hour detention.<br><br>3rd Offense: Confiscated—parent pickup + 1 Saturday detention.<br><br>4th Offense: Confiscated—parent pickup + 2 Saturday detentions.<br><br>5th Offense: Confiscated—parent pickup + ISS + parent meeting. | UC<br><br>UC |
| Gambling, and/or any activity or "game" in which the object is the winning of money, favors, or other valuables | 2D to One SD, Confiscation | UC |
| Possession of pornographic material | One SD, confiscation | UC |
| Dissemination of pornographic/inappropriate material | One to Three days ISS and/or OSS | RC<br>BC<br>P<br>UC |


**The minimum consequences for the offense are listed below:**

Administrative detention (1 hour): **1D**        In-School Suspension: **ISS**
Administrative detention (2 hours): **2D**       Out-of-School Suspension: **OSS**
Lunch detention: **LD**                          Refer to counseling: **RC**
Saturday Detention: **SD**                        Behavioral Contract: **BC**
Police Contact:  **P**           Unsatisfactory Citizenship: **UC**
Adhere to all protocols delineated by LPS policy: **AP**

## Possession/Use of Materials that Violate School Policy (b.)

| Infraction | Consequences | |
|---|---|---|
| Possession and/or use of vaping products and electronic smoking devices. Violation of LBOE Policy #5533  *Vaping of any kind and or proximity will enact the district's substance abuse protocols. Violation of LBOE Policy #5530 | **First offense:** <ul><li>Notify the Superintendent of Schools</li><li>Notify the Police in accordance with the Memorandum of Agreement</li><li>Four (4) to Ten (10) days out-of-school suspension</li><li>Parent meeting with administration</li></ul> **Second offense:** <ul><li>Notify the Superintendent of Schools</li><li>Notify the Police in accordance with the Memorandum of Agreement</li><li>Long-Term out-of-school suspension</li><li>Parent meeting with administration</li></ul> **Third offense:** <ul><li>Notify the Superintendent of Schools</li><li>Notify the Police in accordance with the Memorandum of Agreement</li><li>Parent meeting with administration</li><li>Long-Term Out-of-school suspension pending Superintendent review, the Superintendent may make recommendations during this process, and/or hearing for expulsion with the Board of Education.</li></ul> Note. The Board may deny participation in extracurricular activities, school functions, sports, graduation exercises, or other privileges as disciplinary sanctions when designed to maintain the order and integrity of the school environment, in accordance with N.J.A.C. 6A:16-7.1(d). | RC AP P UC |
| Drug Paraphernalia:  Possession of any drug-related item, or potentially drug-related item, such as electronic smoking devices (vapes, Juuls, etc.), rolling papers, pipes, etc.  Possession, proximity, and/or use of vaping products and electronic smoking devices.  This infraction will enact the district's substance abuse protocols. Violation of LBOE Policy #5530 | **First offense:** <ul><li>Notify the Superintendent of Schools</li><li>Notify the Police in accordance with the Memorandum of Agreement</li><li>Four (4) to Ten (10) days out-of-school suspension</li><li>Parent meeting with administration</li></ul> **Second offense:** <ul><li>Notify the Superintendent of Schools</li><li>Notify the Police in accordance with the Memorandum of Agreement</li><li>Long-Term out-of-school suspension</li><li>Parent meeting with administration</li></ul> **Third offense:** <ul><li>Notify the Superintendent of Schools</li><li>Notify the Police in accordance with the Memorandum of Agreement</li><li>Parent meeting with administration</li><li>Long-Term Out-of-school suspension pending Superintendent review, the Superintendent may make recommendations during this process, and/or hearing for expulsion with the Board of Education.</li></ul> Note. The Board may deny participation in extracurricular activities, school functions, sports, graduation exercises, or other privileges as disciplinary sanctions when designed to maintain the order and integrity of the school environment, in accordance with N.J.A.C. 6A:16-7.1(d). | RC AP P UC |

The minimum consequences for the offense are listed below:

| | |
|---|---|
| Administrative detention (1 hour): **1D** | In-School Suspension: **ISS** |
| Administrative detention (2 hours): **2D** | Out-of-School Suspension: **OSS** |
| Lunch detention: **LD** | Refer to counseling: **RC** |
| Saturday Detention: **SD** | Behavioral Contract: **BC** |
| Police Contact: **P** | Unsatisfactory Citizenship: **UC** |
| Adhere to all protocols delineated by LPS policy: **AP** | |

## Possession/Use of Materials that Violate School Policy (c.)

| Infraction | Consequences | |
|---|---|---|
| **Alcohol/Drugs (and look-alikes):**<br><br>1. **Possession**<br>2. **Use and/or consumption**<br><br>\*This infraction will enact the district's substance abuse protocols. Violation of LBOE Policy #5530<br><br>\*Passive Breath Alcohol Sensor Device - The Board authorizes Passive Breath Alcohol Sensor Device (PBASD) screening before, during, and after school activities/events including, but not limited to: dances, athletic events, proms, class trips, drama productions, graduation ceremonies, or school assemblies when the building principal or designee has reason to believe the use of alcohol by students may be present. (LBOE Policy 5535)<br><br>\*Habitual offenses are consequenced within the current school year. | **First offense:**<br><br>● **One to Four days ISS and/or OSS; Confiscation**<br>● **Parent meeting with administration**<br><br>**Second offense:**<br>● **Ten days OSS**<br>● **Parent meeting with administration**<br><br>**Third offense:**<br>● **Parent meeting with administration**<br>● **Out-of-school suspension pending Superintendent review and/or hearing for expulsion with the Board of Education.**<br>● **Referral to Superintendent** | RC<br>AP<br>P<br>UC |
| **Distribution of Drugs/Alcohol or Intent to distribute**<br><br>\*This infraction will enact the district's substance abuse protocols. Violation of LBOE Policy #5530<br><br><br><br>\*Habitual offenses are consequenced within the current school year. | **First Offense:**<br>● **Referral to Superintendent**<br>● **Parent Meeting with Administration**<br>● **Ten days OSS**<br>**Second Offense :**<br>● **Parent Meeting with Administration**<br>● **Out-of-School Suspension pending Superintendent review and /or hearing for expulsion with the Board of Education.** | RC<br>AP<br>P<br>UC |
| **Positive drug screening following the enactment of the substance abuse protocol.**<br><br>\*Failure to comply with any part of the LBOE Policy #5530, will be considered a positive result. | ● **Four days OSS** | RC<br>AP<br>P<br>UC |

Back

Forward

# Remediation & Consequences (H)

Table of Contents

## BEHAVIORAL CONTRACTS:

Behavioral contracts will be mutually developed in the context of a student, parent, counselor, child study team member and administrative conference.  Each party will have the opportunity to explain their goals, the means of achieving these goals, and the expectations of other parties involved.  Once the terms have been mutually agreed upon, this will be the basis upon which the administrator will make decisions if a student does not fulfill their contractual obligations.

## PROBATION:

Students may be placed on disciplinary probation as a consequence of violating school rules.  During this time, students are to demonstrate that they can fulfill their responsibilities of respecting themselves, others, and the environment.  The conditions of probation, which may include restrictions or suspension from co-curricular activities, will be detailed in a behavioral contract.

## ADMINISTRATIVE DETENTION:

Teachers or administrators assign detention when students are in need of a consequence which restricts their freedom of movement for a brief period of time.  This is done to have students reflect on their behavior that led to the issuance of the detention; some are after school for one or two hours. Failure to report for an administrative detention will result in the doubling of detention hours or a Saturday detention.  Cell phones and other electronic devices are not allowed to be used during any detention. Computers may be used at the discretion of the detention proctor for school work only.

## SATURDAY DETENTION

A Saturday detention is a consequence given for more egregious offenses.  Students are to report to the detention, via Door 1, the main entrance, no later than 8:00 a.m. Students will be dismissed at 12:00PM. This is not the time for socializing or conversation.  Students are to bring work with them in order to use the time efficiently. Cell phones and other electronic devices are not allowed to be used during any detention. Computers may be used at the discretion of the detention proctor for school work only. Failure to attend a Saturday detention will result in the detention being doubled to two Saturdays. A repeated pattern of missing detention will result in the student being assigned to in-school suspension.

## IN-SCHOOL SUSPENSION

In-School Suspension is served during the school day. ISS is a consequence given in order to allow students continued access to educational and counseling services during a suspension.  Students who are issued an In-School Suspension will be excluded from co-curricular events throughout the period of the suspension.   This exclusion includes club activities, student performances, sporting events, proms, senior games, and the like.

ISS is designed to be a productive experience where students are afforded the opportunity to consider the behavior choices that led them to ISS; reflect on the sources of the problems that triggered said behavior; and explore alternative courses of action in the event of future conflict.   The Dean of Students will work with faculty and staff to develop approaches aimed at analyzing decision-making processes, identifying positive choices with students, and equipping them with other resiliency skills that will assist them at Livingston High School and beyond.  ISS is located in Room A109.

A reentry conference must be held in order for the student to return to classes and cocurricular activities.  This conference will be held with the student, parent, counselor, assistant principal, and/or principal. This conference will be arranged at the time of the suspension.

Back    Table of Contents    Forward

## OUT-OF-SCHOOL SUSPENSION ( BOE Policy# 5610) :

Out-of-School Suspension is recognized as the most severe form of disciplinary action with the exception of expulsion.  It should be considered as such by the entire school community.  The assistant principal will contact the student's teachers in order to collect work that the student will miss during their suspension.   The work will be available to the student via Schoology.  In accordance with N.J.A.C 6A 16-10.2, arrangements for home instruction will be provided when an OSS exceeds 4 days.

During the period of OSS, a student shall not be on or near the school campus. Athletic events, co-curricular activities, and school or class events, including graduation, are privileges and not a right. As such, during the period of OSS, a student shall not be allowed to attend athletic events, co-curricular activities, and school or class events. A student who chooses to ignore this portion of the consequence will be subject to further disciplinary action including, but not limited to, arrest for criminal trespass. Additionally, the principal, and/or the designee, reserves the right to revoke school privileges indefinitely from a student who is assigned OSS based on the nature of the offense.

A reentry conference must be held in order for the student to return to classes and cocurricular activities.   This conference will be held with the student, parent, counselor, assistant principal, and/or principal.  This conference will be arranged at the time of the suspension.

## RESTITUTION:

Students may be required to make restitution to the school district or to individuals. Such restitution may include, but not be limited to financial reimbursement, apologies, or school service.  For further information about fines, refer to **BOE Policy # 5513**.

## POLICE IN SCHOOL:

Police may enter the school if asked by school officials, if they suspect a crime has been committed or have a warrant for search or arrest.  If a student is questioned by the police, school officials must see that all questioning takes place privately, in the presence of the principal or their designee.  If the officer has a juvenile complaint or warrant, the principal shall request that the questioning be delayed, if possible, until a parent can be present.  If the officer refuses, the principal must attempt to have the parents informed immediately, and shall remain with the pupil during the questioning. For further information, refer to Law Enforcement Memorandum of Understanding found on file in the LBOE offices.

## STUDENT APPEALS PROCESS:

If a student or parent wishes to appeal a consequence, they must speak to the following individuals in the sequence of steps outlined below:

- The teacher who originally assigned the penalty
- The department supervisor if discipline is not involved
- The student's Assistant Principal
- The Principal

There is no appeal process for detentions. However, for consequences of greater severity, the appeals process may continue, if necessary, as follows:

1. Principal
2. Assistant Superintendent
3. Superintendent

The Superintendent will be the final appeal for short-term suspensions. If necessary, appeals for long-term suspensions may continue to The Board of Education.





# Athletics

# (I)

Table
of
Contents

# Athletics Policy & Procedures

The athletic program is a well-rounded, extensive, and varied program. In accordance with Title VI and Title IX, non-contact boys' sports are co-educational; a female can try out, if she desires.

Our school is a member of the Super Essex Conference (SEC) and NJSFC for football. The Lancers compete in state competitions in Group IV, North Jersey Section I. Athletic information can be found on our school webpage under the "athletics" tab.

Information regarding the interscholastic athletic program, including practice and game schedules as well as directions to games and forms can be found on the high school website.  Any other questions can be directed to Mr. David Cohen, the Athletic Director at 973-535-8000 ext. 8065 or by email to DCohen@livingston.org.

There are established rules of conduct which should be adhered to by all spectators attending any of our athletic games.

- We should show our appreciation of any display of athletic ability, but we should not make any remarks that signify poor sportsmanship.

- We should keep off the playing area at all times to preserve its condition.

- We should not willingly attempt to distract a person participating in games.

- In all athletic contests we should accept the official's decisions.

- Remember everything we do reflects on our school's reputation.

There are also basic rules of conduct that should be followed by all athletes participating in our school's sports program. The following is a "CODE OF CONDUCT" issued by the athletic department to all students involved in athletics.  It is reprinted here so that all students are aware of the standard rules of behavior expected of our athletes.  Any violation of these "Code of Conduct" rules may result in suspension or termination from the athletic program.

Back    Table of Contents    Forward

## A. LHS ATHLETICS "CODE OF CONDUCT":

- Athletes should take pride in their performance. Appearance and attitude greatly affect their play. Livingston High School has always demonstrated good sportsmanship on and off the field. We are proud of our tradition.

- Hazing or other physical or verbal harassment of fellow players, or players on other teams, or the expectation that athletes will be subjected to initiation rites involving physical or verbal abuse, is strictly prohibited. Athletes involved in such action are subject to removal from the team and out-of-school suspension. Law enforcement officials may be involved.

- There is nothing wrong with losing. However, an athlete must put forth one's best effort. Just as one must be humble in victory, an athlete must also be gracious in defeat.

- The game officials are in charge of the athletic event. In this position they must be treated with respect and obeyed without question.

- The use of drugs, alcohol and tobacco are detrimental to your best performance. Athletes should refrain from their use (this includes the use of steroids). All athletes are required to be alcohol-free, tobacco-free and drug-free 24 hours a day, 7 days a week. Athletes who use and/or are in possession of these items are subject to disciplinary action as outlined by the Board of Education Policy. Attendance at parties or gatherings where alcohol, tobacco, or drugs are present is strictly prohibited. Athletes must depart or make a reasonable attempt to depart from such affairs or situations immediately once these substances are discovered. An athlete may be suspended from practice and play pending an investigation and may be subject to legal and/or disciplinary actions as per Board of Education policy. This rule does not restrict athletes from attending family functions where alcoholic beverages are present. The purpose of this rule is to deter underage drinking and/or substance abuse.

- Each coach will specify a set of training rules. These must be obeyed completely.

- Opposing players and coaches are guests at our home events; they are to be treated with respect at all times.

- Profanity and verbal abuse will not be permitted.

- Competitive athletics involves a high degree of emotion. These emotions must always be kept under control. Improper emotional displays, poor conduct and other signs of immaturity will not be tolerated.

(Continues on next page)

## B. LHS ATHLETICS "CODE OF CONDUCT" continued… :

- Equipment which is issued to student athletes belongs to the school and is for use at practices and games only. No uniform or practice equipment is to be worn to school or at outside events without special permission of the athletic director. This equipment must be turned in immediately following the conclusion of each season.  A fine will be levied for lost equipment.  This is a "fine" as equipment is not sold.

- If a student has a medical excuse from Physical Education he or she may not participate in an athletic activity on those days.

- An athlete who is assigned to an Administrative Detention/Saturday Detention may not participate in practice or a game on that day until their detention has been served.  A student who is assigned to in-school suspension for the day may not participate in athletics on that day.  A student who is assigned an out-of-school suspension may not participate in athletics until they participate in a re-entry conference with administration.

- A physical examination is required by state regulations at least once each school year.  Each student is responsible for getting a physical examination.   As per state law, the school will offer physical examinations only to students who do not have a family doctor or those who cannot afford one.   A State of New Jersey medical form is used to record this exam.  No athlete will be permitted to participate until this form has been properly completed and signed by the examining doctor. Written parental permission is required for each sport.

- In addition to the physical examination, all students are asked to complete a  baseline test using the ImPACT Test Protocol (www.impacttest.com) every two years of their high school career by the athletic training staff.

- If an athlete has a serious injury, they will not be permitted to participate until they have been cleared by a doctor in writing.

- The New Jersey State Interscholastic Athletic Association which is the governing body of high school sports in New Jersey, in conjunction with the State Department of Education, has instituted a random steroid testing program for some athletes who participate in high school athletics.

(Continues on next page)

## C. LHS ATHLETICS "CODE OF CONDUCT" continued …

- Participation in athletics is a privilege. In order to be eligible to participate:

  - All student-athletes must arrive by 8:50 a.m. with a note from a parent and remain in school for the duration of the school day.

  - All student-athletes must attend school for a minimum of 4 hours and 30 minutes. If timeout of the building exceeds 2 hours and 20 minutes, the student will not be eligible to participate.

  - Student-athletes who miss school for the purposes of a doctor's visit or medical care, for any amount of time, may participate in school-sponsored activities and events at the discretion of building administration provided that (a) parental notice of the absence is provided and/or (b) the student submits a doctor or medical notice immediately upon returning to school on that day prior to the start of the event.

In addition, with advanced notice and documentation, administrative discretion may be provided to students that are absent due to special circumstances.

This program will randomly test students who compete on teams that qualify for the NJSIAA state tournament for certain substances that are banned for use.  If any of these substances are detected after this random testing is conducted, that individual will be banned from competing in high school sports in New Jersey for a period of 365 days. The only exception to this legislation will be if the student has signed a written document from a fully licensed physician, stating that the individual is being treated for a medical condition that permits the use of this banned substance.

 In order to facilitate this process, every student who wishes to participate in high school athletics must submit a signed consent form from the parent and student consenting to this test prior to participation.  If the form is not submitted, the student will not be allowed to play.

**During the online registration all students, parents, and coaches will be required to electronically sign the student/parent SAGE athletic contract. All forms must be signed prior to the start of the season.**

## A. ELECTRONIC REGISTRATION FOR ATHLETIC PARTICIPATION:

All athletes must be registered through our online registration process. Participants must have completed the online registration AND step 2 prior to the posted closing date for each season in order to be eligible. Online registration procedures and forms are located under the **Athletics Tab** on the home page of the Livingston High School website.

## Registration is a two-step process so please follow these instructions:

**Step 1 - Register your student online by going to the Genesis Parent Portal and clicking on forms.** If a student isn't certain in which sport they would like to participate, parents should still register for the (1) sport in which some interest has been expressed. The selection can always be changed prior to the beginning of the new sport's tryouts. If you would like to add in additional sport or change your chosen sport, please contact the Secretary to the Athletic Director, Mrs. Kimberly Casale at KCasale@livingston.org.

## Step 2 – Pre-participation Physical Evaluation and Health History Questionnaire

A valid athletic physical must be on file with the high school nurse 2 weeks prior to the start of each athletic season. Please select either option **A** or **B** below that pertains to your child:

**a -** If the athletic physical has not expired by the first day that practice begins for the selected sport, that physical will take the student athlete throughout the entire season even if the physical may expire during the season.

**b -** If the athletic physical will expire prior to the first day of practice for the selected sport, a new athletic physical must be submitted to the high school nurse during the enrollment period to complete Step 2.

## Step 3 – IMPACT Testing    Impact testing should be completed before athletes can try out or participate in sports. This is a pre-concussion screening, and the test is valid for two years. Please complete this 20 to 30 minute test at home on your computer. You may use this link to access the test **impacttestonline.com/testing** with the following customer code:  bd5c5778b3.

88

(Continue on Next Page)

*We recommend that the parent keep copies of these forms prior to submitting them to the high school nurse.*

Athletic physicals are valid for **one year.** If a student has an athletic physical on file that is less than a year old as of the first day of practice for the sport, then the only item that the parent will need to complete will be the Health History Update Questionnaire. This form along with the athletic physical form can be found on the LHS athletic page on the high school website.  If the physical will expire prior to the first day of practice, a new athletic physical will be required

If a parent has difficulty obtaining a physical and meeting the season deadline for submitting forms due to having no medical "home" or any other personal matter, parents should take advantage of the free athletic physical that is offered at the high school.

The free mass physical date is offered once per calendar year. "Completely registered" means that all of the online forms and testing have been completed, submitted and reviewed by the school nurse and doctor.

## ACTIVITY FEES

A one time activity fee payment is required for participation in athletics and all extra curricular programs for the 25-26 school year.   Please note the following:

- All payments for athletic activity fees must be paid during the announced open window for each athletic season.
- The "open window" period will be a 15 day time span that begins at the end of the tryout/preseason for each individual sport.
- All athletes who are on a teams roster at that time will receive email notification from the athletic department and a verbal notification from the coach stating that the window to make payment is open.  This payment should be made in the parental portal using the MySchoolBucks account.
- Students are required to pay **1 time for the entire year** which will enable them to **participate in as many sports, clubs, or activities during the 2025 - 2026 school year.**
- Once a payment has been processed, the account will be marked paid for the entire 2025-2026 school year.

89

Back

Table of Contents

Forward

# (Activity Fees Continued …)

- Please note: all activity payment fees are <u>final</u> once submitted during the open window.  There will be<u> no refunds</u> for any reason including, but not limited to the following: injury, withdrawal from Livingston Public Schools, administrative suspension/removal from activity/sport, student decision to remove themselves from the activity.
- Once a student-athlete moves forward with their intent to participate by paying the activity fee, the payment cannot, and will not be reversed.
- Failure to make payment by the 15 day deadline will result in the student-athlete being ineligible for participation in the activity until payment has been made.

## Late Registration

**Every effort should be made to submit all registration forms by the deadline date of each season's enrollment period.** Late registrants will be accepted as long as all paperwork can be fully processed by the third day of a team's practice.  Please note that it takes approximately ten (10) days for the athletic department, including the high school nurses, to complete the medical portion for hundreds of students prior to the first day of practice. Therefore, late registrants are not guaranteed to be made eligible for participation.

**If a late registrant is made eligible to participate on a team, the student athlete will not be active to play in the first three official games of the season, but will be required to attend practice and follow all team rules.**

This practice works to ensure equal opportunity for all students during practice/tryout season. Please see the LHS Athletic website for each season's registration windows.

90

# ATHLETIC ELIGIBILITY

The Board of Education has adopted the rules and regulations of the New Jersey State Interscholastic Athletic Association (**NJSIAA: 25-26 NJSIAA Rules and Regulations Information)** as Board policy. The Board reviews these rules annually to ensure they remain in alignment with the Board's objectives.

The bylaws of NJSIAA cover a broad spectrum of eligibility regulations, ranging from preserving the amateur athletic status of students to prohibiting athletic recruitment among member schools.  But, the eligibility standards which are most frequently applied by NJSIAA deal with age, academic standards, the semesters of eligibility and transfers.

An athlete cannot participate in interscholastic athletics if he or she has reached the age of nineteen (19) prior to September 1 of any year.  Eligibility for athletic competition is based on requirements established by NJSIAA. Failure to attain the required number of credits will cause an athlete to be ineligible for competition.

Incoming students from grade 8 do not have academic requirements for the fall and winter athletic seasons.  However, starting with the spring season, all ninth graders must conform to all academic requirements that are in place for the remainder of the student body.  These requirements are as follows:

To be academically eligible for the fall and winter seasons, the student must have passed a minimum of 30 credits from the previous school year (not cumulative).  This includes credits earned during the summer for make-up purposes only.  Again, this academic requirement applies only to grades 10, 11, and 12.

Academic requirements for the spring athletic season for all grade levels include passing a minimum of 15 at the conclusion of the first semester.

Finally, if a student is academically eligible at the start of the season, that student shall remain eligible until the end of that season.

## THE EIGHT SEMESTER RULE:

No student shall be eligible for high school athletics after the expiration of eight (8) consecutive semesters following the student's entrance into the ninth grade.

# SUMMER RECESS PRACTICE:

From the last day of school to the first day of the next school term, all restrictions are rescinded for practice. Schools may issue any and all equipment for practice use during the summer recess and the local school district may determine to what extent the school, the coaches, and the students are to be involved in the "summer recess" program.

# TRANSFERS:

Transfer Rules can be reviewed by logging onto the NJSIAA website at www.njsiaa.org.



Back    Table of Contents    Forward

# Sports Offered
# at
# Livingston High School

| FALL SEASON | WINTER SEASON | SPRING SEASON |
|---|---|---|
| Boys Cross Country | Boys Basketball | Baseball |
| Girls Cross Country | Girls Basketball | Softball |
| Cheerleading | Bowling | Girls Flag Football |
| Football | Cheerleading | Golf |
| Field Hockey | Boys Fencing | Boys Lacrosse |
| Boys Soccer | Girls Fencing | Girls Lacrosse |
| Girls Soccer | Boys Ice Hockey | Boys Tennis |
| Girls Tennis | Girls Ice Hockey | Boys Track |
| Girls Volleyball | Boys Swimming | Girls Track |
|  | Girls Swimming | Boys Volleyball |
|  | Skiing |  |
|  | Boys Winter Track |  |
|  | Girls Winter Track |  |
|  | Wrestling |  |

Back    Forward

# Clubs & Activities

# (J)

Table of Contents

# CO-CURRICULAR ACTIVITIES & CLUBS PHILOSOPHY

It is the philosophy of the school for students to enrich their high school experience by participating in athletics, clubs, or other activities.  Interested members of the faculty who take pride in providing a meaningful athletic, social, or co-curricular experience supervise these activities.  These activities present opportunities for students to participate in a broad range of organizations.  This also serves as a venue for students to learn and improve leadership skills. Once clubs are officially approved, they will be published on the school's website under the activities section. Because cocurricular activities and clubs are a privilege for LHS students, a student may be suspended or removed from co-curricular activities and clubs at the discretion of the administration should the student violate the LPS **Code of Conduct**.

Back
Table of Contents
Forward

# CLUBS AND ACTIVITIES OFFERED AT LIVINGSTON HIGH SCHOOL

Livingston High School is proud to offer a range of clubs and activities for students that fall within the realms of service, co-curricular and social opportunities. Students should watch A.M. Wired and check the website for additional information.

Students may start a club by securing an advisor, completing a club approval form and speaking to the assistant principal in charge of club applications. Details, forms, and deadlines to start a new club or re approve an existing club can be downloaded by the club advisor from the staff resources, Faculty Hub page.

## ACTIVITY FEES

A one-time annual activity fee is required for participation in stipended clubs and extracurricular programs at Livingston High School for the 2025–2026 school year. This single payment covers participation in all eligible clubs and activities for the year, regardless of the number joined.

- The fee is $200.00.
- Students approved for free lunch will be charged $0.01 (which must still be recorded as paid).
- Students approved for reduced lunch will pay 25% of the fee.
- Once rosters are finalized, the fee will be posted in Genesis and MySchoolBucks.
- MySchoolBucks will send an automated email when a new invoice is posted (note: the email will not specify what the invoice is for).
- The invoice will appear in Genesis titled "Livingston High School Activity Fee."
- Parents will have 15 days to submit payment once the invoice has been posted.
- The school office will also email parents once the activity fee has been assigned.

No refunds will be issued once payment has been submitted, including but not limited to cases of injury, withdrawal from Livingston High School, administrative suspension or removal, or voluntary student withdrawal from the activity.

Failure to make payment by the 15-day deadline will result in ineligibility to participate until payment has been made.

Parents are encouraged to pay through MySchoolBucks, which offers the "ONEPAY" option for unlimited E-Check payments for $12.95 per year. Discounts are available for families with more than one child. MySchoolBucks may also be used to pay for lunch, class trips, fines, subscription busing, and other school-related costs.

Back    Forward

# School Counseling

# (K)

Table of Contents

# PHILOSOPHY AND SERVICES

The mission of the Livingston Public Schools Counseling Program is to provide support services that promote the social, emotional, and academic growth for all students. School Counselors help build a foundation for lifelong learning in a culturally sensitive environment by fostering self-respect, awareness of others, self-efficacy and access to individual interventions and community resources. Our vision is for students to explore postsecondary and career pathways as well as how to navigate a global society, make informed decisions and effect successful transitions. By working in partnership with educators, parents, and the community, School Counselors assist all students in achieving the skills and knowledge necessary to be productive, contributing members of society.

The LHS School Counseling Department strives to provide comprehensive and sequential services to students. The primary goal of the School Counseling program is to promote the academic, emotional, and social growth of all students. School Counselors help build a foundation for learning by assisting students to develop self-respect, self-advocacy, awareness of others and a positive attitude toward acquiring knowledge.

School counseling services include individual and small group counseling, academic advising, emotional and mental health support, solution-focused, school based counseling, scheduling, reviewing transcripts and post-secondary planning. Counseling services are most beneficial when conducted in partnership with teachers, and parents.  A team approach to student advocacy provides proper support and communication for student success.

| | Livingston High School 2025-2026 School Counselor Assignments | | | |
|---|---|---|---|---|
| | GRADE 9 Class of 2029 | GRADE 10 Class of 2028 | GRADE 11 Class of 2027 | GRADE 12 Class of 2026 |
| BERGER | A - BHAR | A - BHAG | A - CAMPB | A - BOO |
| FRATTAROLI | BHAS - DHA | BHAM - CHOI | CAMPC - CU | BOT - DHAN |
| RENGA | DHB - HAO | CHOR - GOH | CV - FIN | DHAW - GA |
| WASSER | HAP - KAR | GOL - KRE | FIO - GOLD | GB - HUT |
| BERRYANN | KAS - LIA | KRI - MAJI | GOLDS - KAM | HUY - LEE |
| BUONOMO | LIB - NAN | MAJO - MIA | KAN - MES | LEED - NE |
| DESAMOURS | NAO - ROT | MIL - REE | MET - RAMI | NF - RI |
| DUFFY | ROU - SOD | REI - SHAP | RAJ - SH | RJ - SMITH |
| CANNONE | SOE - VES | SHAR - VID | SI - VI | SMITH-H - VA |
| JOSEPH | VET - Z | VIG - Z | VJ - Z | VB - Z |

## SCHOOL COUNSELING PROGRAM:

The LHS School Counseling department has a comprehensive program of individual, small group, and large group sessions that are planned around various stages of student growth and development.  Each student will be assigned to a particular counselor who then works to ensure that their unique developmental needs are addressed.  Parents are encouraged to be involved in this process and work collaboratively with the counselor on any concerns that they might have.  **Please refer to the LHS Course Guide for more information and details.**

## POST-SECONDARY COUNSELING PROGRAM:

The LHS School Counseling department provides extensive postsecondary planning support for all students. In addition to the school counselor, the LHS college counselor enhances the opportunities and support for students specifically in their college search and application processes. The college counseling program at LHS includes individual and small group conferences, college counseling workshops, college visits, Naviance workshops and support and online resources. Please visit the LHS College Counseling website and the **LPS Post-Secondary & Transition Supports website** regularly for information, updates and resources.

## SCHEDULE PLANNING:

Throughout their high school career, students have the privilege and responsibility of developing their own program of study. The individual program selected will assist students to achieve educational, occupational, and personal goals. All information for scheduling for the 2025-2026 school year can be found on the **Scheduling Center website**.

Many core courses are offered through Livingston High School on different ability levels: General, College Preparatory, Honors, and Advanced Placement.  It is important for students to consider their interests, abilities, and time constraints when selecting a course schedule and especially a course level.  One Honors or AP course might work with a rigorous sports schedule, but three AP courses might negatively impact a student's life.  Remember that courses should be selected based on individual abilities and needs.

In selecting the most appropriate courses each year, students are responsible for consulting with parents, teachers, and the counselor.  A program of studies is best determined on the basis of previous performance in the subject area selected, various related test results, and career and educational goals. Students should keep in mind that their program must fulfill Board of Education and New Jersey State Graduation Requirements.   The option to audit a course is not permitted. Please refer to the Course Guide for detailed information and resources for planning purposes.

## SCHEDULE CHANGES:

There should be little need to change a schedule after the initial selection of courses, due to the emphasis placed on the importance of individual counseling for educational planning in January through March each year. Valid reasons for schedule changes are limited to the correction of an error, addition of a required course, addition of credits required by seniors for graduation, and an adjustment for summer school or ISLO completion.

Requests for teacher changes will only be considered if a student had a teacher in a prior course and there was a documented ongoing conflict. Such requests are discussed with a school counselor, made in writing and approved by an administrator. Requests for teacher changes based merely on likes or dislikes, or preferred teaching styles will not be honored. Livingston High School has an obligation to ensure equity in placement for all students based on their course needs.

**Please note the following scheduling procedures:**
It is the expectation of the Livingston High School administration and staff that a student demonstrating proficiency (earning a minimum grade of C) will remain in their scheduled course. Therefore, a student requesting a level change, who demonstrates such proficiencies, will need to present evidence of extenuating circumstances.

## OPEN ACCESS:

Livingston High School is committed to providing all students with access to curriculum and courses. Encouraging students to enroll in challenging courses provides the opportunity for students to raise their achievement levels, ensure postsecondary success, and career readiness.

Classes are offered at various levels of difficulty. Students are supported in taking rigorous courses at the Honors or Advanced Placement (AP) level in areas where they have interest or career aspirations. Past performance, student success and teacher recommendation in a subject area are key indicators of future success.

LHS offers open access for all students to take Honors and AP courses. These courses follow a rigorous curriculum extension of the college preparatory course and often require higher levels of workload, including extensive independent study by the students.

Teachers and Child Study Members make recommendations from required applications to guide students to select the most appropriate program and course level. In considering these recommendations, students and parents are encouraged to select an appropriate course load that balances curriculum demands with a healthy, well-rounded lifestyle. Special Education students are eligible for open access to take Honors and AP courses. (**Click here for more information**)

## HONORS AND AP COURSES:

Parents and students should consider every Advanced Placement (AP) and Honors course selection carefully to ensure success and avoid dramatic schedule changes. Students are expected to maintain the pace of an Honors or an AP course throughout the year. Students who earn a grade below a C- during the last schedule change window in an AP or Honors course will have the option of switching into the lower-level course, but they will not be moved automatically. Communication will be prioritized in making this decision and will include teachers, school counselors, and/or administrators meeting with students and families to assist individuals in making good decisions and determining a plan for moving forward in the school year. In specific cases, administrative discretion will be used as necessary, including decisions regarding future scheduling. Students choosing to drop the course during the last schedule change window will have a Withdraw, "W," noted on their transcript for the dropped class.

## INDIVIDUALIZED STUDENT LEARNING OPPORTUNITIES (ISLO):

ISLO's provide educational experiences that are meaningful and relevant, and that provide students with opportunities to explore and achieve at high levels. ISLO's allow students to obtain credit for learning experiences outside of the traditional classroom environment and some of these experiences may provide connections not available in the school setting. Other learning experiences may go beyond what the traditional high school can provide, allowing students to participate in research, or college-level work.

For more information, please visit the **ISLO page** of the LHS School Counseling website. Information for the 2025-2026 school year will be updated in February 2026.

## SCHEDULE CHANGES DURING THE SUMMER:

It is strongly suggested that each student review their final grades and overall performance with teachers, parents and School Counselors prior to the end of the school year to determine if a level change is appropriate. Elective and level changes will be honored during the summer prior to the deadline and based upon availability of the course. Please note that elective change requests will not be honored once the school year begins.

Should a schedule change be necessary, students should contact the school counseling department. School Counselors are available throughout the summer, Mondays through Thursdays. The summer schedule will be posted on the LHS website on the first day of summer. Students and parents can also contact Mrs. Terrie Lieberman in the school counseling office for assistance: (973) 535-8000 ext. 8060 or **TLieberman@livingston.org**.

A specific deadline for any request for a schedule change is communicated to families in June. More information can be found on the LHS School Counseling website and in the Course Guide.

101

Back

Table of Contents

Forward

# SCHEDULE CHANGES DURING THE SCHOOL YEAR:

❑ **DROPPING A COURSE**

The request to drop a course should only occur after much thought and consultation have taken place. Students are strongly encouraged to make an appointment with their School Counselor if they are contemplating dropping a course. Students requesting to drop a course from their schedule must submit a Schedule Change Form to the LHS School Counseling office.

On this form, the reason for requesting the change must be stated. It is the responsibility of the student to acquire all of the signatures necessary to process a change, including a parent, School Counselor, teacher and department supervisor. All requests will be reviewed by the classroom teacher, department supervisor, School Counselor, and an Assistant Principal before rendering a decision. The student's school counselor will discuss schedule options with the student should it apply.

A student may drop a full-year course prior to the end of the fourth schedule change window (Early November). For a second semester course, students may select to drop a course prior to one-quarter of the way through the semester (early March). If a student drops a course during the first, second or third schedule change windows, no notation will be recorded on the LHS transcript.

Dropping a course during the fourth schedule change window will result in a grade of "W" on the student's LHS transcript.

102

Back

Table of Contents

Forward

# SCHEDULE CHANGES DURING THE SCHOOL YEAR:

## ❏   LEVEL CHANGES

A change in the level of a specific subject may only be made after thorough discussion is held with the student, parent, school counselor, teacher and curriculum supervisor.  The level change must be approved by a parent and a supervisor.  There will be four time periods during which a student may change a level.  Each of these periods carries with it different procedures for calculating the first semester grade. During the second schedule change window, should a level change result in the loss of an elective course, a student will be permitted to replace the original elective selection based upon enrollment.  No additional schedule changes will be made to accommodate the elective selection. After the first schedule change window closes, no changes will be made to schedules until the second schedule change window opens during the school year. All elective change requests must be made during Window 1 only (our summer scheduling window). Once the school year begins, no elective change requests will be honored.  Please note:  Seniors with schedule changes after their transcripts have been sent to colleges are responsible for notifying the colleges of the change and for having an updated transcript mailed to each college.

The dates for the windows for course changes is communicated in the June and August scheduling letter, will also be indicated online prior to the start of school in September and will also be noted on the course change form. There will be strict adherence to course change windows. Please make sure that you keep the dates in mind when making course change decisions.



**Back** **Table of Contents** **Forward**

The time periods and grade calculations are as follows:

| Change Window | Changes Permitted | Transcript Notation | Grade Calculation for 1st Semester |
|---|---|---|---|
| Window #1 (Summer Window) June 25 - August 6th at 3:00 p.m. | Move up or Drop in level and Elective Changes | None | Grade = 100% from new course.<br><br>Students will complete all summer assignments by the start of the school year. |
| Window #2 August 27th - September 5th at 3:00 p.m. | Move Up or Drop in level | None | Grade = 100% from new course.<br><br>Moving up a level: Students will make up work, including any summer assignment, within two weeks of entering the course (unless directly stated by the department).<br><br>Dropping down a level: Students will make up all missing work with the exception of summer assignments. |
| Window #3 September 30th - October 7th at 3:00 p.m. | Drop in level only | None | **Grade** = 25% from original course and 75% from new course. |
| Window #4 October 30th - November 4th at 3:00 p.m. | Drop in level only | "W" | **Grade** = 50% from original course and 50% from new course. |

104

# CAREER PROGRAMS

School Counselors will meet with students to review and discuss individual interests, individual interests and also consider standardized test scores and optional interest inventory results. Several online occupational programs can be utilized as a beginning step in career exploration.  Naviance Student, our online postsecondary and career interest exploration program, is utilized at each grade level to explore careers, participate in career interest inventory programs and in the college search and application process.

It is important for students to learn about themselves and their interests. Students are encouraged to work with their school counselor to develop resources that will help them to reach their career goals.

There are a variety of programs available for students who plan to enter the world of work immediately after graduation or who plan to attend a career or technical school.  A student interested in these options should meet with their school counselor to investigate the occupational, business, and work-study programs offered at Livingston High School. Students and parents are encouraged to use and utilize our **LPS Postsecondary & Transition Support website**.

Essex County Vocational Technical Schools offers many valuable shared-time and full-time programs for students.  Parents are encouraged to speak with counselors at Heritage Middle School and Livingston High School as a resource for assisting with program planning during high school and post-secondary planning. Information is included in the LHS Course Guide as well.

Course offerings in the Business, Family/Consumer Science and Technology sections of the course guide provide detailed information about specific courses that are of value to the student who is interested in furthering their career and post-secondary interests, vocational, technical or work-experience focus during high school.



105

Back

Table of Contents

Forward

# POST-SECONDARY PLANNING

All students receive counseling in the pursuit of their post-secondary plans by their school counselor and the LHS college counselor. Post-secondary options include 4-year college, 2-year college, military, trade/technical programs, gap year programs and employment. Most students continue with some form of post-secondary education upon graduation from Livingston High School. The School Counseling department provides students with assistance in planning their post-secondary school career.

This support is provided by the child's school counselor and the LHS college counselor through the following services: individual and small group conferences; evening programs; college and career conferences; college and career school fairs; test interpretation; and exploration of trade/technical school. Detailed information and resources are available on the **LHS College Counseling website** and our **LPS Post-Secondary and Transition Support Website.**

It is important to be aware that the requirements for college entrance may differ from the requirements for graduation from high school. It is the responsibility of the student to research information regarding the expectations of specific college choices. The school counselors and college counselor at Livingston High School are available to assist with the process.

All students must complete the requirements for graduation from Livingston High School.  High school graduation requirements, at minimum, may or may not prepare a student for entrance into a specific college.  Generally, colleges expect students to have taken four years of English, three to four years of college-preparatory mathematics, three years of laboratory sciences, two to four years of a World Language and three years of social studies.  College selectivity must be considered related to high school programming. Students and parents are encouraged to explore and research post-secondary interests by using Naviance and other resources shared by the LHS School Counseling department.

Students who have specific goals should concentrate on taking courses in specific areas of interest during their high school career.  Students are encouraged to try courses in different departments to explore their interests and possible post-secondary ventures. Students should aim to become well-rounded learners and take advantage of opportunities in various departments, as this will further challenge each student to learn, create, contribute and grow.

# TESTING SERVICES

Livingston High School is a National Testing Center for students to take their ACT, Advanced Placement (AP), PSAT and SAT, PSAT exams.

Information about these tests can be found on the College Counseling website and in the School Counseling office.

Parents and students are encouraged to consult directly with College Board (www.collegeboard.com/testing) and ACT (www.ACTstudent.org).

**School Code (CEEB):** 310705

**Test Center Numbers:**

SAT 31-445

ACT 238730




# Health Services

# (L)

Table of Contents

# Health Services

The school health program is intended to promote health and prevent illness. The school nurse will assess and evaluate the health and developmental status of the student in order to make a nursing diagnosis and establish priority for action. Please visit the **LPS Health Services website** for more detailed information.

The school nurse should be informed of any medical problems concerning a student such as heart, kidney, orthopedic, surgery, allergies, long-term disabilities, or a change in health status. Contagious diseases should be reported to the school nurse at all times. School health services include the review of all sports physicals. Physical examinations are required for students new to the school and for juniors.  Vision and aural screening, tuberculosis testing, measurements of height and weight, blood pressure, and a scoliosis examination are also required. In the event of illness or accident, parents will be contacted to arrange medical care or students may be allowed to rest temporarily and then return to class.

Medications are not allowed to be given by the school nurse without a doctor's prescription and parental consent.  Even the simplest of medications can cause reactions that mask pain or other symptoms and may delay diagnosis and treatment.

If it is necessary for a student to take medication during school hours, all such medication must be left with the school nurse and taken only in their presence.  A note signed by a doctor and parent must be presented to the nurse when medication is required.  There are special requirements for students who need medication on field trips; please check with the nurse in a timely manner, to ensure that steps are taken to make arrangements so that your child can attend the trip.

Parents of students lacking up-to-date vaccinations or boosters will be advised of the legal requirements and will be given reasonable time to comply.  Failure to comply will result in the student's exclusion from school until the requirements are met as per state law.

109

## PROCEDURES IN THE HEALTH OFFICE:

If a student reports to the health office, they must sign in and sign out under the nurse's supervision and approval.  Any student who does not follow this procedure, or who signs in and leaves, will be considered truant.  Students must have a pass in order to report to the health office unless there is an immediate medical emergency.  If a student is in the health office for more than ten (10) minutes it will be considered an unexcused, verified absence.

Spending time in the lavatories will not be an accepted excuse in place of the nurse's assistance; the student will be marked truant from class if signed out to the bathroom for more than 10 minutes. No student may leave the building due to illness without clearance from the nurse.  When a student has been cleared by the nurse to leave the building, the student must sign out through the attendance office.  This will be marked as an early dismissal from school and is an unexcused, verified absence from class. Students who have been dismissed from the building by the health office must obtain medical clearance from a physician in order to return to school on that same day.

Juniors and Seniors not returning to school from off-campus lunch due to sudden illness must contact the attendance office.

Failure to do this will result in an "unexcused truant absence" with no make-up work permitted.  The student will be responsible to bring a parental excuse on the following day in order to substantiate the call.



Back

Forward

# Media Center

# (M)

Table of Contents



# Media Center

The Media Center is located on the first floor in "A" hall across from the Main Office.  It houses a large collection of books, periodicals, online catalogs and DVDs specifically geared to the academic and recreational needs of the students and staff.  The Media Center is open Monday through Friday from 7:30 a.m. until 4:00 p.m., except on specific Mondays  after the dismissal bell for staff meetings.

The Media Center provides access to an online catalog that includes research databases and eBooks.  The databases and eBooks are available 24/7 both in school and at home.  Usernames and passwords for home use can be obtained in the Media Center.  The Media Center website, which contains links to the catalog and databases as well as pathfinders, book reviews, and links to websites, can be found under on the LHS website.

Printers in the Media Center are for academic use only. When  printing students should do so in a responsible manner, with the environment in mind. In addition,  a photocopier is also available for student use.

During the school day students will be admitted from a class, study hall, or lunch with a pass from the sending teacher.  During the school day students will be admitted from a class, study hall, or lunch with a pass from the sending teacher.  Upon entrance, students must sign into the Media Center turnstile and have an active pass from their sending teacher. Students who leave the Media Center before the end of the period need to sign out on the turnstile, and have an active pass from the Media Center staff to return to class.

Passes for students who stay until the end of the period will be returned  to  the  sending  teacher  by  the  Media  Center  staff. Accountability and behavior standards are the same as those expected in any subject course.

## *Food and drink are prohibited in the Media Center*

112

## CIRCULATION POLICY FOR THE MEDIA CENTER

- Books (circulating) may be borrowed for two weeks and renewed up to three times.  Students do not have to have the books with them in order to renew them.  The fine for overdue materials is five cents per item per day.

- Books (reserve collections) may be borrowed overnight (2:41 p.m. to 7:45 a.m. the following school day).  The fine for overdue materials from a reserve collection is ten cents per item per period or $1.00 per school day.

- Reference books and magazines may not be borrowed.
- Library obligations of more than four weeks will result in the loss of library privileges.

## CIRCULATION OF AND CALCULATORS

- Calculators may be borrowed for 24 hours. Items must be returned by 8 am the following day. The fine for an overdue computer or calculator is $1.00 per school day from the technology department.

- Students may not take out another calculator before the initial device is returned and the fine is paid.

- Excessive patterns of failure to return borrowed devices may result in loss of privileges.

## LOST MEDIA CENTER AND TECHNOLOGY MATERIALS

Students are responsible for all materials charged out to them.  If materials are lost, the student will be charged the replacement value of the material plus all fines that have accrued up to the date on which payment is made.

Back

Forward

# Safety & Security Procedures

# (N)

Table of Contents

# Safety & Security

Safety and security is the most basic need that must be met in order for learning to occur.  We all must feel safe in order to teach, learn, and be a community.  To ensure the safety and security of the building, all exterior doors will be locked during the school day.  The responsibility of security rests on the shoulders of every individual who enters the building.  It is every person's responsibility to report anything suspicious that you see or hear by telling an adult as soon as possible.  We all must work together to ensure the safety of our Lancer community. Under no circumstances should a student allow anyone to enter the building through a locked door at any time of day. Doing so will be considered a breach of school security and will result in a Saturday detention.

The Livingston Board of Education authorizes the use of electronic surveillance devices at all school buildings, grounds and on school buses as per BOE policy #7441.

## DATING VIOLENCE AT SCHOOL (BOE POLICY #5519):

The Board of Education believes a safe and civil environment in school is necessary for children to learn. A pupil who is a victim of dating violence suffers academically and the pupil's safety at school is jeopardized. Acts or incidents of dating violence at school whether they are verbal, sexual, physical, or emotional will not be tolerated and will be dealt with in accordance with the District's **Code of Conduct**. For further information, refer to **BOE Policy # 5519**.

## Fire Drill:

As per state law **N.J.S. 18A:41-1**, one fire drill will be conducted each month and parents will be notified upon its completion.

Back

Table of Contents

Forward

## IDENTIFICATION BADGES:

All students will be issued an identification badge in September. These badges must be carried by students and scanned daily when entering the building. Students will also have access to electronic versions of their ID cards. These IDs will be required for certain school functions, special events, and the SATs.

Each student is responsible for their own ID badge. Replacements for lost IDs will be available in the Main Office. The first replacement will be issued at no cost. Each subsequent replacement will require a $5.00 fee.

## SECURITY PROCEDURES:

As per state law **N.J.S. 18A:41-1**, one security drill will be conducted each month in addition to the required fire drill.  Procedures and directives are in place for a lock-down, shelter-in-place, and/or the evacuation of the building.  The superintendent, the principal, or a designee may call a lock-down or shelter-in-place for:

- A building emergency involving students or staff.
- An incident which would necessitate a search of the building.
- The presence of an unwanted person in the school building or on the property.

## VANDALISM:

Students who maliciously or willfully damage, deface, or destroy school property will be expected to give restitution for the objects or property. They will also face further disciplinary sanctions.  This includes graffiti in and on the school property.

## VISITORS:

All visitors must present a valid photo ID, sign in at the security desk, and obtain a visitor badge. Visitors without a badge will be asked to leave the premises. Student visitors are not permitted.

## WEAPONS AND OTHER PROHIBITED ITEMS:

The Board of Education recognizes the need to provide a safe and secure environment for students and staff. Therefore, the possession and/or use of weapons, or other instruments which can be used as weapons, are prohibited from school property, at any school sponsored activity under the supervision of professional school staff, or while en route to or from school or any school sponsored function.

116

Back

Forward

# General Policies & Procedures

## (O)

Table of Contents

**ACCEPTABLE USE OF TECHNOLOGY (**BOE Policy: #2361**) :**

Computers, computer networks, and other electronic technology shall be used only for valid educational purposes and only with the approval of a school staff member.

Unacceptable uses of technology include, but are not limited to, violating others' privacy; using, producing, or receiving profanity or obscene material; copying commercial software in violation of copyright law; using technology for financial gain or illegal activity; reposting personal communication without the author's prior consent; posting or reposting images of other students without their consent.

For further information and the complete Acceptable Use Policy please refer to BOE Policy #2361.

**SOCIAL MEDIA SAFETY AND REMINDERS (A.):**

As students, you represent Livingston Public Schools. You have a responsibility to portray your organization, your school, and yourselves in a positive manner at all times. It is easy to forget just how powerful a tool social media can be and the significant impact it can have on individuals, friends, family, teammates, professional careers, etc.

Students should be aware that third parties - including the community, college and career programs, media, faculty, and potential employers - could potentially access your profiles and view your personal information. This includes all pictures, videos, comments and posters. Inappropriate material found can and will affect their perception of our school, our student body, and you. This also can be detrimental to a student's admittance to a post secondary program, scholarship eligibility and employment.

Social Media refers to the use of web-based and mobile technologies to turn communication into interactive dialogue. Examples of Social Media include, but are not limited to: Facebook, X, YouTube, Instagram, Snapchat, Tik-Tok, LinkedIn, Podcasts, Blogs, Vlogs, Chat Rooms and Video Gaming Chat.

Livingston High School acknowledges that students will utilize social media as a platform for social connection, education, and information. With that said, we want to encourage good decision making and safety most of all. Students should be aware that they remain accountable for their social media activity as it pertains to the following :

(Continue on next page)

118

## SOCIAL MEDIA SAFETY AND REMINDERS (B.) cont …:

Photos, videos, comments or posts that would constitute a violation of **Livingston Public Schools Code of Conduct**:

- ○ Students will not post illegal, racist, obscene or profane material of any kind, for example hazing, sexual harassment/assault, gambling, discrimination, fighting, vandalism, academic dishonesty, underage drinking, illegal drug use.
- ○ Students will not use social media to degrade, demean, or harass, intimate or bully any person, group or school.
- ○ Students will not post material relating to acts in violation of any Federal or State laws, or Livingston Public School Code of Conduct.
- ○ Students will not post material which reflects negatively on themselves, or students, faculty or staff of Livingston High School including but not limited to posts that are unsportsmanlike, derogatory, demeaning or threatening toward any other individual or entity.
- Information that is sensitive or personal in nature or is proprietary to students, faculty, staff of Livingston High School including but limited to the school as a whole, teams or school organizations.
- Information that is sensitive or proprietary to Livingston Public Schools which is not public information.

In doing so, you may violate personal or professional relationships, local, state or federal laws or the LPS Code of Conduct.

### SAFETY & PRIVACY REMINDERS:

1. Always exercise caution when posting your whereabouts or plans for the night. Never post anything in relation to your home address, local address, phone number(s), date of birth or other personal, private information.
2. Be aware of who you add as a friend to your social media accounts – many people are looking to take advantage of you or to seek connection with your friends.
3. Protect yourself at all times! While you want to be honest about yourself, don't provide anything that scam artists or identity thieves could use against you.
4. Maintain privacy at all times.

119

## 2025-2026 Grade 6 to 12 Acceptable Use and Device Agreement Policy - Parents

Students are issued a district-owned device for use at school and at home and it is the student's responsibility to abide by the District's Acceptable Use policies listed below and the Device Agreement policy as outlined in the Device Handbook. Students are responsible for the care of the equipment and must ensure that it is maintained in proper working order. This equipment is, and at all times, remains the property of Livingston Public School District, and is being lent to the student for educational purposes only. The student may not deface or destroy this property in any way. Inappropriate use of the device may result in disciplinary action. The equipment is to be returned upon the student's exit from Livingston Public Schools. The equipment is only to be used in the manner set forth in the Board policies and Device Handbook below:

- Policy 2360 Use of Technology
- Policy 2361 Acceptable Use of Computer Networks/Computers and Resources (M)
- Policy 3283 Electronic Communications Between Teaching Staff Members and Students (M)
- Policy 5516 Use of Electronic Communication and Recording Devices (ECRD) (M)
- Policy 7523 School District Provided Technology Devices to Students
- Regulation 2361 Acceptable Use of Computer Networks/Computers and Resources (M)
- Regulation 7523 School District Provided Technology Devices to Students
- Device Handbook

In order to ensure the proper use and maintenance of the equipment, you agree as the student's parent as follows:

- I will supervise my child's use of the school-issued device at home.
- I will discuss the District's expectations and rules regarding appropriate use of the internet and email and will supervise my child's use of the internet and email.
- I will not attempt to repair the device or to clean it with anything other than a soft, dry cloth.
- I will report any lost, stolen or damaged device to the school immediately. For a stolen device, I will file a police report within 24 hours and let the building Principal know
immediately after filing the report.
- I will make sure my child brings the device to school every day fully charged.
- I agree to make sure that the device and all accessories are returned to the school upon my child's exit from the school or district.

120

## Anti-Big Brother Act Notification:

Effective July 2013, the Anti-Big Brother Act (**N.J.S.A. 18A:36-39, P.L. 2013, c. 44**) was enacted. It requires that parents/guardians of students who have been assigned district or school-owned electronic devices for outside of school in connection with the district's academic program, must be notified and informed of the following:

> If a school district furnishes a student with a laptop computer, cellular telephone, or other electronic device, the district shall provide the student with written or electronic notification that the electronic device may record or collect information on the student's activity or the student's use of the device if the electronic device is equipped with a camera, global positioning system, or other feature capable of recording or collecting information on the student's activity or use of the device. The school district shall not use any of the capabilities in a manner that would violate the privacy rights of the student or any individual residing with the student.

.



121

## AFFIRMATIVE ACTION/DISCRIMINATION:

Livingston High School will provide information, resources, and training to prohibit discrimination of employees and students.  The Livingston Board of Education affirms that no student shall be excluded from participation in, denied benefits of, or be subject to discrimination under any educational program or activity of this district on the basis of gender, sexual orientation, race, color, religion, national origin, or applicable handicap.

Any student who has a question or complaint regarding affirmative action should seek the help of a teacher, administrator, security personnel, or counselors, who will assist in referring the matter to the building level affirmative action officer. The building affirmative action officer is responsible for coordinating the district's efforts to comply with regulations implementing Title IV and Title IX.

## STUDENT USE OF COMMUNICATION AND WIRELESS COMMUNICATION DEVICES:

To create a school environment where students can fully engage in learning, collaborate meaningfully with peers and teachers, and maintain focus on classroom instruction, Livingston High School has determined that student use of cell phones and other wireless communication devices should be limited during school hours.

Students are prohibited from using wireless communication devices during instructional periods and assemblies. Students may use wireless communication devices during lunch, Lancer Time, study hall, between classes, while on school buses, or during co-curricular activities (provided that any co-curricular use is approved by the co-curricular supervisor and does not create a safety hazard during the co-curricular activity). Pursuant to **Board Policy 5516**, students are prohibited from recording audio or video of staff and students at all times, including when they are otherwise permitted to use their wireless communication devices under this policy.

Students shall keep their wireless communication devices off and in the classroom cell phone holders, when device use is prohibited. Students may wear smart watches at all times, but shall refrain from using the devices for any purpose other than timekeeping during instructional periods. If a student leaves the classroom for any reason, the cell phone shall remain in the holder. For students in physical education, phones must be placed with their personal belongings and locked in their gymnasium locker.

Consequences for not following the outlined can be found on **page 75**.

## CLASSROOM RESOURCES:

Every student must have a copy of the class text, if applicable,  and their district assigned computer.   These computers, including all provided accessories (cases, power cords, pens, etc.) must be returned at the end of each school year or before withdrawal from school.  If a device becomes inoperable or damaged for any reason, the student must report the problem to the school-based technology department immediately.

The LHS Help Desk is located in the Media Center, however a technology **Help Desk ticket** may be submitted through Incident IQ.

All repairs must be done through the district technology department. Under no circumstances can a device be taken to an outside company for repair or service. Subject to availability, a loaner device may be issued by the District.

If, in the course of the year, a class textbook is damaged, fines may be assessed.   Additionally, at the end of the year, your textbooks are returned for entrance to your final examinations.   Your texts and computers are public property so please do not deface them in any way.

## DISMISSAL:

At the conclusion of the school day, students who do not have after school appointments or other school obligations should leave the building as soon as possible.  Students should not use the halls or the front foyer as a place to socialize or "hang out."

Co-op students who leave before the end of the regular school day are expected to leave the grounds and school vicinity from the front lobby by checking out at the security desk. The purpose of their early dismissal is to go to their job or to have time to do school assignments prior to going to work.



123

Back

Table of Contents

Forward

# DRESS CODE:

The Livingston Public Schools recognizes that each student's mode of dress and grooming is a reflection of that student's personal style and individual preferences.

The Livingston Public Schools will impose its judgment on students and parents only when a student's dress and grooming are a distraction to other students' ability to learn through violence or drug-related references, inappropriately exposing their bodies, or affecting the educational program of the school. Students should be able to dress with current fashion trends, but in a respectful and school-appropriate manner. These expectations extend to all gender identities.

Please adhere to the following:

- Student attire should not interfere with the school's ability to identify or engage students, and should not interfere with the productivity of the student or the class. School staff reserve the right to require the removal of hats, hoods, sunglasses, etc. if a student cannot be identified or is a disruption to the self or others.
- Proper and safe footwear is required at all times. When students are participating in lab science or technology classrooms, shoes should cover all parts of their feet.
- Clothing that could cause damage to any student or school property is not to be worn.
- Slogans, patches and emblems that are obscene, drug/alcohol related, gang, violent, or deemed offensive in nature are not permitted in school or at any school sponsored activity.
- Shorts that cut at the backside or have pockets protruding from the bottom should not be worn in school.
- Undergarments should not be exposed as a part of any outfit at any time.
- Strapless tops are not school appropriate.
- A change of clothing must be worn in Physical Education  and/or on the athletic field at the middle and high school levels. Clothing worn while actively participating in physical education class is not to be worn in the classroom in schools where lockers are available.

Should students report to school or to a school activity in clothing which does not conform to the Dress Code, school staff will review the circumstances and determine the measures to be taken to properly address the violation.

These measures may include:

- Parent bringing a change of clothes to school
- Parent student conference
- Detention
- Saturday Detention/Suspension
- In-school suspension

**DRUG AND ALCOHOL POLICY:**

In order to assure the safety and welfare of students, staff, and other persons on school property or at school sponsored activities, certain substances are prohibited on any school property, at any school-sponsored activity, or going to or from school or any school-sponsored activity, regardless of where that activity takes place.

The Board prohibits the use and/or consumption, possession, and/or distribution of any substance on school premises, at any event away from the school premises that is sponsored by this Board, and on any transportation vehicle provided by this Board.

A pupil who uses, possesses or distributes a substance, on or off school premises, at any event away from the school premises that is sponsored by the Board, and on any transportation vehicle provided by the Board during or after school hours, or a student exhibiting symptoms of being under the influence or having a chemical abuse problem will be subject to the specific procedures, sanctions, disciplinary actions and due process provisions for violation of the Livingston Board of Education Substance Abuse Policy

For the complete policy, please refer to the Livingston **Board of Education District Policy #5530**.



## FINES:
If a student has lost or damaged a textbook, school issued supplies, or equipment, the student is liable for either the return or monetary compensation for the item(s) in question.

Any required fee/fine not paid prior to the start of the school year will prevent the student and parent from accessing the scheduling and grading screen on the student and parent portals until the fee is paid.

To see a list of required and optional fees/fines, please select the Fees and Fines screen in your student or parent portal.

 To pay for any outstanding required fees and fines, you can write a check made out to "Livingston High School" for the amount.

## FUNDRAISING:
No student, parent, or staff member shall collect money or distribute items for personal or private benefit in school, on school property, or at any school-sponsored event.  The appropriate assistant principal must approve fundraisers.  This form can be obtained from the club advisor.

## HALL CONDUCT:
All students in the hallways should have a signed pass from a sending teacher/staff member and  remain quiet when classes are in session.  Please do not stand outside of classrooms; go about your business and then proceed back to your assigned location.  Any student who is out of class, walking the hallways, looking into or disrupting other classes, arranging social hangouts, etc. may be considered truant regardless of the amount of time out of class. Please go about your business in a timely manner.

## LOCKS & LOCKERS:
All incoming 9th-graders and new students will be assigned a hallway locker.  All students will keep their locker assignments until graduation. Students are responsible for providing their own lock for their lockers unless their locker is located in the science wing.  Fines are assessed for any damage done to lockers.  Please remember that the lockers are the property of the Board of Education and thus, subject to random searches by the school and/or law enforcement officials.  The district will not be responsible for replacing a lock that needs to be cut off of a locker.

Students in Physical Education will also be assigned a locker.  They must also provide their own lock for use in the locker room.  All lockers must be cleaned out at the end of each school year.

It is unwise to keep any valuables inside any lockers. The school will not be held responsible for any theft; you are responsible for the security of your possessions.

## LOST AND FOUND & MISSING ITEMS:
Clothing found in the high school is brought to the cafeteria to be put in cabinets on the back wall.  Other more expensive incidentals are brought to the main office.  Students are advised not to bring large sums of money, electronics, or expensive jewelry to school; their safety cannot be guaranteed, even in your own locker.  Locks should always be tested to be certain they are closed.  Any loss or theft should be reported immediately to the main office to complete a Theft/Loss Report.

# Lunch

The unit lunch period is an opportunity to relax and interact with friends. The atmosphere should be calm and conducive for social interaction. Inappropriate behaviors will cause students to lose the privilege of selecting their own lunch location. Please note the following:

- Students must be in designated lunch areas within the first five minutes of the lunch period.
- Students are responsible to clear all refuse from their table and place it in any of the many garbage receptacles located throughout the cafeteria. If refuse is left in an area, all present are responsible to clean up the area.
- If it is deemed that a student's behavior is unacceptable, a teacher or administrator will move his/her seat. Compliance to this directive is expected.
- No seat may be reserved. Livingston High School is an inclusive environment, not built on exclusion of individuals. If a student claims a vacant place, that student is entitled to it.
- Students should not use a brush, comb, or compact in the cafeteria for obvious health reasons.
- For comfort and safety, the arrangement of the chairs and tables is not to be altered. Additional chairs should not be brought to any table.
- No food will be ordered & delivered to the building through any food delivery service. Items will be turned away.

## OPEN LUNCH:

Open lunch is a policy that permits **juniors and seniors** to leave school grounds during the unit lunch period. **To participate, students must be in good academic standing and meet attendance requirements.**

No junior or senior student will be permitted off campus for lunch until both the student and parent have electronically signed their respective Open Campus Lunch Contract and the **Code of Conduct**.

- Livingston High School is not responsible for the supervision of any student while that student is off campus and assumes no responsibility for any injury that may occur while the student is off campus.
- Only students who have attained junior & senior status are eligible for Open Campus Lunch.
- The student must have a school ID to identify themself as a Livingston High School Senior.
- The student must continue to be in good standing with respect to discipline and attendance.
- The student is responsible for their own transportation. The student will report any loss-of-driving privilege to the administration.
- The student must return to Livingston High School for the remainder of the school day after lunch. If a student becomes ill during lunch, the student's parent must immediately notify the attendance office that the student will be absent for the remainder of the day.
- The student must not be tardy for any class following their lunch period. Cumulative tardies will result in student suspension of the privilege.Truancy by the student to any class at any time of the day may result in revocation of the Open Campus Lunch privilege.
- Should a student return late to the building following the lunch period, the Open Campus Lunch privilege may be revoked for the following day and the student will be required to stay on campus.
- The student may not transport any student off campus who does not have the Open Campus Lunch privilege.
- The student will not litter in Livingston High School, the parking lots, or surrounding area/neighborhood.
- The high school administrators reserve the right to revoke the privilege for individual students as well as the entire class.
- All students will adhere to the expectations set forth in the LPS Code of Conduct and LHS Handbook. Violations or suspected violations will be addressed accordingly by the Livingston High School administration.

## SEARCH/SEIZURE AND STUDENT RIGHTS:

The Livingston School District recognizes that a pupil's right of privacy may not be violated by unreasonable search and seizure and directs that no pupil be searched without reason or in an unreasonable manner.

Teachers and building administrators are charged with the responsibility of maintaining order and discipline in the schools of our district and of safeguarding the safety and well-being of the pupils in their care.

In the discharge of that responsibility, the principal or their designee, may search the person or property of a pupil, with or without the pupil's consent, whenever there are reasonable grounds to suspect that the search will turn up evidence of a violation of law or of school rules or there is evidence of possible endangerment to the safety of other pupils. Such searches will be conducted in accordance with guidelines issued by the state Attorney General's "**New Jersey School Search Policy Manual**."

Items which are not to be in school or in a student's possession, and that are in plain sight, may be confiscated by staff and not returned to students.   Such contraband would include, but is not limited to, vaping devices, tobacco products, dangerous or hazardous items, and lighters or matches.    Possession of such items may subject the student to disciplinary action.  Law enforcement officials may be involved.

Additionally, the Board acknowledges the need for in-school storage of pupil's possessions and shall provide storage places such as lockers for that purpose.  Where lockers are provided for such storage, pupils may lock items against incursion by other pupils.  In no storage place provided by the Board shall pupils have such an expectation of privacy as to prevent examination by the principal or their designee.

As such, the district maintains its prerogative to "random locker searches."  Namely, random inspections of lockers may be conducted by school authorities and/or law enforcement officials.

## STUDENT ASSISTANCE COUNSELOR:

The SAC functions as a crisis counselor and deals with problems of student concern, as well as alcohol and substance abuse.  The SAC will develop programs as needs are identified.  The SACs are readily available to students, parents, and staff.

**Ms. Sara Benjamin (SBenjamin@livingston.org)** office is in room **B236** and can be reached at **973-535-8000 ext. 282360**
**Mrs. Field's** (EFields@Livingston.org) office is in room **B243** and can be reached at **973-535-8000 ext. 2950.**
**Ms. Giacobbe's** (CGiacobbe@livingston.org) office is in room **B232** and can be reached at **973-535-8000 ext. 6929.**

## STUDENT PARKING:

**There is no available parking for LHS students on campus.** Parking is available in town municipal lots such as the pool parking lot, Madonna Drive public lot, and in the designated areas of the oval. **There is no student parking available in the St. Philomena's Parking Lot or the Livingston Town Library Parking Lot.** Township parking ordinances are posted on the streets around the school and should be observed to avoid fines. **Any student who parks illegally is subject to ticket and/or towing and the district is not responsible for the consequences of the violations**.  Students who park in a staff parking space will be assigned a Saturday detention.

## STUDENT RECORDS:

Student records are maintained for the benefit of the student according to state code.  Parent and/or adult students have the right to request an appointment with the counselor to review the record. Student records are viewed only by professionals at Livingston High School who have a direct concern for the student.  Release of transcripts or other permanent record data to anyone other than those designated by the State Department of Education shall require a written statement by the parent or an eighteen-year-old student.  No information will be released to colleges or employers without written authorization.

# STUDY HALLS:

Study hall is intended to be a reasonably quiet and suitable place to do homework or study for tests.  Food service for study halls in the cafeteria will not begin until after attendance has been taken.  Separate rules have been established for the use of the media center.  Students must observe all the rules that have been established for the orderly conduct of the study hall.

### EXPECTATIONS INCLUDE:

- Students must scan ID through computer turnstyle for attendance purposes.
- Be in your assigned seat when the bell rings.
- Bring materials so that you can study or read quietly.
- If you would like to leave the room for any reason, an appropriate and properly filled out pass is required.

### SENIORS IN GOOD STANDING:

**Seniors** who are in good academic standing and have met attendance requirements may be eligible for the following privileges, which will not count toward their attendance record:

- Late arrival to study hall **during the first block** or the **block right after unit lunch**.

- Early dismissal if study hall is the **block before lunch** or the **last block** of the school day.

These privileges are designed to provide greater flexibility for seniors who have demonstrated responsible academic and attendance habits. Students must follow all appropriate sign-in and sign-out protocols and are required to enter and exit the building through the main entrance via the security desk (Door #1).

# WORKING PAPERS:

As of June 1, 2023, the process to apply for minor **Working Papers have been digitized (A4222).**

The Working Paper Application can be found online at **MyWorkingPapers.nj.gov**; schools will no longer administer Working Papers Applications

# WRITING & MATH LAB:

Writing and math labs are held during the unit lunch.  Writing Lab is held in the Media Center while the Math Lab is held in room D165.

130

Back

Forward

# Harassment Intimidation & Bullying (HIB)

# (P)

Table of Contents

# HARASSMENT, INTIMIDATION, BULLYING (HIB)

## For Further information refer to: BOE Policy #5512

Please note: Any changes and revisions to State statute or LBOE policy supersede information contained here-in.

Regulations that enhance existing laws for the prevention of harassment, intimidation and bullying are in place for the 2025-2026 school year. The legal definition and the major changes in the law are listed below. A parent-and student-friendly question and answer section can be found on the following pages.

**Legal Definition:**

Harassment, intimidation or bullying means any gesture, any written, verbal or physical act, or any electronic communication, whether it be a single incident or a series of incidents, that is reasonably perceived as being motivated by any actual or perceived characteristic, such as race, color, religion, ancestry, national origin, gender, sexual orientation, gender identity and expression, or a mental, physical or sensory disability, or by any other distinguishing characteristic, that takes place on school property, at any school-sponsored function, on a school bus or off school grounds as provided for in section 16 of P.L. 2010, Chapter 122, that substantially disrupts or interferes with the orderly operation of the school or the rights of other students and that:

- a reasonable person should know, under the circumstances, that his/her actions will have the effect of physically or emotionally harming a student or damaging the student's property, or placing a student in a reasonable fear of physical or emotional harm to his person or damage to his property;

- has the effect of insulting or demeaning any student or group of students; or

- creates a hostile educational environment for the student by interfering with a student's education or by severely or pervasively causing physical or emotional harm to the student.

Interventions and procedures in place to meet the requirements of the NJ DOE policies and regulations can be found at www.livingston.org:

- A District Anti-Bullying Coordinator has been designated.

- Each school will have an Anti-Bullying Specialist and School Safety/School Climate Team.

- Any adult or student who witnesses an incident of harassment, intimidation or bullying must report the incident to the principal that same day.

- The principal will inform the parents of all students involved in an incident of harassment, intimidation or bullying of the outcome of any HIB investigation. Information should include the nature of the incident, if consequences were imposed, support services for the students involved.

- Parents have the right to appeal any decision made regarding an incident of harassment, intimidation and bullying to the LBOE.

- The State will assess how effective LPS has implemented a system to prevent harassment, intimidation and bullying and the results will be posted on the District website.

132

**Reprisal, Retaliation, or False Reporting:**

HIB law prohibits reprisal or retaliation against any person who reports an act of harassment, intimidation or bullying, and consequence and appropriate remedial action will be assigned for a person who engages in reprisal or retaliation.

Consequences and appropriate remedial action will also be determined for a person found to have falsely accused another as a means of retaliation or as a means of harassment, intimidation or bullying.

## <u>ALL SCHOOLS WILL HAVE A CULTURE WHERE BULLYING IS NOT TOLERATED.</u>

Bullying will not be tolerated in any school, on school buses, during any school activities, on the way to or from school or at any other school sponsored event.

To make this possible, the District has developed a system for reporting and responding to instances of harassment, intimidation and bullying.  On the following pages are questions and answers that will help to explain the system put in place to stop harassment, intimidation and bullying in our schools.



133

Back

Table of Contents

Forward

# Hazing:

Hazing in a school setting includes, but is not limited to, conduct by an individual(s) who is a member and/or representative of a school-sponsored student organization, club, or athletic team where such individual(s) conditions a student's acceptance as a member into such group on whether the student engages in activities that are humiliating, demeaning, intimidating, and exhausting to the student.

N.J.S.A. 2C:40-3.a. indicates hazing may also include, but is not limited to, the conduct outlined below:

1. An individual(s) causes, coerces, or otherwise induces a student to commit an act that violates Federal or State criminal law;

2. An individual(s) causes, coerces, or otherwise induces a student to consume any food, liquid, alcoholic liquid, drug or other substance which subjects the student to a risk of emotional or physical harm or is otherwise deleterious to the student's health;

3. An individual(s) subjects a student to abuse, mistreatment, harassment, or degradation of a physical nature, including, but not limited to, whipping, beating, branding, excessive calisthenics, or exposure to the elements;

4. An individual(s) subjects a student to abuse, mistreatment, harassment, or degradation of a mental or emotional nature, including, but not limited to, activity adversely affecting the mental or emotional health or dignity of the individual, sleep deprivation, exclusion from social contact, or conduct that could result in extreme embarrassment;

5. An individual(s) subjects a student to abuse, mistreatment, harassment, or degradation of a sexual nature; or

6. An individual(s) subjects a student to any other activity that creates a reasonable likelihood of bodily injury to the student.

For further details, please refer to Livingston **Board of Education Policy #5541** - Anti-Hazing.

134

# Frequently Asked Questions (1):

**Q:  How are harassment, intimidation and bullying defined?**

**A**: The anti-bullying law defines bullying as any act based on race, religion, disability or any other characteristic, which disrupts the orderly operation of the school or causes physical and/or emotional harm to the victim.  Bullying involves a difference of power between parties, usually happens repeatedly, is intentional and can happen in-person or electronically.  Bullying can be in the form of taunts, insults, threats, humiliation, exclusion from a group and  teasing.  It can also be in the physical form of hitting/pushing, tripping or aggressively approaching another student.

**Q:  What are the student behavioral expectations in a bullying-free environment?**

**A**:  Students are expected to:

- Report any act that is harassing, intimidating, or bullying to a school staff member immediately.
- Respect the right of all students to be educated in an environment free of harassment, intimidation, and bullying.
- Respect the property of others.
- Implement upstander strategies taught throughout the school counseling curriculum.
- Refrain from participating in an act that a reasonable person would perceive to believe:
  - Is intimidating to others.
  - Excludes others for the purpose of humiliation.
  - Is a physical activity that would intimidate another student (hitting, tripping, pushing, etc.)
- Not make any false accusations against other students regarding incidents of harassment, intimidating, or bullying.

# Frequently Asked Questions (2):

**Q:  How should a student report bullying?**

**A**: If a student is being bullied, he or she must report the incident to any school District staff member immediately.  All staff members are trained to know where to bring information regarding the incident.  The student reporting the incident will be asked to fill out an incident statement, as will the staff member who either witnessed the incident or received the report from a  witness or the victim.  An HIB reporting form may be found on LPS website.

Once the statement is given to the anti-bullying specialist in the school, all parents of the students involved will be notified of the incident.  Should an investigation be warranted it will be initiated no later than the following day and the investigation will be completed within 10 days.  Parents will be notified if the District found any evidence of harassment, intimidation or bullying no later than five days after the LBOE has acknowledged the report in the next regularly scheduled meeting of the LBOE meeting following of the completion of the investigation.

**Q:   Are there immediate actions that I can take if I am bullied?**

**A**:  Yes.  These actions include:

- Reporting the incident immediately to a school staff member.
- Keeping written notes of dates, times, places, witness names and other information.

**Q:   What should I do if the bullying continues?**

**A**:  Immediately report the incident to a school administrator or other school staff member.  It is important to tell your parent that the bullying is continuing.

# Frequently Asked Questions (3):

## Q:  What is cyber-bullying?

**A:** Cyber-bullying is the use of electronic information and communication devices, to include but not be limited to, email messages, instant messaging, text messaging, cellular telephone communications, internet blogs, internet chat rooms, social networking websites, internet postings, and defamatory websites that:

- Deliberately threatens, harasses, intimidates an individual or group of individuals.
- Places an individual in reasonable fear of personal harm or damage to the individual's property.
- Has the effect of substantially disrupting the orderly operation of the school.

## Q:  What are the consequences for acts of intimidation, harassment or bullying?

**A:** Factors such as the age of a student, the degree of harm, severity of the behaviors, past history and patterns of behavior, and the relationship between parties involved will be taken into account when consequences are administered.  If the findings of an investigation result in a student requiring consequences for his/her behavior, the principal or designee, in conjunction with any information found in the student handbook (in grades 6-12), will assign a consequence as deemed appropriate.

137

# Frequently Asked Questions (4):

**Q: What are ways to remediate after an act of hazing, harassment, intimidation or bullying has occurred?**

**A**: Efforts to develop strategies to remediate behaviors that lead up to acts of harassment, intimidation or bullying must also be implemented to prevent further incidents.  Remedial measures also help the victim of incidents to cope and be able to know what to do in future encounters of harassment, intimidation or bullying.  Steps will also be taken to help students who are believed to have harassed, intimidated or bullied other students, so they understand appropriate social interaction and how other students feel when they are harassed, intimidated or bullied.  Remedial measures may include one or more of the following:

- Counseling and/or;
- Education or Advisement and/or;
- Restitution

**Q:  What are the rights of parents to appeal consequences?**

**A**:   A parent may request a hearing before the Board of Education after receiving the written information about the investigation.  Any request for such a hearing shall be filed with the Board Secretary no later than sixty calendar days after the written information is provided to the parents.  The hearing shall be held within ten business days of the request, or the next scheduled LBOE meeting.  The Board of Education shall conduct the hearing in executive session, pursuant to the Open Public Meetings Act (N.J.S.A. 10:4-1 et seq.), to protect the confidentiality of the students.  At the hearing, the Board may hear testimony from and consider information provided by the school Anti-Bullying Specialist and others, as appropriate, regarding the incident, the findings from the investigation of the incident, recommendations for consequences or services, and any programs instituted to reduce such incidents, prior to rendering a determination.

Back

Table of Contents

Forward

# Selected Education Statutes

**Title 18A:37-1**. **Submission of pupils to authority.**

"Pupils in the public schools shall comply with the rules established in pursuance of law for the government of such schools, pursue the prescribed course of study, and submit to the authority of the teachers and others in authority over them."

**Title 18A:37-2.**  **Causes for suspension or expulsion of pupils.**

"Any pupil who is guilty of continued and willful disobedience, or of open defiance of the authority of any teacher or person having authority over him, or of the habitual use of profanity or of obscene language, or who shall cut, deface, or otherwise injure any school property, shall be liable to punishment and to suspension or expulsion from school."

**Title 18A:37-3.**  **Liability of parents of pupils for damage to property.**

"The parents or guardian of any minor who shall injure any public or nonpublic school property shall be liable for damages for the amount of the injury to be collected by the board of education of the district or the owner of the premises in any court or competent jurisdiction, together with costs of the suit."

**Title 18A:36-3. Display of and salute to flag; pledge of allegiance.**

"Every board of education shall: Require the pupils in each school in the district on every school day to salute the United States flag and repeat the following pledge of allegiance to the flag: "I pledge allegiance to the flag of the United States of America and to the republic for which it stands, one nation, under God, indivisible, with liberty and justice for all," which salute and pledge of allegiance shall be rendered with the right hand over the heart, except that pupils who have conscientious scruples against such pledge or salute, or are children of accredited representatives of foreign governments to whom the United States government extends diplomatic immunity, shall not be required to render such salute and pledge but shall be required to show full respect to the flag while the pledge is being given merely by standing at attention, the boys removing the headdress. "

# Disclaimer

The procedures and policies stated in this document (other than those mandated by NJ statute) are subject to change during the school year at the discretion of the Livingston Board of Education and/or the high school administration.



**Front Page**

140