John D. Rue†
(founder)

—

Krista L. Rue

—

Francis X. Geier

RUE LAW GROUP*
A PRIVATE PUBLIC INTEREST LAW FIRM
(862) 283-3155 (main)
(973) 860-0869 (facsimile)
100 OVERLOOK CENTER, 2ND FLOOR, #9211
PRINCETON, NJ 08540

April 13,  2026

Jaclyn D'Arminio <jdarminio@cgajlaw.com>
Cleary | Giacobbe | Alfieri | Jacobs LLC
*Via email only* to jdarminio@cgajlaw.com

**RE:    Eric Wang – January 5, 2026 AP Pre-Calculus Exam**

Dear Ms. D'Arminio:

This office continues to represent the Wang family regarding the education of Eric.

Since the initial conduct central to the federal complaint filed last week, Eric has suffered stigma and other prejudice at the hands of Livingston. Most recently, on April 9, 2026, Mr. Brill called Eric back into the classroom after the bell rang, accused him of taking something out of his pocket to alter a newly returned test, and demanded to see what was in his pocket. Eric complied and demonstrated he only had his student ID. This has caused both Eric and his family significant distress.

By this letter, be advised that the Wangs are disenrolling Eric from school.  They will educate him otherwise.  The expenses of his education will be included in our calculation of damages in the federal case.

Additionally, I am attaching an OPRA request for a complete copy of Eric's student records. This is not for purposes of the litigation, but an ordinary course request for records to facilitate his subsequent education.  Please provide them as soon as possible.

Sincerely,

*John Rue*

John Rue
Counsel for the Wang Family

---

*Bene facere bonum - Doing well by doing good*

†    Licensed in New York as well as New Jersey
1    John Rue & Associates, LLC has registered "Rue Law Group" as a DBA, to ensure compliance with NJ RPC 7.5 (incorporating RPC 7.1). The underlying legal entity remains John Rue & Associates, LLC.

# Request for Public Records

# * This is a 5 page document. Click on the document to view all of the pages.




Livingston Board of Education
**OPEN PUBLIC RECORDS ACT REQUEST FORM**
11 Foxcroft Dr, Livingston, NJ 07039, USA
(973) 535-8000 & (844) 833-6208 (Fax)
jrapp@livingston.org
Jessica Rapp

**Important Notice**
The last page of this form contains important information related to your rights concerning government records. Please read it carefully.

**Requestor Information – Please Print**

First Name ___Jie___ MI _____ Last Name ___Wang___

E-mail Address ___please communicate___ ___with counsel, John Rue___

Mailing Address _____

City _____ State _____ Zip _____

Telephone _____ FAX _____

Preferred Delivery: Pick Up _____ US Mail _____ On-Site Inspect _____ Fax _____ E-mail ___X___

Under penalty of N.J.S.A. 2C:28-3, I certify that
1. I ☐ **HAVE** / ☒ **HAVE NOT** been convicted of any indictable offense under the laws of New Jersey, any other state, or the United States;
2. I, or another person, ☐ **WILL** / ☒ **WILL NOT** use the requested government records for a commercial purpose;
3. I ☐ **AM** / ☒ **AM NOT** seeking records in connection with a legal proceeding.

Signature ___John Rue___ Date _____

**Payment Information**

Maximum Authorization Cost $ ___$0 email only___

Select Payment Method

Cash    Check    Money Order

Fees: Letter size pages - $0.05 per page
Legal size pages - $0.07 per page
Other materials (CD, DVD, etc) – actual cost of material

Delivery: Delivery / postage fees additional depending upon delivery type.

Extras: Special service charge dependent upon request.

**Record Request Information:** Please be as specific as possible in describing the records being requested. Also, please note that your preferred method of delivery will only be accommodated if the custodian has the technological means and the integrity of the records will not be jeopardized by such method of delivery.

**Note:** *If you confirmed above that the records sought are in connection with a legal proceeding, identification of that proceeding is required below.*

Please provide copies of all student records related to Eric Wang, Mr. Wang's son. No right of confidentiality attaches to such records. If any mention other students, please redact the PII before disclosure. Please include all documents meeting the FERPA definition of student records associated with Eric Wang. This includes those records ordinary kept in hard copy form, and those kept in digital format, including any emails related to Eric Wang.

This request is an ordinary course request for student records at the time Eric is being withdrawn from school. It is NOT connected with the federal lawsuit pending in the DNJ.

🇺🇸 English

AGENCY USE ONLY          AGENCY USE ONLY          AGENCY USE ONLY

| Est. Document Cost | _____ |
| Est. Delivery Cost | _____ |
| Est. Extras Cost | _____ |
| Total Est. Cost | _____ |
| Deposit Amount | _____ |
| Estimated Balance | _____ |
| Deposit Date | _____ |

**Disposition Notes**
Custodian: If any part of request cannot be delivered in seven business days, detail reasons here.

| In Progress | - | Open | _____ |
| Denied | - | Closed | _____ |
| Filled | - | Closed | _____ |
| Partial | - | Closed | _____ |

**Tracking Information**

| Tracking # | _____ |
| Rec'd Date | _____ |
| Ready Date | _____ |
| Total Pages | _____ |

**Final Cost**

| Total | _____ |
| Deposit | _____ |
| Balance Due | _____ |
| Balance Paid | _____ |

**Records Provided**

_____          _____
**Custodian Signature**                    **Date**

(https://resources.finalsite.net/images/v1758049438/livingstonorg/krmndocaabhs6kchnwwg/OPRARequestForm.pdf)

🇺🇸 English