**CLEARY GIACOBBE ALFIERI JACOBS LLC**
169 Ramapo Valley Road
Upper Level 105
Oakland, New Jersey 07436
Tel: 973-845-6700
Fax: 201-644-7601
Jaclyn S. D'Arminio, Esq. (ID# 90252012)
jdarminio@cgajlaw.com
Attorneys for Defendant Livingston Board of Education

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| J.W. o/b/o E.W.<br><br>Plaintiff,<br><br>vs.<br><br>LIVINGSTON BOARD OF EDUCATION<br><br>Defendant. | CIVIL ACTION NO. 2:26-cv-03678<br><br>Civil Action<br><br>**ORDER DISMISSING AMENDED COMPLAINT AGAINST DEFENDANT LIVINGSTON BOARD OF EDUCATION** |

**THIS MATTER** having been opened to the Court upon motion by Cleary Giacobbe Alfieri Jacobs, LLC, attorneys for Defendant Livingston Board of Education for an Order dismissing the Complaint against Defendant Livingston Board of Education, on notice to John Rue, Esq of Rue Law Group, Attorneys for Plaintiff J.W. o/b/o E.W.; and the Court having reviewed the moving papers, and any opposition thereto, and for good cause having been shown;

**IT IS** on this _____ day of _____, 2026:

**ORDERED** that Defendant Livingston Board of Education's motion is hereby granted and the complaint against Defendant Livingston Board of Education is hereby dismissed.

_____
, U.S.D.J.